**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| League of Women Voters of Massachusetts, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Donald J. Trump, et al.,<br><br>*Defendants*. | Case No. 1:26-cv-11549 |

## NOTICE OF APPEARANCE

Please enter the appearance of Suzanne Schlossberg as counsel for all Plaintiffs in the above-captioned matter.

Dated: April 2, 2026

Respectfully submitted,

By: /s/ *Suzanne Schlossberg*
   Suzanne Schlossberg (BBO # 703914)
   AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF MASSACHUSETTS, INC.
   One Center Plaza, Suite 850
   Boston, MA 02108
   (617) 482-3170
   sschlossberg@aclum.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 2, 2026, a true copy of the above document was filed via the

Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.


April 2, 2026                                           */s/ Suzanne Schlossberg*
                                                        Suzanne Schlossberg

2