**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, LEAGUE OF WOMEN VOTERS LOTTE E. SCHARFMAN MEMORIAL EDUCATION FUND, LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, LEAGUE OF WOMEN VOTERS EDUCATION FUND, ASSOCIATION OF AMERICANS RESIDENT OVERSEAS, U.S. VOTE FOUNDATION, OCA-ASIAN PACIFIC AMERICAN ADVOCATES, DELTA SIGMA THETA SORORITY, INC., | Case No. 1:26-cv-11549-IT |

*Plaintiffs*,

v.

**MOTION FOR ADMISSION *PRO HAC VICE* OF THERESA J. LEE**

DONALD J. TRUMP, in his official capacity as President of the United States, UNITED STATES POSTAL SERVICE, UNITED STATES POSTAL SERVICE BOARD OF GOVERNORS, DAVID STEINER, in his official capacity as Postmaster General, DOUGLAS A. TULINO, in his official capacity as Deputy Postmaster General, AMBER F. MCREYNOLDS, in her official capacity as Chairwoman of the Board of Governors of the United States Postal Service, DEREK T. KAN, in his official capacity as the Vice Chairman of the Board of Governors of the United States Postal Service, RONALD A. STROMAN, in his official capacity as a member of the Board of Governors of the United States Postal Service, DANIEL M. TANGHERLINI, in his official capacity as a member of the Board of Governors of the United States Postal Service, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, in his official capacity as the Secretary of the Department of Homeland Security, SOCIAL SECURITY ADMINISTRATION, FRANK J. BISIGNANO, in his official capacity as Commissioner of the Social Security Administration, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services,

*Defendants*.

## MOTION FOR ADMISSION *PRO HAC VICE* OF THERESA J. LEE

Pursuant to Local Rule 83.5.3(b) of the Local Rules of United States District Court for the District of Massachusetts, Plaintiffs, by their undersigned attorney, hereby move for admission *pro hac vice* of their counsel Theresa J. Lee of the American Civil Liberties Union Foundation to appear and practice before this Court in the above-captioned matter.

In further support of their motion, Plaintiffs submit **Exhibit A**, Certificate of Theresa J. Lee, stating that she is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; and that she is familiar with the Local Rules of this Court.

Dated: April 15, 2026

Respectfully submitted,

By: /s/ *Suzanne Schlossberg*

Suzanne Schlossberg (BBO #703914)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
Telephone: (617) 482-3170
sschlossberg@aclum.org

*Counsel for Plaintiffs League of Women Voters of Massachusetts, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of the United States, League of Women Voters Education Fund, Association of Americans Resident Overseas, U.S. Vote Foundation, OCA-Asian Pacific American Advocates, and Delta Sigma Theta Sorority, Inc.*

2

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I certify that counsel for Defendants were contacted regarding the subject of this motion, and that Defendants do not oppose the relief requested herein.

/s/ *Suzanne Schlossberg*

Suzanne Schlossberg

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2026 a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

April 15, 2026

/s/ *Suzanne Schlossberg*

Suzanne Schlossberg

3