**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS *et al.*, <br><br> *Plaintiffs*, <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:26-cv-11549 |

## JOINT MOTION FOR A BRIEFING AND HEARING SCHEDULE AND FOR ADDITIONAL PAGES

Plaintiffs intend to file a preliminary injunction motion, seeking relief under Counts 1 and 2 in their Complaint. On this basis, Counsel for Plaintiffs and Defendants met and conferred as required by Local Rules 7.1 and 16.1(f) as to a schedule and details of a briefing and hearing schedule on that motion. Except with respect to one alternative proposal made by Plaintiffs concerning the hearing date, which Defendants oppose for the reasons set forth below, the Parties jointly and respectfully request that the Court enter the following agreed-upon schedule. In the interest of efficiency and judicial economy, this proposed schedule conforms to the schedule agreed to by the parties and entered by this Court in *California v. Trump*, No. 1:26-cv-11581-IT, Dkt. 39 (Apr. 14, 2026), which is a case about the same Executive Order at issue here.

| Event | Deadline/Date | Page Limit |
|---|---|---|
| Plaintiffs' Motion for a Preliminary Injunction (Counts 1 & 2 only) | April 23, 2026, at 11pm EDT | 30 pages |
| Defendants' Combined Motion to Dismiss, Motion for Summary Judgment, and Opposition to Plaintiffs' Preliminary Injunction Motion | May 7, 2026, at 11 pm EDT | 40 pages |

| | | |
|---|---|---|
| Plaintiffs' Combined Opposition to Defendants' Motion and Reply in Support of Preliminary Injunction Motion | May 14, 2026, at 11 pm EDT | 30 pages |
| Defendants' Reply in Support of their Motion | May 22, 2026 at 11pm EDT | 20 pages |
| Oral Argument | June 2, 2026, at 10 am | |

**Plaintiffs' Statement on Oral Argument:** Alternatively, to the extent the Court would prefer to separate the hearings on the preliminary injunction and dispositive motions, Plaintiffs propose a hearing on the preliminary injunction motion any time on or after May 18, 2026.

**Defendants' Statement on Oral Argument:** Defendants oppose Plaintiffs' alternative request regarding a second hearing date, on the grounds that it would be (1) inefficient for the Court to hold two different hearings on the same issues so close in time, and (2) prejudicial to Defendants to prepare and travel for a second hearing on the same issues while simultaneously preparing their reply briefs in these two cases. Defendants respectfully submit that it would be more efficient for the Court to hold one hearing, on all pending motions, in both this case and in *California v. Trump*, No. 1:26-cv-11581-IT, and then resolve all pending motions together after that hearing.

Dated: April 16, 2026

Sophia Lin Lakin**
Theresa J. Lee**
Davin Rosborough**
Ethan Herenstein**
Jonathan Topaz**
Ming Cheung**
William Hughes**
Clayton Pierce**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
tlee@aclu.org
drosborough@aclu.org
eherenstein@aclu.org
jtopaz@aclu.org
mcheung@aclu.org
whughes@aclu.org
cpierce@aclu.org

Sarah Brannon**
Adriel I. Cepeda Derieux**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
(740) 632-0671
sbrannon@aclu.org
acepedaderieux@aclu.org

Leah C. Aden*
Brenda Wright*
John S. Cusick*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
bwright@naacpldf.org
jcusick@naacpldf.org

Respectfully submitted,

*/s/ Suzanne Schlossberg*
Jessie J. Rossman (BBO #670685)
Suzanne Schlossberg (BBO #703914)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
sschlossberg@aclum.org

Eliza Sweren-Becker*
Wendy Weiser*
Andrew Garber*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
sweren-beckere@brennan.law.nyu.edu
weiserw@brennan.law.nyu.edu
garbera@brennan.law.nyu.edu

Justin Lam*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
777 6th St. NW, Ste. 1100
Washington, DC 20001
(202) 249-7190
lamju@brennan.law.nyu.edu

Niyati Shah*
Noah Baron*
Ejaz Baluch, Jr.*
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
(202) 296-2300
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org
ebaluch@advancingjustice-aajc.org

I. Sara Rohani*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
srohani@naacpldf.org

Miranda Galindo*
LATINO JUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
mgalindo@latinojustice.org

*Application for admission pro hac vice
forthcoming

** Application for admission pro hac vice
pending

Counsel for Plaintiffs League of Women
Voters of Massachusetts, League of Women
Voters Lotte E. Scharfman Memorial
Education Fund, League of Women Voters of
the United States, League of Women Voters
Education Fund, Association of Americans
Resident Overseas, U.S. Vote Foundation,
OCA-Asian Pacific American Advocates, and
Delta Sigma Theta Sorority, Inc.

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
 Senior Trial Counsel (FL Bar No. 1041279)
ESAM K. AL-SHAREFFI
 Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

Counsel for Defendants