**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-11549-IT |

**<u>DEFENDANTS' MOTION TO TRANSFER</u>**

On March 31, 2026, President Donald J. Trump issued an Executive Order entitled "Ensuring Citizenship Verification and Integrity in Federal Elections." *See* Exec. Order No. 14,399, 91 Fed. Reg. 17125 (Mar. 31, 2026). Plaintiffs in this action represent various non-profit, not-for-profit, non-partisan, and community-based political and civic groups ("Plaintiffs") who challenge the Executive Order. Three cases that challenge the same Executive Order are already pending in the U.S. District Court for the District of Columbia. Because of their commonalities, the D.D.C. cases were consolidated ("D.D.C. Consolidated Cases").

Defendants respectfully move this Court to transfer this case to the United States District Court for the District of Columbia.

In support of this Motion, Defendants respectfully refer the Court to their Memorandum of Law, filed herewith.

Dated: April 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
FL Bar No. 1041279
  *Senior Trial Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
  *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*

## Local Rule 7.1 Certification

I hereby certify that I conferred with counsel for Plaintiffs prior to the filing of this motion, pursuant to Local Rule 7.1(a)(2). I was unable to resolve or narrow the issues for review. Plaintiffs are opposed to this motion.

/s/ *Esam K. Al-Shareffi*
ESAM K. AL-SHAREFFI