**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al., |
| Plaintiffs, |
| v. |
| DONALD J. TRUMP in his official capacity as President of the United States, et al., |
| Defendants. |

Case No. 1:26-cv-11549-IT

**<u>NOTICE OF APPEARANCE</u>**

I am admitted to practice in this Court *pro hac vice*, and I appear in this case as counsel for Plaintiffs League of Women Voters of Massachusetts, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of the United States, League of Women Voters Education Fund, Association of Americans Resident Overseas, U.S. Vote Foundation, OCA-Asian Pacific American Advocates, and Delta Sigma Theta Sorority, Inc..

Dated: April 22, 2026

Respectfully submitted,

*/s/ Niyati Shah*

Niyati Shah*
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
(202) 296-2300
nshah@advancingjustice-aajc.org

* Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2026 a true copy of the above document was filed via the

Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.


April 22, 2026                                          */s/ Niyati Shah*
                                                       Niyati Shah

2