**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al*., <br><br> *Defendants*. | Case No. 1:26-cv-11549-IT |

### NOTICE OF APPEARANCE

I am admitted to practice in this Court *pro hac vice*, and I appear in this case as counsel for

Plaintiffs League of Women Voters of Massachusetts, League of Women Voters Lotte E. Scharfman

Memorial Education Fund, League of Women Voters of the United States, League of Women

Voters Education Fund, Association of Americans Resident Overseas, U.S. Vote Foundation,

OCA-Asian Pacific American Advocates, and Delta Sigma Theta Sorority, Inc..


Dated:  April 22, 2026

Respectfully submitted,

By: /s/ *William Hughes*

William Hughes*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
whughes@aclu.org

*Admitted *pro hac vice*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 22, 2026 a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

April 22, 2026

/s/ *William Hughes*
William Hughes