**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF
MASSACHUSETTS, *et al.*,

                 *Plaintiffs*,

     v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

                 *Defendants*.

Case No. 1:26-cv-11549

**DECLARATION OF SOPHIA LIN LAKIN
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Sophia Lin Lakin, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

       1.      I am the Director of the American Civil Liberties Union's Voting Rights Project, which is part of the team representing Plaintiffs in the above-captioned action. I am fully familiar with the facts and circumstances set forth herein and make this Declaration in support of Plaintiffs' Motion for Preliminary Injunction.

       2.      Attached hereto as **Exhibit 1** is a true and correct copy of Executive Order No. 14399, "Ensuring Citizenship Verification and Integrity in Federal Elections," executed on March 31, 2026. It is also available at https://www.whitehouse.gov/presidential-actions/2026/03/ensuring-citizenship-verification-and-integrity-in-federal-elections/ [https://perma.cc/3LS6-4LCK].

       3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Celia Canavan, Executive Director of League of Women Voters of Massachusetts and League of Women Voters Lotte E. Scharfman Memorial Education Fund, executed on April 22, 2026.

1

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Celina W. Stewart, Chief Executive Officer of the League of Women Voters, executed on April 21, 2026.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Susan Dzieduszycka-Suinat, the founder and CEO of the U.S. Vote Foundation, executed on April 22, 2026.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the Declaration of Doris Speer, the President of the Association of Americans Resident Overseas, executed on April 21, 2026.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the Declaration of Dorcas Washington, the Executive Director of Delta Sigma Theta Sorority, Incorporated, executed on April 21, 2026.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the Declaration of Thu Nguyen, the Executive Director of OCA-Asian Pacific American Advocates, executed on April 21, 2026.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of a New York Times article entitled "Postal Service, Already Under Pressure, Now Faces Trump's Mail Ballot Order" by Adam Sella, dated April 11, 2026. It is also available at https://www.nytimes.com/2026/04/11/us/politics/postal-service-budget-mail-ballots.html.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the Statement of the President Jonathan Smith of the American Postal Workers Union AFL-CIO on Anti-Voter Executive Order, dated April 1, 2026.  It is also available at https://apwu.org/news/statement-from-president-jonathan-smith-on-anti-voter-executive-order/ [https://perma.cc/FRX3-WX7D].

2

11.    Attached hereto as **Exhibit 10** is a true and correct copy of a ProPublica article titled "'Not Ready for Prime Time.' A Federal Tool to Check Voter Citizenship Keeps Making Mistakes" by Jen Fifield & Zach Despart, dated February 13, 2026. It is also available at https://www.propublica.org/article/save-voter-citizenship-tool-mistakes-confusion [https://perma.cc/Y9XW-URE3].

12.    Attached hereto as **Exhibit 11** is a true and correct copy of the "Privacy Impact Assessment for the Systematic Alien Verification for Entitlements 'SAVE' Program" from the Department of Homeland Security, dated October 31, 2025. It is also available at https://www.dhs.gov/sites/default/files/2025-10/Systematic%20Alien%20Verification%20for%20Entitlements%20Program%20-%20October%202025.pdf [https://perma.cc/55ZV-X3MF].

13.    Attached hereto as **Exhibit 12** is a true and correct copy of USCIS website page entitled "Optimizing SAVE: New Options to Create Cases with a Social Security Number and by Bulk Upload," last updated on May 22, 2025. It is also available at https://www.uscis.gov/save/current-user-agencies/news-alerts/optimizing-save-new-options-to-create-cases-with-a-social-security-number-and-by-bulk-upload [https://perma.cc/4389-LTNZ].

14.    Attached hereto as **Exhibit 13** is a true and correct copy of "Programs Operational Manual System: RM 10210.500 - General Information on Evidence of U.S. Citizenship for a Social Security Number (SSN) Card" from the Social Security Administration, dated 2019. It is also available at https://secure.ssa.gov/poms.nsf/lnx/0110210500#b [https://perma.cc/9NEY-BGVE].

15.    Attached hereto as **Exhibit 14** is a true and correct copy of a Letter from Nancy Morales Gonzales, Associate General Counsel for General Law at U.S. Social Security Administration, to John Sherman, Litigation Director & Senior Counsel at the Fair Elections

Center, dated July 13, 2023. It is also available at https://fairelectionscenter.org/wp-content/uploads/2025/07/SSA-Touhy-Decision-letter.July-13-2023-signed.pdf [https://perma.cc/YW3S-956Z].

16.     Attached hereto as **Exhibit 15** is a true and correct copy of "Transcript: President Trump Signs an Executive Order on Elections" dated March 31, 2026. It is also available at https://www.democrats.senate.gov/newsroom/trump-transcripts/transcript-president-trump-signs-an-executive-order-on-elections-33126 [https://perma.cc/CFL3-L3E3].

I certify under penalty of perjury that the foregoing is true and correct.

April 23, 2026                                                    /s/ *Sophia Lin Lakin*
                                                                  Sophia Lin Lakin