# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-11549-IT |

**DECLARATION OF CELIA CANAVAN**

I am over the age of 18 and fully competent to make this declaration. Pursuant to 28 U.S.C. § 1746, I, Celia Canavan, declare the following under penalty of perjury:

**Personal Background**

1.      I was born and raised in Brockton, Massachusetts. I have lived in Massachusetts all my life, except to attend college and work out-of-state for a few years.

2.      I currently live in Plymouth, Massachusetts.

3.      I have been a member of the League of Women Voters for over 2 years.

4.      I have been the Executive Director of League of Women Voters of Massachusetts and League of Women Voters Lotte E. Scharfman Memorial Education Fund since 2024.

**League of Women Voters of Massachusetts**

5.       League of Women Voters of Massachusetts and League of Women Voters Lotte E. Scharfman Memorial Education fund (collectively, "LWVMA") are the 501(c)(4) and (c)(3) branches of the Massachusetts affiliate of the League of Women Voters ("LWV"). LWVMA is a

1

nonpartisan, nonprofit political organization. League of Women Voters of Massachusetts advocates for issues integral to its mission but does not endorse political parties or candidates.

6. LWVMA is comprised of 44 local Leagues and approximately 3,000 members across the Commonwealth. All local League members are members of LWVMA. LWVMA members are members of LWV, as is LWVMA itself.

7. LWVMA's core mission is to empower all voters and strengthen democracy for all in Massachusetts. LWVMA seeks to achieve this mission through voter outreach, education, and registration, among other efforts. This voter outreach and education includes providing potential voters with information about how to vote by mail as a means to encourage them to vote.

8. LWVMA's core mission to empower voters and strengthen democracy is achieved when as many eligible voters as possible participate in elections.

9. In my role as Executive Director, I oversee four other paid staff at LWVMA, several paid interns, and hundreds of volunteers. I also supervise LWVMA's trainings for volunteers and local League leaders, and LWVMA's and local Leagues' voter outreach, registration, and engagement efforts across the Commonwealth. LWVMA staff and I are in constant communication with local League leaders to ensure that local Leagues have the resources they need to accomplish their missions, and to make sure all local Leagues comply with LWV's and LWVMA's requirements, including those enumerated in its bylaws.

10. LWVMA members volunteer their time in support of LWVMA's core mission of encouraging democratic participation. Among other efforts, the activities of these volunteers include running voter registration drives, where they help voters with registration and provide information about voting by mail; organizing and hosting candidate forums; and encouraging their communities to turn out to vote in every election.

11. In its over 100-year history, LWVMA and its members have developed significant institutional expertise in the voting procedures and laws that relate to voting in Massachusetts. As a longstanding and trusted source of essential information for prospective voters in Massachusetts, we work hard to make sure that any information LWVMA volunteers provide to the public is accurate and helps encourage participation in democracy through voting. Providing inaccurate or confusing information to the public dissuades electoral participation and discourages engagement with LWVMA in the future, thereby undermining our mission.

12. LWVMA has built a sterling reputation as a reliable nonpartisan resource for information about how to vote. We are cognizant that the trust we have built across the Commonwealth took over a century to build, but can be lost quickly. LWVMA works hard to ensure any piece of information it distributes is accurate and supports its mission of maximizing participation in democracy. Distributing inaccurate or confusing information would undermine the trust we have built and our mission.

13. A central part of LWVMA's voter outreach and education is maintaining and updating the Massachusetts-specific page of VOTE411.org (https://www.vote411.org/massachusetts), a nonpartisan voter-education platform run by LWV at the national level. LWVMA invests significant time and resources into ensuring that the platform is accurate, accessible, and simple to understand. This platform is relied on by hundreds of thousands of prospective voters in each major election. For example, approximately 192,000 people visited the Massachusetts VOTE411.org page during the 2024 election year.

14. Additionally, LWVMA and local Leagues run trainings for their members and volunteers so that they can provide accurate, accessible voter education and encourage voter participation, including about mail voting.

