# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF
MASSACHUSETTS, *et al.*,

<div style="margin-left:2em">Plaintiffs,</div>

<div style="margin-left:1em">v.</div>

DONALD J. TRUMP in his official capacity as
President of the United States*, et al.,*

<div style="margin-left:2em">Defendants.</div>

Case No. 1:26-cv-11549-IT

**DECLARATION OF CELINA W. STEWART**

I am over the age of 18 and fully competent to make this declaration. Pursuant to 28

U.S.C. § 1746, I, Celina W. Stewart, Esq., declare the following under penalty of perjury:

**<u>Personal Background</u>**

1.    I am the Chief Executive Officer of the League of Women Voters. I took this

position starting in August 2024. I have been employed by the League of Women Voters of the

United States since 2018.

**<u>League of Women Voters</u>**

2.    The League of Women Voters ("LWV") (with its state and local Leagues, "the

League") is a nonprofit, nonpartisan, grassroots, community-based, membership organization

that works to protect and expand voting rights to ensure everyone is represented in our

democracy. The League empowers voters and defends democracy through advocacy, education,

<div style="text-align:center">1</div>

mobilization, and litigation at the local, state, and national levels. To the League, the freedom to vote is a nonpartisan issue.

3.      Founded in 1920 as an outgrowth of the struggle to win voting rights for women, the League now has more than a million members and supporters and is organized in more than 800 communities in every state and the District of Columbia. More than 100 years after its founding, the League has expanded our vision of a more inclusive democracy where all Americans, regardless of gender, sex, race, ability, or party can see themselves represented in our government. As a woman-led organization, we encourage everyone to take part in our democracy.

4.      LWV comprises two entities: the League of Women Voters of the United States ("LWVUS") and the League of Women Voters Education Fund ("LWVEF"). LWVUS encourages informed and active participation in government, works to increase understanding of major public policy issues, and influences public policy through education and advocacy. LWVUS is 501(c)(4) social welfare organization. LWVEF, a 501(c)(3) nonprofit, works to register voters, provide voters with election information through our election resource VOTE411.org, candidate forums, and debates, combat mis- and disinformation, mobilize voters, and engage in advocacy to encourage participation in the democratic process.

5.      The League—including state and local Leagues—operates one of the longest-running and largest nonpartisan voter registration and education efforts in the nation. A core part of advancing the League's mission is encouraging and helping facilitate mail and absentee voting, especially in states with no-excuse, universal, or easily accessible vote-by-mail. Through its ongoing work in every state and District of Columbia, the League registers hundreds of

thousands of voters every election cycle, many of whom rely on vote-by-mail to participate in the democratic process.

6.      In 2024 and 2025, Leagues across the country held approximately 43,200 events and assisted with the registration of more than 635,000 voters.

7.      LWV founded the Motor Voter Coalition in the 1980s and 1990s and served as a national co-chair of the campaign to pass and implement the National Voter Registration Act ("NVRA"). The League has been one of the foremost active defenders of the NVRA by notifying Secretaries of State of noncompliance, working with them to correct NVRA violations, and, when necessary, filing enforcement actions. It has also filed litigation and participated as amicus in other challenges to restrictions on voter registration and the right to vote, including its recent challenge to the President's March 25, 2025 Executive Order, "Preserving and Protecting the Integrity of American Elections." The League also regularly works with federal and state officials to expand the NVRA, including by advocating for agreements between state and federal governmental entities.

8.      LWV also maintains VOTE411.org with the help of its state and local Leagues. VOTE411.org is a nonpartisan, award-winning website that ensures voters have the information they need to successfully participate in every election—local, state, and federal. VOTE411.org is a bilingual, user-friendly website that allows individuals across the nation to register to vote, update their registration, get information about the vote-by-mail process in their state, and find accessible answers to questions about the voting process. This includes providing relevant and necessary vote-by-mail information for every state and the District of Columbia on LWV's "Nationwide Voting Rules" page: https://www.vote411.org/voting-rules. VOTE411.org is used by state and local Leagues; League members and volunteers; other organizations; and

prospective voters the League tries to reach as part of its core mission throughout the country. There is information on VOTE411.org about vote-by-mail processes (and absentee voting processes to the extent they differ) for all fifty states and the District of Columbia. *See* Vote411.org, *Search by State and Topic*, https://perma.cc/BLT4-XZ59. In states where it is permitted, VOTE411.org provides eligible citizens with information about how to apply for and track their mail ballot.

9.      VOTE411.org also allows overseas voters to request an absentee ballot through its Absentee Ballot Request tool, provided by the U.S. Vote Foundation. *See* Vote411.org, *Absentee Ballot Request*, https://absentee.vote411.org/vote/VoterInformation.htm.

10.      Through VOTE411.org, the League thus provides a convenient location where voters can access bilingual, straightforward information for all parts of the voting process, including mail voting.

11.      LWV's members include registered voters who are eligible to vote by mail in their states, have voted by mail in the past, and plan to vote by mail in the future. This includes members who are older than 65, have health concerns or disabilities that make it difficult to vote in person, live overseas, and other reasons that require them to vote by mail.

**<u>The Executive Order</u>**

12.      I understand that the President's March 31, 2026 Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections," (the "Executive Order" or "EO") directs the United States Postal Service ("USPS") to refuse to transmit or deliver mail ballots of voters that are not on federally created lists. The Executive Order has already required LWV to develop and share educational content to explain the EO and how it will impact voters. Should the EO be implemented, voters' mail ballots may not be transmitted or counted, and we will have

to consider how to educate voters about participating in a mail voting system when it could potentially cost them their vote. It is antithetical to our mission to discourage any kind of participation in the democratic process, but it would also undermine our mission if we encouraged voters to vote by mail who are then disenfranchised by the Executive Order.

