# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

LEAGUE OF WOMEN VOTERS OF
MASSACHUSETTS, *et al.*,

             *Plaintiffs*,

     v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

             *Defendants*.

Case No. 1:26-cv-11549-IT

# DECLARATION OF SUSAN DZIEDUSZYCKA-SUINAT, PRESIDENT AND CEO
# OF U.S. VOTE FOUNDATION

Pursuant to 28 U.S.C. § 1746, I, Susan Dzieduszycka-Suinat, declares the following:

## Personal Background

1. I am a United States citizen and over the age of eighteen.

2. I was born and raised in Ann Arbor, Michigan. I lived in California for 13 years before moving abroad.

3. I reside in Munich, Germany where I have lived for approximately 30 years. Prior to Munich, I lived in Paris for four and a half years.

4. I am the founder, President, and CEO of U.S. Vote Foundation ("U.S. Vote"). I founded the organization 21 years ago. The organization was originally called Overseas Vote Foundation and changed its name to U.S. Vote Foundation in 2012.

## U.S. Vote Foundation

5. U.S. Vote is a civic technology and voter assistance organization dedicated to making it easier for all U.S. citizens to register to vote, request their ballots, and stay active in the electoral process. With a core mission to ensure that every U.S. citizen can participate in their democracy regardless of location, U.S. Vote serves as a vital resource for voters facing challenges due to their geographic circumstances. U.S. Vote provides information to voters who cast ballots in all 50 states and U.S. territories.

6. While the foundation's usvotefoundation.org website provides voter services and information to all voter types, U.S. Vote's Overseas Vote initiative focuses entirely on serving overseas and military voters. The Overseas Vote overseasvote.org website provides easy access to a comprehensive suite of nonpartisan voting tools, services, and election information for overseas citizens and military voters and their families who vote under the protections of the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA").

7.      The Overseas Vote initiative includes several programs that assist U.S. citizens living abroad with requesting and casting mail ballots. It provides state-specific voting information particular to UOCAVA, an overseas and military voting frequently asked questions ("FAQs") list that responds to the key questions that these voters have, explanations of how the UOCAVA program works, the requirements and deadlines for participation, and an interactive "Voter Journey Map" tool to help overseas and military voters visualize the process and develop a checklist of voting actions. The Overseas Vote website offers a range of embedded links, including links that take voters directly to the official federal UOCAVA registration form and mail ballot request application, election official contact information specific to their jurisdiction, and their election dates and deadlines.

8.      As part of its work to assist U.S. citizens living abroad in registering to vote and requesting their absentee ballots, the Overseas Vote website brings voters to the U.S. Vote Foundation website for access to a guided, state-specific online process to complete and generate the federal voter registration form and Federal Post Card Application ("FPCA"), as well as the Federal Write-In Absentee Ballot ("FWAB"). U.S. Vote also publishes blogposts to educate overseas Americans on a number of topics; one of our U.S. Vote blog posts on the 2026 midterm elections has garnered around 835,000 views. Our blog post on Overseas Vote pertaining to how an overseas voter determines their voting state has been visited 43,000 times. Dedicated website sections address other overseas and military voting topics, including a Study Abroad and Vote Toolkit for American students abroad.

9.      U.S. Vote's website also allows for citizens to create individual "Voter Accounts" to receive access to personalized information including voters' election offices and their contact details, instructions to confirm their voter registration status, their state's election dates and

deadlines, and tools that generate voting forms. By creating a Voter Account, citizens have access to up-to-date information to ensure that they can vote by mail from abroad in every election. Voters can opt to receive "Voter Alert" emails that provide personalized information about upcoming election dates and deadlines in their state.

10.     The citizens we serve vote by mail under the laws of their home states subject to federal protections. Voting by mail is the only option for many of these voters under state law. For others, mail is the only practical option due to unreliable internet or fax machine access.

11.     U.S. Vote also maintains a "Voter Help Desk" to provide individual, personalized answers to voting questions. The Voter Help Desk is particularly valuable to overseas and military voters who are often unfamiliar with the UOCAVA voting process and who must navigate tricky international mail processes without the ability to go to an election office and resolve issues in person. Questions to the Voter Help Desk increase in the months before federal elections, when we can receive thousands of questions each month.

12.     U.S. Vote's Civic Data Products and System Services ("Civic Data") offers licensed access to data services for trustworthy, up-to-date, curated election data to other voter support organizations. U.S. Vote's Civic Data is managed and curated by our own data and research team. Our Civic Data includes detailed information for every state and territory on state-specific election dates and deadlines, state voter requirements, voting methods and options, and local election official and office contact information. Our data is not scraped or generated by artificial intelligence. It is based on original research on state laws and policies, requiring extensive and ongoing review, fact checking, and updates for thousands of election jurisdictions and states across the country.

