# EXHIBIT 12

Case 1:26-cv-11549-IT   Document 75-12   Filed 04/23/26   Page 2 of 3



**U.S. Citizenship and Immigration Services**

MENU

# Optimizing SAVE: New Options to Create Cases with a Social Security Number and by Bulk Upload

U.S. Citizenship and Immigration Services (USCIS) has enhanced the SAVE case creation process for users that log in to [SAVE](#) using a web browser. Please see the [USCIS Deploys Common Sense Tools to Verify Voters](#) press release.

Users are now able to create cases using a Social Security number (SSN) as the applicant's enumerator. Cases created with an SSN will receive a standard SAVE case response. If SAVE cannot locate a record when only an SSN is provided, agency users will see the new response, "Unable to Return a Record from SSA – Resubmit with Additional Information."

Additionally, SAVE browser users may now create cases in bulk. To enable the upload process, SAVE provides a template with required fields in a standardized data format. Data required for cases entered in bulk include first name, last name, date of birth, and one or more of the following enumerators: Alien Number (A-Number/USCIS number), Citizenship or Naturalization Certificate Number, and/or SSN. For more information, see the [SAVE Bulk Upload Tool Instructional Guide (PDF, 740.94 KB)](#).

*Note:* SAVE users are prohibited from creating SAVE cases for any reason other than verifying benefits or licenses as provided in the user agency's SAVE Memorandum of Agreement.

To increase the likelihood of an immediate response without additional verification, agencies should enter all available enumerators, exactly as they appear on the applicant's document(s). Users must complete all verification steps required by SAVE before relying on a SAVE response to deny a benefit or license, including requesting and submitting the benefit applicant's immigration documentation to SAVE when required.

USCIS will continue to release enhancements to SAVE as we optimize this service to provide a single, reliable source for verifying immigration status and U.S. citizenship in line with the [DHS, USCIS, DOGE Overhaul Systematic Alien Verification for Entitlements Database](#) press release.

Las... 025



Need Help?
Chat with Emma™

Case 1:26-cv-11549-IT Document 75-12 Filed 04/23/26 Page 3 of 3