**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:26-cv-11549-IT |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:26-cv-11581-IT |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

**DEFENDANTS' RESPONSE TO MOTIONS TO INTERVENE**

With respect to Intervener States' Motions to Intervene, *see League of Women Voters of Massachusetts v. Trump*, No. 26-cv-11549, Dkt. No. 44 and *State of California v. Trump*, No. 26-cv-11581, Dkt. No. 73, Defendants respectfully submit that the requests for intervention as of right under Fed. R. Civ. P. 24(a) should be denied, for the reasons that follow. Defendants take no position on the requests for permissive intervention under Fed. R. Civ. P. 24(b). Defendants would consent to the filing of a timely amicus brief.

"When a proposed intervenor's objective aligns seamlessly with that of an existing party . . . a rebuttable presumption of adequate representation attaches." *SEC v. LBRY, Inc.*, 26 F.4th 96, 99 (1st Cir. 2022) (internal quotations and citations omitted). "Where the presumption of adequate representation applies, the applicants' burden is a heavy one, since adequacy is primarily a fact-sensitive judgment call and the standard of review is deferential." *Id.* (internal quotations and citations omitted). To the extent that Intervenor States have an interest in this matter, it will be adequately represented by the United States, which intends to vigorously defend this suit. "A proposed intervenor's desire to present an additional argument or a variation of an argument does not establish inadequate representation." *Id.* at 99-100 (internal quotations and citations omitted).

1

Dated: April 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
FL Bar No. 1041279
  *Senior Trial Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
  *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*

2