**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*, <br><br>         *Plaintiffs*, <br><br>   v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>         *Defendants*. | Case No. 1:26-cv-11549-IT |

## MEMORANDUM IN OPPOSITION TO PROPOSED INTERVENOR-DEFENDANTS' MOTION TO INTERVENE

**INTRODUCTION**

Plaintiffs respectfully ask this Court to deny the motion to intervene filed by Proposed Intervenor-Defendants,[1] *see* Dkt. No. 44, because those states seek to intervene only for the purpose of seeking transfer of the case to another court, *see* Mem. in Support of Intervener States' Mot. to Transfer, Dkt. No. 47. This would unfairly prejudice Plaintiffs as set out below.

**ARGUMENT**

As reflected in Proposed Intervenor-Defendants' Certificate of Conferral, League of Women Voters of Massachusetts (LWVMA) Plaintiffs took the following position on the motion to transfer: "LWVM Plaintiffs oppose the motion to transfer. With respect to the motion to intervene, LWVM Plaintiffs take no position if the proposed intervenors do not move to transfer. If the proposed intervenors move to transfer, LWVM Plaintiffs oppose the motion to intervene because the proposed intervenors are seeking to transfer." Dkt. No. 44 at 6.

Almost immediately upon moving to intervene, Proposed Intervenor-Defendants moved to transfer this case to the U.S. District Court for the District of Columbia, *see* Dkt. No. 46, on substantially the same grounds as Defendants, *compare* Mem. in Support of Intervener States' Mot. to Transfer, Dkt. No. 47, *with* Defs' Mem. of Law in Support of Defs' Mot. to Transfer, Dkt. No. 20. As Plaintiffs make clear in their opposition to the motion to transfer, which has been filed today, such a transfer is both unwarranted and extremely prejudicial. *See* Dkt. No. 85. Plaintiffs have already filed a motion for a preliminary injunction in this case, have a set briefing schedule and hearing date on that motion, and face irreparable injury from any delay in the adjudication of that motion. *See id*. at 3–5, 15–17; *see also* Order, Dkt. No. 57. Given that "prejudice to the existing

---

[1] Proposed Intervenor-Defendants are the States of Alabama, Florida, Indiana, Kansas, Louisiana, Missouri, Montana, Nebraska, Oklahoma, South Carolina, South Dakota, and Texas.

parties" is a key factor under the standard for intervention as of right, *R & G Mortg. Corp. v. Fed. Home Loan Mortg. Corp.*, 584 F.3d 1, 7 (1st Cir. 2009), and the standard for permissive intervention, *see T-Mobile Ne. LLC v. Town of Barnstable*, 969 F.3d 33, 44 (1st Cir. 2020) ("[A] district court 'must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights.'") (quoting Fed. R. Civ. P. 24(b)(3)), Proposed Intervenor-Defendants' motion to intervene should be denied.

## CONCLUSION

For the foregoing reasons, this Court should deny Proposed Intervenor-Defendants' motion to intervene.

Dated: April 27, 2026

Jessie J. Rossman (BBO #670685)
Suzanne Schlossberg (BBO #703914)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS,
INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
sschlossberg@aclum.org

Eliza Sweren-Becker*
Wendy Weiser*
Andrew B. Garber*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
sweren-beckere@brennan.law.nyu.edu
weiserw@brennan.law.nyu.edu
garbera@brennan.law.nyu.edu

Justin Lam*

Respectfully submitted,

*/s/ Sophia Lin Lakin*
Sophia Lin Lakin*
Theresa J. Lee*
Davin Rosborough*
Ethan Herenstein*
Jonathan Topaz*
Ming Cheung*
William Hughes*
Clayton Pierce*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
tlee@aclu.org
drosborough@aclu.org
eherenstein@aclu.org
jtopaz@aclu.org
mcheung@aclu.org
whughes@aclu.org
cpierce@aclu.org

Sarah Brannon*
Adriel I. Cepeda Derieux*

2

BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
777 6th Street NW, Suite 1100
Washington, DC 20001
(202) 249-7190
lamju@brennan.law.nyu.edu

Niyati Shah*
Noah Baron*
Ejaz Baluch, Jr.*
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
(202) 296-2300
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org
ebaluch@advancingjustice-aajc.org

Miranda Galindo*
Latino Justice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
mgalindo@latinojustice.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street NW
Washington, DC 20001
(202) 457-0800
sbrannon@aclu.org
acepedaderieux@aclu.org

Leah C. Aden*
Brenda Wright*
John S. Cusick*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
bwright@naacpldf.org
jcusick@naacpldf.org

I. Sara Rohani*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
srohani@naacpldf.org


*Admitted pro hac vice

Counsel for Plaintiffs League of Women
Voters of Massachusetts, League of Women
Voters Lotte E. Scharfman Memorial
Education Fund, League of Women Voters of
the United States, League of Women Voters
Education Fund, Association of Americans
Resident Overseas, U.S. Vote Foundation,
OCA-Asian Pacific American Advocates, and
Delta Sigma Theta Sorority, Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

April 27, 2026

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin

4