## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*, <br><br> STATE OF MISSOURI, STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, and STATE OF TEXAS, <br><br> *Proposed Intervener Defendants*. | Case No. 1:26-cv-11549-IT |

## PROPOSED INTERVENERS' NOTICE OF SUPPLEMENTAL AUTHORITY

As the Court is aware, Proposed Interveners Missouri, Alabama, Florida, Indiana, Kansas, Louisiana, Montana, Nebraska, Oklahoma, South Carolina, South Dakota, and Texas have moved to intervene in each federal action currently challenging Executive Order No. 14399 ("EO"), *Ensuring Citizenship Verification and Integrity in Federal Elections*, 91 FR 17125 (Mar. 31, 2026).  This includes three cases in the U.S. District Court for the District of Columbia, which are all consolidated under *DSCC, et al. v. Trump, et al.*, No. 1:26-cv-01114-CJN.

Earlier this afternoon, the D.C. District Court granted Proposed Interveners' motion for permissive intervention over the objection of the plaintiffs in that action.  *See* Minute Order (filed

April 30, 2026), *DSCC, et al. v. Trump, et al.*, No. 1:26-cv-01114-CJN; *see also* ECF No. 95 (filed

April 24, 2026), *DSCC, et al. v. Trump, et al.*, No. 1:26-cv-01114-CJN.  A copy of the court's

order is attached.

Proposed Interveners respectfully request that this Court also grant intervention here.

Date: April 30, 2026                                  Respectfully submitted,

**STEVE MARSHALL**                              **CATHERINE L. HANAWAY**
ALABAMA ATTORNEY GENERAL                MISSOURI ATTORNEY GENERAL

*/s/ A. Barrett Bowdre*                          */s/ Louis J. Capozzi III*
A. Barrett Bowdre*                              Louis J. Capozzi III*
  *Solicitor General*                             *Solicitor General*
STATE OF ALABAMA                               J. Michael Patton*
OFFICE OF THE ATTORNEY GENERAL           *Deputy Solicitor General*
501 Washington Avenue                           Benjamin S. Gilberg*
Montgomery, Alabama 36104                     *Deputy Solicitor General*
Telephone: (334) 353-8892                       Missouri Attorney General's Office
Fax: (334) 353-8400                             815 Olive Street, Suite 200
Barrett.Bowdre@AlabamaAG.gov            St. Louis, MO 63101
                                                Tel. (573) 645-9662
                                                Fax (573) 751-0774
                                                Louis.Capozzi@ago.mo.gov
                                                Michael.Patton@ago.mo.gov
                                                Benjamin.Gilberg@ago.mo.gov

**JAMES UTHMEIER**                              **THEODORE E. ROKITA**
FLORIDA ATTORNEY GENERAL                  INDIANA ATTORNEY GENERAL

*/s/ David M.S. Dewhirst*                        /s/ *James A. Barta*
David M.S. Dewhirst*                            James. A Barta*
  *Solicitor General*                             *Solicitor General*
Jason J. Muehlhoff*                             Office of the Indiana Attorney General
  *Chief Deputy Solicitor General*              302 W. Washington Street
Office of the Attorney General                 IGC South, Fifth Floor
PL-01, The Capitol                             Indianapolis, IN 46204-2770
Tallahassee, FL 32399-1050                     Phone: (317) 232-0709
(850) 414-3300                                 Fax: (317) 232-7979
david.dewhirst@myfloridalegal.com       James.Barta@atg.in.gov
jason.muehlhoff@myfloridalegal.com

**KRIS W. KOBACH**
KANSAS ATTORNEY GENERAL

*/s/ James R. Rodriguez*
James R. Rodriguez*
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612
Phone: (785) 368-8197
jay.rodriguez@ag.ks.gov


**AUSTIN KNUDSEN**
MONTANA ATTORNEY GENERAL

*/s/ Christian B. Corrigan*
Christian B. Corrigan*
 *Solicitor General*
Montana Department of Justice
215 N. Sanders Helena, MT 59601
(406) 444-2707 (o)
Christian.Corrigan@mt.gov


**GENTER DRUMMOND**
OKLAHOMA ATTORNEY GENERAL

*/s/ Garry M. Gaskins, II*
Garry M. Gaskins, II*
 *Solicitor General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov


**ELIZABETH B. MURRILL**
LOUISIANA ATTORNEY GENERAL

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
 *Solicitor General*
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov


**MICHAEL T. HILGERS**
NEBRASKA ATTORNEY GENERAL

/s/ *Cody S. Barnett*
Cody S. Barnett**
 *Solicitor General*
Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683
Fax: (402) 471-3297
cody.barnett@nebraska.gov


**ALAN WILSON**
SOUTH CAROLINA ATTORNEY GENERAL

*/s/ Joseph D. Spate*
Joseph D. Spate**
 *Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel. (803) 734-3371
Fax (803) 734-3677
josephspate@scag.gov

**MARTY J. JACKLEY**
SOUTH DAKOTA ATTORNEY GENERAL

/s/ *Grant Flynn*
Grant Flynn**
  *Assistant Attorney General*
South Dakota Office of the Attorney General
1302 East SD Highway 1889,
Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: grant.flynn@state.sd.us


/s/ *Ian D. Prior*
Ian D. Prior (Bar No. 655704)
America First Legal Foundation
611 Pennsylvania Ave S.E. No. 231
Washington, D.C. 20003
(410) 205-9681
ian.prior@aflegal.org


\* *Admitted pro hac vice*
\** *Pro hac vice forthcoming*

**KEN PAXTON**
TEXAS ATTORNEY GENERAL

s/ *David Bryant*
David Bryant*
  *Senior Special Counsel*
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
david.bryant@oag.texas.gov

## **CERTIFICATE OF SERVICE**

I certify that on April 30, 2026, the above was filed electronically through the Court's

electronic filing system to be served electronically on counsel for the parties.

/s/ *Louis J. Capozzi III*