**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants.* | No. 1:26-cv-11549 (IT) |
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants.* | No. 1:26cv11581 (IT) |

**MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT AND PRELIMINARY AND PERMANENT INJUNCTIONS**

A bipartisan group of current and former state and local election officials, together with the Center for Election Innovation and Research ("CEIR"), a nonpartisan nonprofit organization that consists of election experts who provide research and support in the field of election administration (jointly "Proposed Amici"), hereby move for leave to file the attached brief as *amici curiae* in support of Plaintiffs' pending motions for summary judgment and preliminary and permanent injunctive relief, already filed in the above-captioned consolidated cases. In support of this motion, Proposed Amici state as follows:

1

1.  Although no specific federal rule of civil procedure or local rule of this Court governs the filing of *amicus curiae* briefs in the district courts, courts in this District have found that amici can "assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President and Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) (internal citation and quotation marks omitted).  For the reasons set forth below, the amicus curiae brief proposed here provides useful supplementary information to the Court and will assist the Court in reaching an appropriate decision in the above-captioned matters.  Proposed Amici therefore respectfully request that their proposed brief, attached to this motion, be accepted and docketed accordingly.

2.  Proposed Amici include 51 current and former state and local election officials who are or were charged with the responsibility for administering elections, including federal elections, within their jurisdictions.  Proposed Amici also include CEIR, which supports the work of such election officials.[1]  Given their roles and responsibilities, Proposed Amici have a close interest in this Court's adjudication of Plaintiffs' challenges to the recent voting-related Presidential executive order ("EO"), entitled "Ensuring Citizenship Verification and Integrity in Federal Elections."  *See* Exec. Order No. 14399, 91 Fed. Reg. 17125 (Mar. 31, 2026).  Indeed, state and local election officials are the parties who would ultimately be responsible for implementing the changes mandated by the EO "on the ground."  Proposed Amici are therefore uniquely positioned to advise the Court on the many practical difficulties, conflicts with existing voting-related laws, threats to election integrity, and risks of eligible voter disenfranchisement that would result from

---

[1] CEIR is a nonprofit; it has no parent corporation, corporate subsidiaries, or stockholders.

allowing the EO to take effect—particularly given the relatively short time period remaining before the upcoming November 2026 mid-term elections.  Proposed Amici's information and insights, derived from decades of first-hand experience with election administration, will help the Court better understand why the challenged EO is so dangerous and why injunctive relief is necessary. The proposed amicus curiae brief will thus ultimately aid this Court in its resolution of the present dispute.

3.    Moreover, the EO also explicitly threatens state and local election officials with potential federal criminal investigation and prosecution for running afoul of its (often confusing and ill-explained) terms.  *See* 91 Fed. Reg. at 17126-27, §§ 2(b) & 5; *see also id.* § 3(c).  Proposed Amici therefore have a strong interest in supporting Plaintiffs' motions to enjoin the EO from taking effect.

4.  This motion is timely.  Plaintiffs filed their pending motions on April 23, 2027, and Defendants' responses, along with their cross-motion for summary judgment, are currently due on May 7, 2026.  Proposed Amici have proceeded diligently to prepare the attached brief on a timeline that will enable Defendants to address the arguments contained therein in their forthcoming response briefs, as well as at the hearing currently scheduled for June 2, 2026.  Moreover, the proposed amicus curiae brief attached to this motion is substantially similar to the brief already submitted by CEIR and a similar group of election officials in similar consolidated cases currently pending before the U.S. District Court for the District of Columbia.  *See DSCC et al. v. Trump*, No. 1:26-cv-1114 (CJN) (D.D.C.), Dkt. 97-1 (proposed amicus curiae brief on behalf of CEIR and current and former state and local election officials, filed April 27, 2026); *see also League of United Latin American Citizens v. Exec. Off. of the Pres.*, No. 1:26cv1132 (D.D.C.); *NAACP v. Trump*, No. 1:26cv1151 (D.D.C.) (consolidated cases).  Several of the same counsel for

Defendants in those D.D.C. cases also serve as counsel for Defendants in the above-captioned matters in this Court, and counsel thus should thus already be familiar with the arguments in the proposed amicus brief.

5.  All Plaintiffs have consented to the filing of the proposed amicus curiae brief.  Counsel for Defendants represented that Defendants take no position on the request.

6.  For the foregoing reasons, Proposed Amici respectfully request that they be granted leave to file the proposed amicus curiae brief, which is attached as an exhibit to this filing.

Dated:  May 4, 2026

Respectfully submitted,

/s/ Samantha P. Bateman
SAMANTHA P. BATEMAN*
KYLE R. FREENY*
ROSA L. BAUM*
WASHINGTON LITIGATION GROUP
1717 K Street N.W., Suite 1120
Washington, D.C. 20006
(202) 521-8750
sbateman@washingtonlitigationgroup.org

ANA MUÑOZ

*Counsel for Amici Curiae State and Local Election Officials and Election Experts*

*\* Motions for admission pro hac vice pending*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, I e-filed a true and correct copy of this motion and its attachments with the Court via CM/ECF, which will complete electronic service to all counsel of record in the above-captioned matters.

/s/ Ana Muñoz
ANA MUÑOZ

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Samantha P. Bateman, hereby certify that on April 30, 2026, I contacted all counsel of record in the above-captioned matters to provide notice of this motion. Counsel for all Plaintiffs represented that Plaintiffs consent to the motion and the filing of the proposed amicus curiae brief. Counsel for Defendants represented that Defendants take no position on the motion.


Dated: May 4, 2026

/s/ Samantha P. Bateman
SAMANTHA P. BATEMAN
WASHINGTON LITIGATION GROUP
1717 K Street N.W., Suite 1120
Washington, D.C. 20006
(202) 521-8750
sbateman@washingtonlitigationgroup.org