UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 1:26-cv-11549-IT |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | * * * * | |
| Defendants. | * * * | |
| STATE OF CALIFORNIA, et al., | * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 1:26-cv-11581-IT |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | * * * | |
| Defendants. | * * | |

**MOTION FOR ADMISSION OF JEFFREY A. MANDELL *PRO HAC VICE***

In accordance with L.R. 83.5.3, Ruth M. Greenwood, a member of the bar of this Court and counsel for proposed *amici curiae* Wisconsin Democracy Campaign, Inc. (WDC), EXPO of Wisconsin, Inc. (EXPO), Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef in the captioned consolidated actions, hereby moves the Court to admit Attorney Jeffrey A. Mandell, member of the bar of the State of Wisconsin, *pro hac*

1

*vice* to appear and participate as counsel for proposed *amici* WDC, EXPO, Ms. Jaleyce Oraedu, Ms. Jasmine Oraedu, and Mr. Shelef in this matter.

As set forth in the accompanying certification, Attorney Jeffrey A. Mandell (1) is a member in good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Attorney Jeffrey A. Mandell *pro hac vice* to the bar of this Court.

Dated: May 5, 2026                    Respectfully submitted,


By:  /s/ *Ruth M. Greenwood*
    Ruth M. Greenwood (Mass. State Bar No. 707247)
    ELECTION LAW CLINIC AT
     HARVARD LAW SCHOOL
    4105 Wasserstein Hall
    6 Everett St.
    Cambridge, Massachusetts 02138
    rgreenwood@law.harvard.edu
    617.998.1010

    *Attorneys for* amici curiae *Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef*