UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | * * * * * * * * * * * * * * Civil Action No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | * * * * * * * * * * * * * Civil Action No. 1:26-cv-11581-IT |

## CERTIFICATION OF JEFFREY A. MANDELL

In support of my application for admission *pro hac vice* in this matter, I, Attorney Jeffrey A. Mandell, hereby certify that:

1.      I am an attorney and General Counsel of Law Forward, Inc., a nonpartisan, nonprofit law firm in Madison, Wisconsin. I am one of the lawyers representing proposed *amici curiae* Wisconsin Democracy Campaign, Inc., EXPO of

1

Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef in the captioned consolidated actions.

2.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Wisconsin, State of Illinois (inactive), and District of Columbia (inactive).

3.      I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.      I have not previously had *pro hac vice admission* to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.      I have read and agree to comply with the Local Rules of the United States District Court for the District Court of Massachusetts.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2026                    Respectfully submitted,


By: /s/ *Jeffrey A. Mandell*
        Jeffrey A. Mandell (Wis. State Bar No. 1100406)
        LAW FORWARD, INC.
        222 W. Washington Ave., Ste. 680
        Madison, Wisconsin 53703
        jmandell@lawforward.org
        608.283.9822

        *Attorneys for* amici curiae *Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef*

2