UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *  Civil Action No. 1:26-cv-11549-IT <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *  Civil Action No. 1:26-cv-11581-IT <br> * <br> * <br> * <br> * <br> * <br> * |

**MOTION FOR ADMISSION OF RACHEL E. SNYDER *PRO HAC VICE***

In accordance with L.R. 83.5.3, Ruth M. Greenwood, a member of the bar of this Court and counsel for proposed *amici curiae* Wisconsin Democracy Campaign, Inc. (WDC), EXPO of Wisconsin, Inc. (EXPO), Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef in the captioned consolidated actions, hereby moves the Court to admit Attorney Rachel E. Snyder, member of the bar of the State of Wisconsin, *pro hac vice*

1

to appear and participate as counsel for proposed *amici* WDC, EXPO, Ms. Jaleyce Oraedu, Ms. Jasmine Oraedu, and Mr. Shelef in this matter.

As set forth in the accompanying certification, Attorney Rachel E. Snyder (1) is a member in good standing of the bar of every jurisdiction to which she has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which she is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Attorney Rachel E. Snyder *pro hac vice* to the bar of this Court.

Dated: May 5, 2026                  Respectfully submitted,


By:  /s/ *Ruth M. Greenwood*
  Ruth M. Greenwood (Mass. State Bar No. 707247)
  ELECTION LAW CLINIC AT
   HARVARD LAW SCHOOL
  4105 Wasserstein Hall
  6 Everett St.
  Cambridge, Massachusetts 02138
  rgreenwood@law.harvard.edu
  617.998.1010

  *Attorneys for* amici curiae *Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef*