UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 1:26-cv-11549-IT |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | * * * * | |
| Defendants. | * * | |
| STATE OF CALIFORNIA, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 1:26-cv-11581-IT |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | * * * | |
| Defendants. | * * | |

**CERTIFICATION OF RACHEL E. SNYDER**

In support of my application for admission *pro hac vice* in this matter, I, Attorney Rachel E. Snyder, hereby certify that:

1. I am an attorney and Policy Counsel with Law Forward, Inc., a nonpartisan, nonprofit law firm in Madison, Wisconsin. I am one of the lawyers representing proposed *amici curiae* Wisconsin Democracy Campaign, Inc., EXPO of

1

Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef in the captioned consolidated actions.

2.     I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of Wisconsin.

3.     I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.     I have not previously had *pro hac vice admission* to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.     I have read and agree to comply with the Local Rules of the United States District Court for the District Court of Massachusetts.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2026                    Respectfully submitted,

By:  /s/ *Rachel E. Snyder*
       Rachel E. Snyder (Wis. State Bar No. 1090427)
       LAW FORWARD, INC.
       222 W. Washington Ave., Ste. 680
       Madison, Wisconsin 53703
       rsnyder@lawforward.org
       608.283.9822

       *Attorneys for* amici curiae *Wisconsin Democracy Campaign, Inc., EXPO of Wisconsin, Inc., Jaleyce Oraedu, Jasmine Oraedu, and Aharon Shelef*

2