**FILED**
**02-13-2026**
**Clerk of Circuit Court**
**Waukesha County**
**2025CV001277**

**DATE SIGNED: February 13, 2026**

<u>Electronically signed by Paul Bugenhagen Jr</u>
Circuit Court Judge

STATE OF WISCONSIN   CIRCUIT COURT   WAUKESHA COUNTY
BRANCH 10

---

MICHELLE LUEDTKE,

      Petitioner/Plaintiff,

  v.                                Case No. 25-CV-1277

ANDREW YUNKER, et al.,

      Defendants/Respondents.

---

## FINAL ORDER

---

Upon the motions to dismiss the plaintiff/petitioner's "Complaint/Petition for Writ of Certiorari and Review of an Administrative Agency Decision" filed by the defendants/respondents Wisconsin Election Commission and Andrew Yunker (Dkt. 43, 29, 10), briefing by the parties (Dkt. 26, 42, 59, 66, 63, 63, 70), and oral argument at a hearing held on December 19, 2025, for reasons stated on the record at the January 29, 2026, hearing, IT IS HEREBY ORDERED that the aforementioned motions to dismiss are GRANTED.

**THIS ORDER IS FINAL FOR PURPOSES OF APPEAL.**