## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LEAGUE OF WOMEN VOTERS OF MAS-
SACHUSETTS, *et al.*,

      Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

      Defendants.

Case No. 1:26-cv-11549-IT

STATE OF CALIFORNIA, *et al.*,

      Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*,

      Defendants.

Case No. 1:26-cv-11581-IT

## <u>DEFENDANTS' MOTION TO DISMISS</u>

For the reasons stated in the accompanying combined memorandum of law, Defendants hereby move to dismiss both above-captioned consolidated cases under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: May 7, 2026                          Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            ERIC J. HAMILTON
                                            Deputy Assistant Attorney General
                                            Civil Division

                                            JOSEPH E. BORSON
                                            Assistant Branch Director
                                            Federal Programs Branch

                                            /s/ Stephen M. Pezzi
                                            STEPHEN M. PEZZI
                                            Senior Trial Counsel (D.C. Bar. No. 995500)
                                            ESAM K. AL-SHAREFFI
                                            Trial Attorney (D.C. Bar No. 90010174)
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, NW
                                            Washington, DC 20530
                                            Telephone: (202) 305-8576
                                            E-mail: stephen.pezzi@usdoj.gov

### Local Rule 7.1 Certification

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs prior to the filing of this motion, pursuant to Local Rule 7.1(a)(2). Counsel was unable to resolve or narrow the issues for review. Plaintiffs oppose this motion.

                                            /s/ Stephen M. Pezzi
                                            STEPHEN M. PEZZI

- 1 -