**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>      Defendants. | Case No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>      Defendants. | Case No. 1:26-cv-11581-IT |

**DEFENDANTS' EXHIBITS – MOTION TO DISMISS, OPPOSITION TO *CALIFORNIA* PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, OPPOSITION TO *LWVMA* PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**