**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*, <br>        *Plaintiffs,* <br><br>    v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br>        *Defendants*. | No. 1:26-cv-11549-IT |
| CALIFORNIA, *et al.*, <br>        *Plaintiffs*, <br><br>    v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br>        *Defendants.* | No. 1:26-cv-11581-IT |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF**
**BY FEDERATION FOR AMERICAN IMMIGRATION REFORM**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

In accordance with Local Rule 7.1, movant Federation for American Immigration Reform ("FAIR") respectfully seeks this Court's leave to file the accompanying *amicus curiae* brief in support of Defendants' Motion to Dismiss. Counsel for *amicus* FAIR has conferred with counsel for all parties in these consolidated cases in a good-faith effort to resolve the issues raised by this motion and states as follows regarding the parties' positions: Plaintiffs in *LWVMA v. Trump* and the Plaintiff States in *California v. Trump* consent to this motion; Intervenor Defendants in *California v. Trump* do not oppose this motion; and Defendants in both cases take no position on this motion.

1

The Court has discretion to permit the filing of an *amicus curiae* brief where the submission will assist the Court in resolving the issues presented. FAIR's proposed brief offers a distinct perspective on the constitutional and justiciability questions raised by Defendants' Motion to Dismiss and is intended to aid the Court's consideration of those issues.

In furtherance of this motion, *amicus* FAIR states as follows:

1.     FAIR is a nonprofit corporation and membership organization that was founded in 1979 and has its principal place of business in Washington, D.C. FAIR's mission is to advocate for immigration policies that are in America's best interest. In pursuit of this mission, FAIR regularly participates in litigation involving immigration law enforcement, border integrity, and the scope of executive authority over the entry of aliens into the United States. Because these cases involve executive power to prevent aliens from voting in federal elections, FAIR has a strong interest in these cases.

2.     The proffered *amicus* brief argues that, because the right to citizen self-government is essential to a republican form of government, and thus the President's executive order given to vindicate this right falls under his constitutional authority and obligation to guarantee to every State a republican form of government, neither the President's order nor his subordinates' actions in carrying it out are subject to judicial review.

3.  Because these issues are relevant to this Court's decision, FAIR's brief may aid the Court.

//

//

//

2

For the foregoing reasons, FAIR respectfully requests that the Court grant its Motion for Leave to file the accompanying brief as *amicus curiae*.

Dated: May 12, 2026                    Respectfully submitted,

/s/ Matthew James O'Brien
MATTHEW JAMES O'BRIEN
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
(202) 328-7004
mobrien@fairus.org

Counsel for *Amicus Curiae*
Federation for American Immigration Reform

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May 2026, I electronically filed the foregoing motion—together with its accompanying *amicus* brief and proposed order—with the Clerk of the Court using the CM/ECF system. Participants in this case are registered CM/ECF users and service will be accomplished through the Court's CM/ECF system.

/s/ Matthew James O'Brien