## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br>                     *Plaintiffs,*<br>          v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>                     *Defendants*.<br><br>CALIFORNIA, *et al.*,<br>                     *Plaintiffs*,<br>          v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br>                     *Defendants.* | No. 1:26-cv-11549-IT<br><br><br><br><br><br><br>No. 1:26-cv-11581-IT |

**[PROPOSED] ORDER**

Before the Court is Federation for American Immigration Reform's motion for leave to file a brief as *amicus curiae* in support of Defendants' motion to dismiss. For the reasons set forth by Movant, the motion is GRANTED.

SO ORDERED.

Dated this _____ day of _____, 2026

_____
HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE