**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>         *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>         *Defendants*. | Case No. 1:26-cv-11549-IT |

## NOTICE OF APPEARANCE

Please enter the appearance of Miranda Galindo as counsel for all Plaintiffs in the above-captioned matter.

Dated: May 12, 2026                  Respectfully submitted,

By: /s/ *Miranda Galindo*
    Miranda Galindo
    Senior Counsel
    LatinoJustice PRLDEF
    475 Riverside Dr. #1901
    New York, NY 10115

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 12, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.


May 12, 2026                                         */s/ Miranda Galindo*
                                                     Miranda Galindo