**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        *Defendants*. | Case No. 1:26-cv-11549-IT |

**<u>SECOND DECLARATION OF SOPHIA LIN LAKIN</u>**

I, Sophia Lin Lakin, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1.     I am the Director of the American Civil Liberties Union's Voting Rights Project, which is part of the team representing Plaintiffs in the above-captioned action.

2.     On April 3, 2026, I caused copies of the summons (ECF No. 4) and Complaint (ECF No. 1 and attachments) in this action to be served upon the following individuals by certified mail, return receipt requested, pursuant to Fed. R. Civ. P. 4(i):

    a.  President Donald J. Trump, 600 Pennsylvania Avenue, NW, Washington, DC 20500;

    b.  United States Postal Service at 475 L'Enfant Plaza SW, Washington, DC 20260-0004;

    c.  United States Postal Service Board of Governors at 475 L'Enfant Plaza SW, Washington, DC 20260-0004;

    d.  Postmaster General David Steiner at 475 L'Enfant Plaza SW, Washington, D.C. 20260-0010;

e.  Deputy Postmaster General Douglas A. Tulino at 475 L'Enfant Plaza SW, Washington, D.C. 20260;

f.  Amber F. McReynolds at 475 L'Enfant Plaza, SW, Washington, DC 20260;

g.  Vice Chairman Derek T. Kan at 475 L'Enfant Plaza SW, Washington, DC 20260-0004;

h.  Ronald A. Stroman at 475 L'Enfant Plaza SW, Washington, D.C. 20260;

i.  Daniel M. Tangherlini at 475 L'Enfant Plaza SW, Washington, DC 20260-0004;

j.  Department of Homeland Security at 2707 Martin Luther King Jr. Ave SE, Washington, DC 20528-0485;

k.  Secretary Markwayne Mullin at 2707 Martin Luther King Jr. Ave SE, Washington, DC 20528-0485;

l.  Social Security Administration at 6401 Security Boulevard, Baltimore, MD 21235;

m.  Commissioner Frank J. Bisignano at 6401 Security Boulevard, Baltimore, MD 21235;

n.  United States Citizenship and Immigration Services at 5900 Capital Gateway Drive, Camp Springs, MD, 20746;

o.  Director Joseph B. Edlow at 5900 Capital Gateway Drive, Camp Spring, MD 20588;

p.  Acting Attorney General Todd Blanche at 950 Pennsylvania Avenue, NW, Washington, DC 20530; and

q.  The Civil Process-Clerk via the U.S. Attorney's Office for the District of

Massachusetts, at One Courthouse Way, 9th Floor, Boston MA 02210.

3.      A true and correct copy of returned receipts confirming delivery of the packet to

each Defendant is provided as **Exhibit A**.


May 13, 2026                                          /s/ *Sophia Lin Lakin*
                                                     Sophia Lin Lakin