**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>          *Defendants*. | Case No. 1:26-cv-11549-IT |

**DECLARATION OF SOPHIA LIN LAKIN**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' AND**
**INTERVENORS' MOTIONS TO DISMISS AND REPLY IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Sophia Lin Lakin, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1.     I am the Director of the American Civil Liberties Union's Voting Rights Project, which is part of the team representing Plaintiffs in the above-captioned action. I am fully familiar with the facts and circumstances set forth herein and make this Declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2.     Attached hereto as **Exhibit 16** is a true and correct copy of *Trump Is Pushing Forward His Plan for Voter Lists*, authored by Jose Pagliery and published by NOTUS on May 14, 2026. It is also available at https://www.notus.org/trump-white-house/white-house-meeting-doj-dhs-usps-voter-lists-election-security-integrity [https://perma.cc/9NC3-2D8P].

3.     Attached hereto as **Exhibit 17** is a true and correct copy of *Fact Sheet: President Donald J. Trump Ensures Citizenship Verification and Voter Eligibility in Federal Elections*, published by The White House on Mar. 31, 2026. It is also available at

1

https://www.whitehouse.gov/fact-sheets/2026/03/fact-sheet-president-donald-j-trump-ensures-citizenship-verification-and-voter-eligibility-in-federal-elections/ [https://perma.cc/K9HY-J8GX].

4.    Attached hereto as **Exhibit 18** is a true and correct copy of the *Office of Management & Budget Circular No. A-108, Federal Agency Responsibilities for Review, Reporting, and Publication under the Privacy Act* (2016). It is also available at https://www.whitehouse.gov/wp-content/uploads/legacy_drupal_files/omb/circulars/A108/omb_circular_a-108.pdf.

I certify under penalty of perjury that the foregoing is true and correct.

May 14, 2026                                                 /s/ *Sophia Lin Lakin*
                                                                    Sophia Lin Lakin

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2026, a true copy of the above document was filed via the

Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

May 14, 2026                                                    /s/ *Sophia Lin Lakin*
                                                               Sophia Lin Lakin