# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>  *Defendants*. | Case No. 1:26-cv-11549-IT |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Brenda Wright as counsel for all Plaintiffs in the above-captioned matter.

Dated: May 20, 2026

Respectfully submitted,

By: /s/ *Brenda Wright*
Brenda Wright
NAACP Legal Defense &
Educational Fund, Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(332) 272-0242
bwright@naacpldf.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 20, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

May 20, 2026                                              */s/ Brenda Wright*
                                                              Brenda Wright