# EXHIBIT 1

**Supplemental Declaration of Michael Mayhew (May 22, 2026)**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-11581-IT |

### SUPPLEMENTAL DECLARATION OF MICHAEL MAYHEW

1.      My name is Michael Mayhew. I serve as Deputy Associate Director of the Immigration Records and Identity Services Directorate within U.S. Citizenship and Immigration Services (USCIS). I have served in this position since February 2022.  I previously provided a declaration in the above-captioned matters, signed on May 5, 2026.  I am updating my previous declaration with information accurate as of today.

2.      In my professional capacity as the Deputy Associate Director, I am responsible for the management of USCIS's immigration records and identity services portfolio.

3.      The following declaration is based on my personal knowledge and information that I acquired in my official capacity and in the performance of my official functions.

4.      DHS and USCIS are in receipt of Executive Order 14,399, Ensuring Citizenship Verification and Integrity in Federal Elections, issued on March 31, 2026.

5.      I am aware that deliberations are currently ongoing within DHS and USCIS regarding implementation of the Executive Order. Those deliberations include consideration of feasibility and consistency with applicable law, including but not limited to the Privacy Act of 1974 (5 U.S.C. 552a), as contemplated explicitly by Sections 2(a) and 7(b) of E.O. 14,399.

6.      USCIS has presented a recommendation regarding the "State Citizenship Lists" discussed in E.O. 14,399 to the DHS.

7.      USCIS has not yet created any "State Citizenship List" as contemplated by E.O. 14,399.

8.      DHS has not yet made any final decisions regarding implementation of E.O. 14,399.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that, as of the date of this declaration, the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of May 2026 in Charleston, South Carolina.

MICHAEL X MAYHEW
Digitally signed by MICHAEL X MAYHEW
Date: 2026.05.22 15:46:03 -04'00'

_____

MICHAEL X. MAYHEW
Deputy Associate Director
Immigration Records and Identity Services Directorate
United States Citizenship and Immigration Services

2