**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MAS-SACHUSETTS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　Defendants. | Case No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　Defendants. | Case No. 1:26-cv-11581-IT |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Earlier today, in parallel litigation pending in the U.S. District Court for the District of Columbia, the district court denied the plaintiffs' motions for a preliminary injunction in three consolidated cases challenging Executive Order 14,399.  *See* Mem. Op., ECF No. 143, *DSCC v. Trump*, No. 26-cv-1114 (CJN) (D.D.C. May 28, 2026) (Nichols, J.).  The plaintiffs in the District of Columbia litigation raise arguments that are extremely similar (and often identical) to the arguments presented in the above-captioned matters before this Court.  The *DSCC* opinion is attached to this Notice, for the Court's convenience.

- 2 -

Dated: May 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
 Chief Litigation Counsel (FL Bar 1041279)
ESAM K. AL-SHAREFFI
 Trial Attorney (D.C. Bar 90010174)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov