AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| League of Women Voters of Massachusetts, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    1:26-cv-011549-IT |
| DONALD TRUMP, in his official capacity, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervener State of Missouri                                                                    .

Date:      06/01/2026

/s/ Benjamin S. Gilberg
*Attorney's signature*

Benjamin S. Gilberg #5941505NY
*Printed name and bar number*

Office of Missouri Attorney General
815 Olive Street, Suite #200
St. Louis, MO 63101
*Address*

Benjamin.Gilberg@ago.mo.gov
*E-mail address*

(573) 418-7271
*Telephone number*

(314) 340-7981
*FAX number*