**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MAS-SACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-11581-IT |

## NOTICE

Federal Defendants in the above-captioned matters respectfully submit the following notice regarding recent developments in this matter:

Earlier today, Secretary Mullin signed a memorandum pertaining to implementation of Executive Order 14,399. This memorandum rescinds and supersedes the recommendation approved on June 4, 2026, which Defendants noticed in this Court on June 5. The June 8 action more accurately reflects the current policy of the Administration with respect to the implementation of EO 14,399.

- 2 -

Under the new memorandum, Secretary Mullin has approved a technological approach toward implementing the infrastructure contemplated in Executive Order 14,399. Under this approach, USCIS, in coordination with the Social Security Administration and the Department of State, would deliver by June 30, 2026, a mechanism for States to receive secure, state-focused citizenship-related information from each agency. In so doing, USCIS is working to facilitate direct sharing of citizenship list information with the States. The Secretary further approved a phased plan under which citizen-facing portal capabilities would be developed and implemented later in 2026, once sufficient legal, privacy, and technical groundwork has been completed. Finally, the Secretary authorized DHS to continue preliminary conversations with USPS concerning potential data-sharing arrangements, and should USPS finalize its rulemaking process, consider working to advance potential coordination to the extent feasible and consistent with applicable law and privacy protections. Such data-sharing arrangements are not directed by EO 14,399 and would be contingent upon whether USPS issues a final rule; the content of such rule, if any; and any policy and legal determinations as to the desirability and feasibility of any such data-sharing.

Defendants' previous notice stated that the now-rescinded memorandum had as one of its parts the "implementation of a SAVE-based State Voter Roll Verification, whereby state election officials can submit their entire voter roll records to the USCIS Systematic Alien Verification for Entitlements program (SAVE) system for verification." Executive Order 14,399 does not direct that approach, and the new memorandum no longer includes that discussion.

Dated: June 8, 2026                    Respectfully submitted,

                                       BRETT A. SHUMATE
                                       Assistant Attorney General
                                       Civil Division

                                       ERIC J. HAMILTON
                                       Deputy Assistant Attorney General
                                       Civil Division

                                       JOSEPH E. BORSON
                                       Assistant Branch Director
                                       Federal Programs Branch

                                       /s/ *Esam K. Shareffi*
                                       STEPHEN M. PEZZI
                                        Chief Litigation Counsel (FL Bar 1041279)
                                       ESAM K. AL-SHAREFFI
                                        Trial Attorney (D.C. Bar 90010174)
                                       U.S. Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L Street, NW
                                       Washington, DC 20530
                                       Telephone: (202) 598-7367
                                       E-mail: esam.k.al-shareffi@usdoj.gov

                                       *Counsel for Federal Defendants*