**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. |

Case No. 1:26-cv-11549-IT

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY

Pursuant to Local Rule 7.1(b)(3), Plaintiffs League of Women Voters of Massachusetts, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of the United States, League of Women Voters Education Fund, Association of Americans Resident Overseas, U.S. Vote Foundation, OCA-Asian Pacific American Advocates, and Delta Sigma Theta Sorority, Inc. (*League* Plaintiffs), respectfully move for leave to file a surreply in opposition to Defendants' and Defendant Intervenors' motions to dismiss, Dkt. Nos. 124, 126, and in support of Plaintiffs' motion for preliminary injunction on Counts I and II of their Complaint, Dkt. No. 73. Plaintiffs' proposed surreply is attached hereto as **Exhibit A**.

Plaintiffs seek to file a surreply to respond to Defendants' notices "regarding developments in this matter" (Notices). Dkt. Nos. 154 & 157. Defendants filed their first Notice on Friday June 5, 2026 at 5:00 p.m. Dkt. No. 154. Defendants filed a second Notice on June 8, 2026 around 11:00 p.m. Dkt. No. 157. Defendants' Notices alert the Court and the parties that the Department of Homeland Security (DHS) and other federal agencies are prepared to operationalize the "citizenship lists" mandated by Executive Order 14,399 (Executive Order or Order) as soon as

1

June 30, 2026. June 5 Notice, Dkt. No. 154 at 2; June 8 Notice, Dkt. No. 157 at 2. Contrary to Defendants' position at the June 2 hearing, the Notices also confirm that there is a relationship between the DHS citizenship lists and USPS's mail voter lists, the creation of which are both mandated by the Executive Order. *Id*.

A surreply is appropriate where, as here, "a party has not had the opportunity to contest matters introduced for the first time[.]" *Animal Welfare Inst. v. Martin*, 588 F. Supp. 2d 70, 81 (D. Me. 2008); *see also Everett J. Prescott, Inc. v. Beall*, No. 1:25-cv-00071-JAW, 2025 WL 2085275, at *35 n.9 (D. Me. July 24, 2025) (consideration of defendant's surreply was equitable given plaintiffs' reply). Prior to the filing of their Notices, Defendants argued that DHS's citizenship lists "*may* be created" and that the government itself did not yet "actually know[] what sort of lists are being constructed or sent, in what manner, and for what purpose." Defs.' Opening Br., Dkt. No. 128 at 18 (citation modified) (emphasis added). During the June 2 hearing, counsel for Defendants further represented that "there is not a connection between the citizenship lists generated by the Department of Homeland Security and the mail-in and absentee ballot list generated by the states for purposes of the postal service section." June 2 Tr. at 40:4–9, Dkt. No. 155. To the contrary, Defendants' Notices demonstrate that: (1) DHS and USPS are already implementing the mandates of the Executive Order, including the Order's command that USPS serve as gatekeeper for mail ballots; and (2) Plaintiffs' ongoing and imminent harm arises from the mandates of the Executive Order.

Plaintiffs should be permitted to file a surreply to allow Plaintiffs a fair opportunity to address the harms arising from the Order's implementation—implementation that Defendants acknowledged only after the parties fully briefed and the Court heard argument on Plaintiffs' preliminary injunction motion and Defendants' motion to dismiss.

Dated: June 10, 2026

Jessie J. Rossman (BBO #670685)
Suzanne Schlossberg (BBO #703914)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
sschlossberg@aclum.org

Eliza Sweren-Becker*
Wendy Weiser*
Andrew B. Garber*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
sweren-beckere@brennan.law.nyu.edu
weiserw@brennan.law.nyu.edu
garbera@brennan.law.nyu.edu

Justin Lam*
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
777 6th St. NW, Ste. 1100
Washington, DC 20001
(202) 249-7190
lamju@brennan.law.nyu.edu

Leah C. Aden*
Brenda Wright*
John S. Cusick*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
bwright@naacpldf.org
jcusick@naacpldf.org

Respectfully submitted,

*/s/ Sophia Lin Lakin*
Sophia Lin Lakin*
Theresa J. Lee*
Davin Rosborough*
Ethan Herenstein*
Jonathan Topaz*
Ming Cheung*
William Hughes*
Clayton Pierce*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
tlee@aclu.org
drosborough@aclu.org
eherenstein@aclu.org
jtopaz@aclu.org
mcheung@aclu.org
whughes@aclu.org
cpierce@aclu.org

Sarah Brannon*
Adriel I. Cepeda Derieux*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
(202) 457-0800
sbrannon@aclu.org
acepedaderieux@aclu.org

Niyati Shah*
Noah Baron*
Ejaz Baluch, Jr.*
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
(202) 296-2300
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org
ebaluch@advancingjustice-aajc.org

3

I. Sara Rohani*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
srohani@naacpldf.org

Miranda Galindo*
LATINO JUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
mgalindo@latinojustice.org

*Admitted pro hac vice

Counsel for Plaintiffs League of Women
Voters of Massachusetts, League of Women
Voters Lotte E. Scharfman Memorial
Education Fund, League of Women Voters of
the United States, League of Women Voters
Education Fund, Association of Americans
Resident Overseas, U.S. Vote Foundation,
OCA-Asian Pacific American Advocates, and
Delta Sigma Theta Sorority, Inc.

## STATEMENT PURSUANT TO RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), counsel for the *League* Plaintiffs have conferred with Defendants and Defendant-Intervenors about this Motion. Defendants and Defendant-Intervenors take no position on this Motion.

/s/ *Sophia Lin Lakin*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

June 10, 2026                                                      /s/ *Sophia Lin Lakin*