UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF OF MASSACHUSETTS, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | * * * | Civil Action No. 1:26-cv-11549-IT |
| Defendants, | * * | |
| and | * * | |
| STATE OF MISSOURI, et al., | * * | |
| Intervenor-Defendants. | * | |

MEMORANDUM & ORDER

July 13, 2026

TALWANI, D.J.

In this action challenging Executive Order 14399, <u>Ensuring Citizenship Verification and Integrity in Federal Elections</u> (the "EO"), 91 Fed. Reg. 17125 (Mar. 31, 2026), eight non-profit organizations involved with voter education and advocacy (collectively, "Plaintiff Organizations")[1] have moved against Defendants U.S. Postal Service ("USPS"), Postmaster General, Deputy Postmaster General, USPS Board of Governors Chairwoman, USPS Board of Governors Vice Chairman, and USPS Board of Governor Members to preliminarily enjoin

---

[1] Plaintiff Organizations are the League of Women Voters of Massachusetts, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of the United States, League of Women Voters Education Fund, Association of Americans Resident Overseas, U.S. Vote Foundation, OCA-Asian Pacific American Advocates, and Delta Sigma Theta Sorority.

implementation of Section 3 of the EO. Pls.' Mot. for Prelim. Inj. [Doc. No. 73]. Defendants,

joined by Intervenor-Defendants,[2] oppose. Defs.' Mem. ISO Mot. to Dismiss and Opp'n to Pls.'

Mot. for Prelim. Inj. [Doc. No. 128]; Intervenors' Mem. ISO Mot. to Dismiss and Opp'n to Pls.'

Mot. for Prelim. Inj. [Doc. No. 125].[3]

On July 1, 2026, in separate litigation, the United States District Court for the District of

Columbia preliminarily enjoined USPS's implementation of Section 3 of the EO (the "D.C.

Injunction"). See NAACP v. USPS, No. 1:20-cv-02295-EGS (D.D.C. July 1, 2026), Dkt. No.

181. Where the D.C. Injunction obviates Plaintiff Organizations' assertion of irreparable harm,

the court DENIES, without prejudice, Plaintiff Organizations' Motion [Doc. No. 73]. See

González-Droz v. González-Colon, 573 F.3d 75, 79 (1st Cir. 2009) ("irreparable harm

constitutes a necessary threshold showing for an award of preliminary injunctive relief").

If the D.C. Injunction is stayed pending appeal, or USPS promulgates a final rule

implementing Section 3 of the EO, Plaintiff Organizations may file a renewed motion for a

preliminary injunction. Defendants and Intervenor-Defendants shall file any opposition within

seven calendar days of Plaintiff Organizations' renewed filing.

IT IS SO ORDERED.

July 13, 2026                                    /s/ Indira Talwani
                                                 United States District Judge

---

[2] Intervenor-Defendants are the States of Alabama, Florida, Indiana, Kansas, Louisiana, Missouri, Montana, Nebraska, Oklahoma, South Carolina, South Dakota, and Texas.

[3] Defendants and Intervenor-Defendants have also moved to dismiss Plaintiff Organizations' Complaint. Defs.' Mot. to Dismiss [Doc. No. 126]; Intervenors' Mot. to Dismiss [Doc. No. 124]. These motions remain under advisement.