UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>     *Defendants*. | Case No. 1:26-cv-11549-IT |

## PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs League of Women Voters of Massachusetts, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of the United States, League of Women Voters Education Fund, Association of Americans Resident Overseas, U.S. Vote Foundation, OCA-Asian Pacific American Advocates, and Delta Sigma Theta Sorority, Inc. respectfully renew their motion for a preliminary injunction on Counts I and II of their Complaint against Defendants United States Postal Service (USPS), USPS Board of Governors, Amber F. McReynolds (in her official capacity as Chair of the Board of Governors of USPS), Derek T. Kan (in his official capacity as Vice Chairman of the Board of Governors of USPS), Ronald A. Stroman (in his official capacity as a Member of the Board of Governors of USPS), Daniel M. Tangherlini (in his official capacity as a Member of the Board of Governors of USPS), and David P. Steiner (in his official capacity as United States Postmaster General) (collectively, the USPS Defendants).

On April 23, 2026, Plaintiffs moved for a preliminary injunction, seeking to prevent Defendants from implementing Section 3 of President Trump's Executive Order No. 14,399. *See*

1

Dkt. No. 73. On July 1, the District Court for the District of Columbia enjoined USPS from implementing the standards and procedures described in a June 2, 2026 proposed rule implementing the Order. *See NAACP v. USPS*, No. 1:20-cv-02295-EGS (D.D.C. July 1, 2026), Dkt. No. 181. On July 13, this Court denied Plaintiffs' motion for a preliminary injunction without prejudice, reasoning that injunctive relief granted in *NAACP v. USPS* "obviates Plaintiff[s'] . . . assertion of irreparable harm." Mem. & Order, Dkt. No. 167. The denial order noted that "[i]f the D.C. Injunction is stayed pending appeal . . . Plaintiff[s] . . . may file a renewed motion for a preliminary injunction." *Id*. On July 17, the D.C. Circuit stayed the District Court's order. *See* Order, *NAACP v. USPS*, No. 26-5257 (D.C. Cir. July 17, 2026). Thus, Plaintiffs respectfully renew their motion.

Specifically, Plaintiffs ask this Court to preliminarily enjoin the USPS Defendants from implementing or giving effect to Section 3 of the Order, including not delivering ballots to or from voters who are not on the USPS Mail-In and Absentee Participation Lists, the Department of Homeland Security State Citizenship Lists, or any other list created as a result of the Order, and any other portion of the Executive Order in which the President issues commands to USPS, because the President lacks any authority, inherent or delegated, to regulate federal elections or the mail, and because such commands are ultra vires because they direct USPS to violate federal law or to act in a manner not authorized by statute. Although this Court has enjoined implementation of the Order in twenty-three states and Washington D.C., solely with respect to elections in 2026, Plaintiffs—who have members across the country—require injunctive relief.

As set forth in the accompanying Memorandum in Support of Plaintiffs' Renewed Motion for Preliminary Injunction, Plaintiffs are entitled to a preliminary injunction because they are likely to succeed on the merits of their claims, they are suffering and will continue to suffer irreparable

injuries in the absence of the requested relief both as organizations and on behalf of their members, the balance of the equities support an injunction, and the issuance of the injunction is in the public interest. A Proposed Order is filed with this Motion as Exhibit A.

Dated: July 20, 2026

Respectfully submitted,

/s/ Sophia Lin Lakin
Sophia Lin Lakin*
Theresa J. Lee*
Jessie J. Rossman (BBO #670685)           Davin Rosborough*
Suzanne Schlossberg (BBO #703914)         Ethan Herenstein*
AMERICAN CIVIL LIBERTIES UNION            Jonathan Topaz*
FOUNDATION OF MASSACHUSETTS,              Ming Cheung*
INC.                                      William Hughes*
One Center Plaza, Suite 850               Clayton Pierce*
Boston, MA 02108                          AMERICAN CIVIL LIBERTIES UNION
(617) 482-3170                            FOUNDATION
jrossman@aclum.org                        125 Broad St., 18th Floor
sschlossberg@aclum.org                    New York, NY 10004
                                          (212) 549-2500
Eliza Sweren-Becker*                      slakin@aclu.org
Wendy Weiser*                             tlee@aclu.org
Andrew B. Garber*                         drosborough@aclu.org
BRENNAN CENTER FOR JUSTICE AT             eherenstein@aclu.org
NYU SCHOOL OF LAW                         jtopaz@aclu.org
120 Broadway, Suite 1750                  mcheung@aclu.org
New York, NY 10271                        whughes@aclu.org
(646) 292-8310                            cpierce@aclu.org
sweren-beckere@brennan.law.nyu.edu
weiserw@brennan.law.nyu.edu
garbera@brennan.law.nyu.edu
                                          Sarah Brannon*
                                          Adriel I. Cepeda Derieux*
Justin Lam*                               AMERICAN CIVIL LIBERTIES UNION
BRENNAN CENTER FOR JUSTICE AT             FOUNDATION
NYU SCHOOL OF LAW                         915 15th St. NW
777 6th St. NW, Ste. 1100                 Washington, DC 20001
Washington, DC 20001                      (202) 457-0800
(202) 249-7190                            sbrannon@aclu.org
lamju@brennan.law.nyu.edu                 acepedaderieux@aclu.org

Niyati Shah*
Noah Baron*                               Leah C. Aden*
Ejaz Baluch, Jr.*                         Brenda Wright*
ASIAN AMERICANS ADVANCING                 John S. Cusick*
JUSTICE-AAJC                              NAACP LEGAL DEFENSE &
1620 L Street NW, Suite 1050              EDUCATIONAL FUND, INC.
Washington, DC 20036                      40 Rector Street, 5th Floor

(202) 296-2300
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org
ebaluch@advancingjustice-aajc.org


Miranda Galindo*
LATINO JUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
mgalindo@latinojustice.org

New York, NY 10006
(212) 965-2200
laden@naacpldf.org
bwright@naacpldf.org
jcusick@naacpldf.org


I. Sara Rohani*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
srohani@naacpldf.org


*Admitted pro hac vice*

*Counsel for Plaintiffs League of Women
Voters of Massachusetts, League of Women
Voters Lotte E. Scharfman Memorial
Education Fund, League of Women Voters of
the United States, League of Women Voters
Education Fund, Association of Americans
Resident Overseas, U.S. Vote Foundation,
OCA-Asian Pacific American Advocates, and
Delta Sigma Theta Sorority, Inc.*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I certify that counsel for Defendants and Defendant-Intervenors were contacted regarding the subject of this motion, and that Defendants and Defendant-Intervenors oppose the motion.

 /s/ *Sophia Lin Lakin*
Sophia Lin Lakin

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

July 20, 2026

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin