# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF
MASSACHUSETTS, *et al.*,

               *Plaintiffs*,

     v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

               *Defendants*.

Case No. 1:26-cv-11549-IT

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Renewed Motion for Preliminary Injunction, and the memorandum, declarations, and other materials submitted in support, the Court hereby finds that Plaintiffs are likely to succeed on the merits of their claims that: (1) President Trump's March 31, 2026, Executive Order No. 14399 violates the separation of powers insofar as the President issued commands to the United States Postal Service (USPS), because the President lacks any authority, inherent or delegated, to regulate federal elections or the mail; and (2) that Section 3 of the Executive Order is ultra vires because it directs USPS to violate federal law or to act in a manner not authorized by statute; that Plaintiffs will imminently suffer irreparable harm in the absence of injunctive relief; and that the balance of hardships and public interest favor a preliminary injunction. Therefore, it is hereby:

**ORDERED** that Plaintiffs' Renewed Motion for Preliminary Injunction is **GRANTED**; and

**ORDERED** that Defendants the United States Postal Service, the Board of Governors of

1

USPS, Amber F. McReynolds (in her official capacity as Chair of the Board of Governors of USPS), Derek T. Kan (in his official capacity as Vice Chairman of the Board of Governors of USPS), Ronald A. Stroman (in his official capacity as a Member of the Board of Governors of USPS), Daniel M. Tangherlini (in his official capacity as a Member of the Board of Governors of USPS), and David P. Steiner (in his official capacity as United States Postmaster General) are preliminarily enjoined from implementing or giving effect to Section 3 of Executive Order No. 14399, including not delivering ballots to or from voters who are not on the USPS Mail-In and Absentee Participation Lists, the Department of Homeland Security State Citizenship Lists, or any other list created as a result of the Order, and any other portion of the Executive Order in which the President issues commands to USPS.

**SO ORDERED.**


Dated: _____, 2026            _____
                                         Hon. Indira Talwani
                                         United States District Judge

2