**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF
MASSACHUSETTS, *et al*.,

                    *Plaintiffs*,

        v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al*.,

                    *Defendants*.

Case No. 1:26-cv-11549

**DECLARATION OF SOPHIA LIN LAKIN IN SUPPORT OF**
**PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION**

I, Sophia Lin Lakin, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1.      I am the Director of the American Civil Liberties Union's Voting Rights Project, which is part of the team representing Plaintiffs in the above-captioned action. I am fully familiar with the facts and circumstances set forth herein and make this Declaration in support of Plaintiffs' Renewed Motion for Preliminary Injunction.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Supplemental Declaration of Celina W. Stewart, Chief Executive Officer of the League of Women Voters, executed on July 20, 2026.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Supplemental Declaration of Celia Canavan, Executive Director of League of Women Voters of Massachusetts and League of Women Voters Lotte E. Scharfman Memorial Education Fund, executed on July 20, 2026.

1

2

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Supplemental Declaration of Susan Dzieduszycka-Suinat, the founder and CEO of the U.S. Vote Foundation, executed on July 20, 2026.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Supplemental Declaration of Doris Speer, the President of the Association of Americans Resident Overseas, executed on July 20, 2026.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the Supplemental Declaration of Dorcas Washington, the Executive Director of Delta Sigma Theta Sorority, Incorporated, executed on July 20, 2026.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the Supplemental Declaration of Thu Nguyen, the Executive Director of OCA-Asian Pacific American Advocates, executed on July 20, 2026.

I certify under penalty of perjury that the foregoing is true and correct.

July 20, 2026                                                    /s/ *Sophia Lin Lakin*
                                                                Sophia Lin Lakin