3

15.     A core part of LWVMA's work is its voter education and encouragement efforts focused on vote-by-mail and absentee voting. For example, LWVMA and its local Leagues held or participated in 386 events with hundreds of thousands of attendees in 2025. LWVMA seeks to promote maximum political participation of individuals to strengthen each person's voice in democracy.

16.     Vote-by-mail is an essential option for many prospective voters, especially those with disabilities or other health issues, making voting in-person very burdensome or impossible. Vote-by-mail is also a necessary option for other prospective voters with limited economic means, impacting their ability to travel, professional responsibilities, caretaker responsibilities, or other life circumstances. It would be burdensome or impossible for many members to vote in person.

17.     Voters increasingly rely on vote-by-mail in Massachusetts since the Commonwealth passed the VOTES Act, which implemented universal no-excuse vote-by- mail.

18.     League of Women Voters of Massachusetts was involved in advocacy to promote the passage of the VOTES Act.

19.     Once the VOTES Act was law, LWVMA began actively promoting vote-by-mail as an option for voters as part of all the voter education work we do.

20.     Vote-by-mail in Massachusetts has greatly expanded since then. Since passage, between 34 to 62 percent of voters have voted by mail in statewide elections, as reported by the Secretary of the Commonwealth. *See* Secretary of the Commonwealth of Massachusetts, *Early & Mail Voting Statistics,* https://www.sec.state.ma.us/divisions/elections/research-and-statistics/early-voting-statistics.htm. This represents a significant increase from 2018, before the VOTES Act, when voters could only vote by mail if they had a qualifying excuse.

21.     As part of its work to promote voting by mail, LWVMA dedicates an exclusive page on its VOTE411.org website to mail voting:https://www.vote411.org/massachusetts#absentee-ballot-process. This includes instructions about how to vote by mail in Massachusetts, and a link to the application to request a mail ballot on the Secretary of the Commonwealth's website.

22.     LWVMA conducts promotional social media campaigns for vote-by-mail during primary and general elections, and includes vote-by-mail information and deadlines in all printed materials during election years. LWVMA has also provided support at college registration drives to students both from the Commonwealth and out-of-state in applying for vote-by-mail to ensure maximized voter turnout. In 2026, LWV has been promoted as a partner at major Boston-area events in the lead up to the general election, where we plan to provide vote-by-mail education and application support to larger audiences from previous years.  At a local level, reminders and guidance to apply for vote-by-mail are built into local Leagues' programming, including public service announcements at local libraries, town and municipal buildings, and at our candidate forums.

23.     LWVMA is a largely volunteer-run organization. There are five paid staff including myself at LWVMA. We also hire paid interns each fall semester and summer. For this summer, we have hired two part-time interns: one will primarily work on VOTE411.org and social media, while the other will work on in-person voter outreach and engagement, including tabling at local community events. We rely on dues-paying members, philanthropic donations, and grants to pay staff and fund our resource-intensive voter education and outreach work.

24.     LWVMA's roughly 3,000 members include a significant number of members who are registered to vote and rely on vote-by-mail. I am personally aware of almost 200 members

who plan to vote by mail in the 2026 federal elections.  And I am aware that many of these individuals were born before 1978.

25.    This includes members who vote by mail because it would be difficult, if not impossible, to vote in-person, such as members with disabilities or who live overseas. This also includes members who rely on vote by mail because of how convenient it is.

### Impact of The President's Executive Order

26.    I am aware that the President's March 31, 2026, Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections" (the "Executive Order" or "EO") directs the United States Postal Service ("USPS") to refuse to deliver mail ballots of voters not on federally created lists. In directing the USPS to screen mail ballots, if implemented, the Executive Order will significantly change the process by which eligible individuals can vote by mail.

27.    The significant change in the mail voting process that the Executive Order seeks to impose has already disrupted LWVMA's voter education and outreach regarding mail voting, which is a crucial component of Massachusetts elections and LWVMA's core mission to achieve maximum voter participation.