13.     My staff and I have already spent time meeting to discuss the disenfranchising impact of the Executive Order and how to educate our local and state Leagues, members, and the public about vote-by-mail in the upcoming primary and general midterm elections.

14.     Since the Executive Order was signed, my staff have been receiving and responding to communications from League leaders and members who are concerned about the impact of the Executive Order, if implemented. Some concerns relate to whether their individual mail ballots will be counted. To a greater extent, state and local League leaders have asked about how they should continue to conduct their core activities of educating voters and encouraging them to participate in the democratic process when a key option for casting a ballot might now disenfranchise them or is, at a minimum, confusing.

15.     LWV has ongoing efforts to ensure that we are sharing the correct voter education information with state and local League leadership, members, and the public. This work has been disrupted and is becoming more challenging because of the recent EO. It is unclear which voters in which states will have their mail ballot transmitted and delivered if the EO is implemented. Because of that uncertainty, it will take significant time and resources for LWV staff to figure out how to provide accurate information about mail voting to our members and the public through VOTE411.org while still encouraging participation in the democratic process.

16.     LWV staff have already fielded communications from state and local League leaders about the Executive Order, expressing confusion and relaying members' fears that the

Executive Order will prevent them from voting by mail. Responding to these well-founded concerns has taken away from staff pursuing our core mission, which is to empower voters and defend democracy through advocacy, education, and mobilization at the local, state, and national levels.

17. If the Executive Order is implemented, LWV will need to overhaul all information about mail voting on VOTE411.org, in both English and Spanish, to ensure that LWV members and the public are provided the most current and accurate information possible.

18. If the Executive Order is implemented, LWV will need to create accessible and accurate information about mail voting in the upcoming elections, while avoiding spreading fear about participation in the democratic process. This will require, in addition to the resources already expended, staff time and financial expenditures by our communications, advocacy, legal, and VOTE411.org teams, at a minimum.  For example, the VOTE411.org team will need to update information about mail voting for all fifty states and the District of Columbia, in both English and Spanish.  LWV also maintains an internal document to assist state and local Leagues with accessing and using the information about VOTE411.org that will need to be updated.

19. In addition to the information on VOTE411.org, LWV publishes guidance for state and local Leagues on mail voting and applying for mail ballots in states that permit it. This guidance includes information about ways to counteract disinformation around mail voting, USPS postmark information, talking points on mail voting reliability, and explanations of state voter registration databases and list maintenance practices. If the Executive Order is implemented, these resources will have to be overhauled, as state and local Leagues are already preparing for the midterm primary and general elections. Our staff may also have to develop guidance for our Leagues, members, and the public on how voters could correct their information

6

on the federally created lists, if that is possible. Because of the unreliability of the federally created lists, there is the risk that LWV will provide guidance that could inadvertently lead to disenfranchisement, which undermines trust that we built over 100 years as a reliable source of nonpartisan voter education, and undercuts our mission of maximizing democratic participation.

20.    Some of the work to create such materials must be completed in the very near future to ensure they are available ahead of upcoming primary elections and the general election in November. In some cases, this work should have already started but must be delayed because of concerns that the EO might alter key guidance if not enjoined quickly. Further, if not enjoined quickly, it is likely we will not be able to complete this essential work in time for the materials and guidance to be used as we originally planned for the remaining primary elections and the general midterm election. Remaining primaries begin on May 5. The general midterm election is less than seven months away. That leaves very little time for LWV to overhaul our guidance on mail voting. Our work to support state and local Leagues' outreach to voters to further our mission of maximizing participation in the general federal election in November has already begun.

21.    The work LWV has already undertaken to respond to the Executive Order—and the multitudes more work it would take if implemented—takes away valuable staff time, budget, and other resources from other core priorities, including educating and empowering voters to participate in the political process, advocating for our public policy positions, and communicating to voters about their rights during election season.

22.    The Executive Order also harms LWV's mission to maximize participation in the democratic process by stoking voter fear and confusion, particularly about mail voting, which millions of U.S. citizens rely on each election. The EO is impeding LWV's ability to achieve this

core mission because this fear and confusion make it hard to encourage citizens to register and vote, and is going to continue to make it harder, if not impossible, to encourage individuals to vote by mail. Voting by mail is an accessible process in many states, and encouraging potential voters to take advantage of this option has in the past been an effective way to facilitate more participation in the democratic process. The EO makes that persuasion messaging less effective, and the longer the EO is in effect, the more it will continue to decrease the effectiveness of our messaging.

23.     If implemented, the Executive Order would also harm LWV by disenfranchising our members who rely on vote-by-mail. Some of our members are over the age of 65, have disabilities, live overseas, or have life or economic circumstances and responsibilities that require them to vote by mail. Because the League does so much work to register voters right after they are naturalized, it is safe to say that we also have members who rely on vote-by-mail who are recently naturalized, who are highly unlikely to show up on the federally created lists contemplated by the Executive Order.

24.     The Executive Order has already caused grave harm to LWV and our members. If implemented, the EO would compound that harm, requiring us to reallocate significant resources to ameliorate some of its impacts. Even with those efforts in response, the EO would disenfranchise scores of our members and other voters, severely undermining our core mission to expand voting rights and ensure everyone is represented in democracy.

I, Celina W. Stewart, Esq., declare under penalty of perjury that the foregoing is true and correct.

_____
Celina W. Stewart, Esq.
Chief Executive Officer
League of Women Voters

_4/21/2026_____
Date

9