13. The Civic Data service is a research backbone for prominent voter services organizations including Rock the Vote, Vote America, Vote.org, and Election Protection, among others. These organizations rely on us to provide up-to-date civic data that they can feed into their own applications and online services to transmit forward to millions of voters. When our ability to provide consistent, accurate, and updated election information is impaired, the impact is felt not only by the users of our own websites, but by the many users of voter outreach organizations across the country.

14. Considering the reach of the Civic Data Products and System Services program, we have an affirmative and ongoing duty to ensure that all of the data we provide to licensees is accurate. This is particularly true for data related to military and overseas voters. To my knowledge, we are one of the only nonprofit, nonpartisan, nongovernmental organizations to offer civic data specific to overseas and military voters.

15. U.S. Vote primarily relies on income from Civic Data Products and System Services licensing fees to maintain our operations. It is essential to U.S. Vote's survival that this program continues to offer reliable, accurate data to its licensees.

16. In my position, I manage twelve highly-specialized, trained staff and volunteers that assist in carrying out U.S. Vote's core mission. None are full-time employees. Staffers receive only a modest stipend for their hard work. In addition, we contract with a team of four to six information technology specialists to handle the technical elements of U.S. Vote's websites. Our lean staffing means that in addition to my responsibilities as CEO, I am often working the frontlines, including editing materials on our website and helping to field questions from the Voter Help Desk.

17. Citizens living abroad face challenges registering to vote while overseas, including understanding all the requirements for both registering to vote and casting a ballot. They are particularly vulnerable to lengthy mail delays, which can prevent eligible citizens from casting a ballot in a given election. Postal delays can affect the sending of registration forms, mail ballot applications, and mail ballots themselves. Overseas voters must take earlier action than domestic citizens and they still may miss out for factors outside of their control. Americans overseas may also incur significant costs in sending applications and ballots to their election offices. Of those that are able to receive a ballot electronically, some are unable to return it because it must be printed and shipped, but they do not have printer access.

18. Further, Americans overseas often cannot communicate effectively with their home-jurisdiction election officials because they live in different time zones and they are unable to visit their local election office. U.S. Vote often plays a middle-man role to facilitate these conversations. In such a situation, when a voter reaches out to our Voter Help Desk with a question that only their election official knows how best to answer, we handle communication with the official and relay the answer directly back to the voter.

19. U.S. Vote serves American civilians overseas and active-duty military members and their families. Military members living outside of the United States face these and other hurdles to register and vote. For example, they may be deployed or need to relocate with short notice, possibly to a new country. They may be in locations or on missions that make it difficult to request and access a ballot efficiently. They need a straight-forward and reliable process to vote.

**<u>Impact of The President's Executive Order on U.S. Vote</u>**

20. I am aware that the President's March 31, 2026, Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections" ("Executive Order" or "Order") directs

6

the Postmaster General to create a "Mail-In and Absentee Participation List" of individuals who are "enrolled" with the United States Postal Service ("USPS") and mandates that USPS cannot deliver mail ballots of voters who are not on that list.

21.    I am aware that the Order also directs that states may provide to the USPS a list of eligible voters to whom the state intends to provide a mail-in ballot, and that such a list (if provided by the state) must be submitted to the USPS no fewer than 60 days before a federal election.

22.    I am also aware that the Order directs the Department of Homeland Security ("DHS") to create state lists of all citizens above 18 years old who maintain a residence in each state. The Order suggests that a voter's presence on a state citizenship list is a prerequisite to being eligible for a mail ballot.

23.    I am additionally aware that the Order directs the USPS to create an Official Election Mail envelope that contains unique barcodes and is capable of linking to state ballot tracking systems. Not all states have ballot tracking systems, calling into question whether mail ballots can be delivered at all in those states, and it is impracticable that USPS could develop and implement these systems before November.

24.    If the USPS were to screen and then refuse to deliver certain mail ballots, the Executive Order would significantly alter the mail voting procedures established by states and Congress, and would disenfranchise untold numbers of overseas American citizens and military voters and their families whom the U.S. Vote Foundation serves.

25.    Overseas Americans vote overwhelmingly by mail and cannot rectify mail ballot issues by voting in person stateside or by visiting a local election office to cure a defect. Further, many Americans living overseas do not maintain a U.S. residence, and my understanding of the Order is that those individuals would not appear on any DHS citizenship list.