28.    LWVMA is now required to address those potential changes and the confusion they have already and will continue to cause as part of its ongoing work educating and encouraging prospective voters about vote-by-mail. LWVMA has stopped actively disseminating any new voter-education materials about mail voting because of the uncertainty about how the EO will impact mail voting in Massachusetts.

29.    My staff and I have already devoted significant time to fielding questions from concerned LWVMA members and local League leaders about the Executive Order.

6

30. With midterm elections just a few months away, the disruption of LWVMA's voter education and outreach regarding mail voting is ongoing, and will only intensify as the primary and general elections get closer in time.

31. As part of its core mission to empower voters, LWVMA regularly conducts events for the public in which we offer voter registration opportunities and assistance and promote voter participation. At these events, we encourage voters to vote by mail. Our staff, members, and volunteers have received training to conduct those events. LWVMA and its local Leagues have planned in-person and virtual events for the upcoming federal elections that would incorporate education and encouragement about mail voting.

32. We are planning a social media 'blitz' in the lead up to the Massachusetts primary election, including information on mail voting. And we are in the process of creating high school-specific 'graduation cards' and 'gift' packages for eligible graduating seniors. These materials that local Leagues create specifically for graduating high school seniors have detailed information about how to apply for a mail ballot and vote-by-mail deadlines. They also encourage those newly eligible voters to "make a plan" to vote by mail, as they are likely to rely on mail voting if they move out of state for college, which may be their first time voting. We have stopped those plans to incorporate information about mail voting for now, because of the uncertainty the EO creates. Many high school graduations are in a few weeks; we will have to leave out crucial information about mail voting from our graduation cards if the EO remains in place.

33. If the Executive Order is implemented, we will need to re-train local Leagues and volunteers about the steps that will be required to successfully vote by mail, and how to address voters' concerns that their mail ballot will not be delivered and counted. Having to retrain staff,

members, and volunteers about the process for effective vote by mail will detract from our work on other LWVMA priorities, such as upcoming voter registration drives and planning candidate forums.

34.    Some of these events target populations for whom vote-by-mail is a particularly important option to ensure that they are able to vote. As previously described, local Leagues conduct outreach to student voters who reside at school but are registered to vote at their primary residence, at high school graduation ceremonies and events on and near college campuses. Local Leagues also host voter education events at communities with residents over 55, who often rely on vote-by-mail because of their health limitations. I am personally planning to attend at least one event for 55 plus voters this summer that is already scheduled. If vote-by-mail is not available or significantly compromised, the planning, training and focus of these events will need to be overhauled.

35.    The Executive Order has already resulted in confusion about vote-by-mail that will discourage some individuals from using this option. Undermining voters' faith in the vote-by-mail process makes it more difficult for LWVMA to encourage some potential voters to participate in it at all. This will have a chilling effect on the overall participation in elections, and will impede LWVMA's core mission.

36.    If the Executive Order were enjoined, LWVMA could assure potential voters that their mail ballots will be delivered, helping achieve LWVMA's mission of encouraging individuals to participate in upcoming elections.

37.    VOTE411.org provides information and education about the process of voting by mail in Massachusetts. The information on this website is currently up to date as to the current

8

vote-by-mail process in Massachusetts. *See* VOTE411.org, *Voting in My State: Massachusetts*, https://www.vote411.org/massachusetts.

38.    If the Executive Order is implemented, we would have to overhaul VOTE411.org to try to provide accurate, accessible information about mail voting, to the best of our ability. My staff and I are currently weighing the possibility of removing all instructions about mail voting from our educational materials, including VOTE411.org, because of the EO. We cannot risk encouraging people to vote through a process that may disenfranchise them. Based on our collective decades of experience, my staff and I are confident that if we provide information about the vote-by-mail process that is contradicted or turns out to be inaccurate weeks before an election, the significant public trust we have built will be jeopardized.

39.    Regardless, this will require us to divert resources away from other planned work such as updating information on VOTE411.org about Massachusetts' 12 ballot measures and petitions, as well as providing information and hosting candidate forums for county special elections. For example, my staff are planning an upcoming candidate forum for a competitive primary election. In my role, I am responsible for overseeing and supporting this crucial work, but as a direct result of the EO, I have been unable to help them on this project at all.