26.     Thus, the Order directly harms our mission to ensure that every U.S. citizen abroad can and does vote.

27.     The Order is likely to discourage voter participation among overseas Americans in other ways as well. For example, many overseas Americans live in countries with stringent data privacy laws and have strong feelings about the protection of their own data. The Order's new lists present a major concern for such voters and will deter some of them from voting because of fears that their data will be mishandled if kept in centralized lists by USPS and DHS.

28.     Additionally, overseas Americans struggle with maintaining motivation to vote in every election because the obstacles are significant. By casting doubt on whether mail ballots cast by overseas Americans will count at all, the Order compounds the perception that votes from overseas Americans aren't wanted. Many overseas voters will be deterred from even trying to vote because they think there's no use. U.S. Vote will need to dedicate additional time and resources to preventing such dips in voter morale as a result of the Order.

29.     The Order creates significant uncertainty and confusion for U.S. Vote and the populations we serve.

30.     Namely, it is unclear, for example: (a) whether overseas Americans who do not maintain a U.S. residence can cast ballots that count if they are not on the appropriate DHS State Citizenship List; (b) whether overseas Americans will be included on their state's voluntarily-created mail voter list; (c) how the Order's deadline for states' mail voter lists purports to modify state mail ballot request deadlines; (d) whether overseas Americans will be included on any USPS-created mail voter list; or (e) how the Order's mail ballot envelope requirements will be applied to the FWAB.

8

31.     Providing accurate information to U.S. citizens about how they can vote from abroad is core to our mission. The confusion created by this Order harms our ability to provide correct information to overseas voters and undermines our ability to encourage voter participation from overseas Americans.

32.     If this Order is implemented, U.S. Vote would have to expend significant resources updating the information about voting by mail through Civic Data and our websites. Our websites and Voter Journey Map tool pull selected information from our Civic Data databases. Across both Civic Data and the website, we would need to make sure the state-by-state guides for all states and territories, Voter Alerts, blogposts, personalized Voter Account dashboards, dedicated webpages based on voter types, the FAQs pages, and the interactive Voter Journey Map are updated and accurate. Manually updating our many online and communications products—for all 50 states and the territories—is expensive and labor intensive. In my estimation, the cost of revising these data, forms, and processes would be approximately $50,000 in contractor and website fees, and would take several months. As our Civic Data reaches millions of stateside voters through the partner organizations who rely on and distribute the information we research and provide, there cannot be mistakes in what we publish.

33.     For example, U.S. Vote would have to rethink and redesign its website to prioritize communication to citizens that they should complete all voter registration and mail ballot requests more than two months before an election. That is because the Order specifies that states' mail voter lists must be submitted to USPS no fewer than 60 days before an election. And it appears that anyone requesting a mail ballot from their state must do so before that 60-day mark to be included on the USPS's list of permissible mail voters.

34.    Many eligible citizens do not think about requesting ballots more than 60 days before an election. Thus, U.S. Vote would need to expend resources to increase communications beyond our website and its tools, including social media platforms and Voter Alerts, to maximize the number of voters we can inform in advance of the deadlines the Order creates for the November 2026 election. Such communications would be necessary to manage the confusion around these new processes. However, it would be beyond our budget to communicate as broadly as would be needed.

35.    In addition to revising our website material, if the Order is implemented, we might need to take some of our tools, like the Voter Journey Map, offline until we are absolutely sure that our Civic Data and election information is correct and the interactive checklists are properly updated. Pulling these resources for any period of time harms the thousands of voters who rely on them.

36.    If the Order is implemented, we would also have to expend resources to retrain Voter Help Desk staff so that they can answer questions about how the Executive Order impacts overseas voters. And those Voter Help Desk staffers would have to devote additional resources to fielding questions from confused citizens about how the Executive Order will impact their ability to cast a ballot in the upcoming midterm elections.

37.    Expending resources to educate overseas Americans on the policy changes required by this Order will necessarily divert resources away from U.S. Vote's other core activities and initiatives, including, for example, our Vote in Honor of a Veteran program launch, our Voter Journey Map distribution program, our blog and explainer-writing, our social media efforts, and election-year voter education events and outreach, including National Voter Registration Day in September.

38.      If implemented, the Executive Order would impede U.S. Vote's core mission by blocking overseas American voters from casting mail ballots that count. It would discourage Americans overseas and in the military from participating in our democracy, undermine U.S. Vote's ability to provide timely and accurate information to voters as to how they can vote, and cause the diversion of significant U.S. Vote resources, human and financial, to communicate the policy changes imposed by the Order to voters casting ballots in all states and territories in our nation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Susan Dzieduszycka-Suinat

04/22/2026
Date executed

11