40.    LWVMA was in the process of expanding voter education materials to Haitian Creole and Portuguese and expanding our Spanish language offerings. Our materials are currently only available in English, with limited print materials and online information on VOTE411.org available in Spanish. The Commonwealth of Massachusetts does not provide official election materials in Haitian Creole, so our addition of that language on VOTE411.org and in printed materials would be a significant contribution to the election-related information for Haitian-Creole-speaking voters in Massachusetts. These materials will increase participation

of Haitian-Creole-speaking voters in furtherance of our core mission to maximize participation in elections.

41.     I met with a vendor to begin this process to expand our materials to these two languages in late March. This is a significant undertaking, requiring us to update all of our election information, including the information about voting by mail in Massachusetts, ensure it is accurate, and check our materials with people fluent in that language.

42.     Providing election materials in different languages is a nuanced, time-intensive task because some election-related words and concepts are not easily explainable in other languages. We take pains to ensure all the information provided is clear and accurate, including in other languages. For this reason, it took a long time for us to find a boutique vendor who could work with us on the expansion of VOTE411.org to Haitian Creole. The process of creating, reviewing, editing, and publishing information on VOTE411.org in other languages takes significant time for our vendor and our staff to do.

43.     LWVMA has now put this process of expanding our materials to these two other languages on hold. We expect we will have to overhaul the Massachusetts page of VOTE411.org if the Executive Order is implemented, and we do not have the resources to also oversee the expansion of our materials to Haitian Creole and Portuguese, particularly a second time if there are changes to how Massachusettsans can vote by mail in elections this year. We only have one staff member who leads our VOTE411.org work. We do not have the institutional capacity or resources to both overhaul VOTE411.organd execute the language expansions we had planned.

44.     Given this risk, if the Executive Order is implemented, we will have to delay our language expansion plans until at least after the conclusion of the midterm elections. We cannot pursue this language expansion twice: once under current vote-by-mail rules, and again

10

following implementation of the EO. While we have not made a final decision, my staff and I have put plans for the language expansion on hold, and we anticipate abandoning it altogether this year as a result of the EO, if it is not enjoined.

45.    This will result in a loss of this voting educational material being available for the 2026 election cycle, which will result in less voter participation among the U.S. Citizens in the Haitian Creole- and Portuguese-speaking communities.  The loss of this participation will impede LWVMA's core mission to empower all voters.

46.    Though we conduct voting outreach to all Bay Staters, our membership skews older compared to the general Massachusetts population. Many of our members are understandably concerned that physical disabilities, health concerns, or mobility challenges may mean they are disenfranchised if they are not able to successfully vote by mail.

47.    After the VOTES Act was passed in 2022, local election officials in Massachusetts closed polling locations in nearly all corners of the Commonwealth, understanding that more voters would continue to rely on vote-by-mail. There are now fewer total polling locations in many areas in the Commonwealth. For example, Plymouth has closed 10 of its 14 polling places. Plymouth is not alone: According to notes taken by LWVMA members, Braintree went from 12 to 3 polling places, and Franklin went from 9 to 1.  As a result, some LWVMA members have lost polling locations in their area and some now will have to drive many miles to vote in person. If those members cannot successfully vote by mail, it will be extremely difficult or impossible for them to vote in-person.

48.    I have also received outreach from LWVMA members specifically concerned about the presence of Immigrations and Customs Enforcement or other federal agents at the polls, and are fearful of voting in-person as a result. These members have expressed a strong

11

preference for voting by mail to avoid this potential threat and some may not vote in person at all because of fear of federal officials.

49.    It takes significant time and resources for my staff and me to respond to these concerns from members and the public. This has detracted from our work on other LWVMA priorities, such as assisting our local Leagues with registering voters and planning candidate forums. LWVMA does extensive work providing voter education and continuing to respond to the deluge of inquiries related to the Executive Order prevents us from providing that vital resource to the public. And the Executive Order has impeded our core mission of providing clear information to the public to maximize democratic participation, by causing extensive voter fear and confusion.

50.    If the Executive Order is implemented, it will also negatively impact our ability to recruit and retain members and volunteers. LWVMA can recruit members and volunteers by drawing on their civic commitment to helping their neighbors engage in the democratic process. By calling into question a central way that many Bay Staters vote, the Executive Order discourages participating in LWVMA's events. Some members and volunteers will not want to participate for fear of providing the wrong information or leading prospective voters astray, causing their disenfranchisement.

51.    If the Executive Order is implemented, it will also negatively impact the ability of LWVMA members to vote.  I am personally aware of members for whom there is a substantial risk that they will not be able to vote in the upcoming federal primary election and the November federal general election without a vote-by-mail option because of physical barriers to voting in-person, such as mobility-limiting disabilities or living overseas. I am also personally aware of

LWVMA members whose right to vote will be significantly burdened if they cannot rely on the convenience of mail voting.

52.     For example, I am personally aware of the following LWVMA members who face a substantial risk of not being to vote at all if they cannot vote by mail:

    a.  I am personally aware of one LWVMA member who is 93 years old, has very limited mobility, cannot stand for any period of time, and has limited hearing. She had voted by mail for the last few election cycles because of her physical limitations, and she is planning to vote by mail in this year's federal elections. She can safely drive only to locations she is very familiar with and has driven to before. She is not familiar with her polling locations and does not believe she would be able to drive to them. Given the challenges with her health and transportation, there is a substantial risk that she would not be able to vote in-person and, as such, would be disfranchised if vote-by-mail is not available to her.

    b.  I am personally aware of one LWVMA member who recently had a stroke, which limited her mobility significantly. She has voted by mail in recent elections, and she is planning to vote by mail in this year's elections because of her health challenges. She is in her 80s.  As a result of her stroke, she cannot stand for very long, and she is concerned that during the November 2026 general election there will be long lines at polling places.  She is worried about her ability to physically get to a polling place and her ability to stand in line.  Given her health challenges, there is a substantial risk that she would not be able to vote in person and, as such, would be disfranchised if vote-by-mail is not available to her.

c.   I am personally aware of two LWVMA members with an autoimmune disease that can flare up. One member has voted by mail for the last few election cycles in part because of her concerns about her health. She is planning to vote by mail in this year's federal elections. If she has a flare-up of her autoimmune disease, she will not vote in person because of the risk to her health and her physical limitations during such a flare-up. Given her health challenges, there is a substantial risk that she would not be able to vote in-person and, as such, would be disfranchised if vote-by-mail is not available to her. And I am aware of a second member with cancer and an autoimmune disease. Similarly, sometimes her health is so poor she cannot leave the house.  She needs to be able to vote by mail to ensure she can vote.

d.   I am personally aware of two LWVMA members who typically travel abroad in October and November, and plan to be traveling abroad in October and November of 2026. They are planning to vote by mail this election cycle. If they are not present in the United States during the November 2026 election voting period, they will not be able to vote in-person and, as such, would be disfranchised if vote-by-mail is not available.

e.   I am personally aware of one LWMA member who is a teacher of graduate students, and pursuant to her job responsibilities, she has an obligation to be present and on campus. She also has younger children she must care for.  She has voted by mail in recent elections because of these obligations and is planning to vote by mail in this year's federal elections. She will be burdened if she cannot vote by mail in this year's elections.

14

53.     Not only will LWVMA members be disenfranchised, but the mass disenfranchisement the Executive Order portends will impede LWVMA's core mission to encourage maximum democratic participation more broadly. If only certain unspecified Massachusettsans will have their mail ballots counted, LWVMA also will not be able to conduct effective outreach and encourage voters who rely on vote-by-mail.

I, Celia Canavan, declare under penalty of perjury that the foregoing is true and correct.

Celia Canavan
Executive Director
League of Women Voters of Massachusetts

04/22/26

Date

15