# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP in his official capacity as President of the United States*, et al.,*<br><br>Defendants. | Case No. 1:26-cv-11549-IT |

**SUPPLEMENTAL DECLARATION OF CELINA W. STEWART**

I am over the age of 18 and fully competent to make this declaration. Pursuant to 28 U.S.C. § 1746, I, Celina W. Stewart, Esq., declare the following under penalty of perjury:

**Personal Background**

1.     I am the Chief Executive Officer of the League of Women Voters. I took this position starting in August 2024. I have been employed by the League of Women Voters of the United States since 2018. I previously submitted a declaration in the above-captioned case dated April 21, 2026. This declaration includes new and additional information to supplement my first declaration.

**League of Women Voters**

2.     The League of Women Voters ("LWV") (with its state and local Leagues, "the League") is a nonprofit, nonpartisan, grassroots, community-based, membership organization that works to protect and expand voting rights to ensure everyone is represented in our

1

democracy. The League empowers voters and defends democracy through advocacy, education, mobilization, and litigation at the local, state, and national levels. To the League, the freedom to vote is a nonpartisan issue.

3.      Founded in 1920 as an outgrowth of the struggle to win voting rights for women, the League now has more than a million members and supporters and is organized in more than 800 communities in every state and the District of Columbia. More than 100 years after its founding, the League has expanded our vision of a more inclusive democracy where all Americans, regardless of gender, sex, race, ability, or party can see themselves represented in our government. As a woman-led organization, we encourage everyone to take part in our democracy.

4.      LWV comprises two entities: the League of Women Voters of the United States ("LWVUS") and the League of Women Voters Education Fund ("LWVEF"). LWVUS encourages informed and active participation in government, works to increase understanding of major public policy issues, and influences public policy through education and advocacy. LWVUS is 501(c)(4) social welfare organization. LWVEF, a 501(c)(3) nonprofit, works to register voters, provide voters with election information through our election resource VOTE411.org, candidate forums, and debates, combat mis- and disinformation, mobilize voters, and engage in advocacy to encourage participation in the democratic process.

5.      The League—including state and local Leagues—operates one of the longest-running and largest nonpartisan voter registration and education efforts in the nation. A core part of advancing the League's mission is encouraging and helping facilitate mail and absentee voting, especially in states with no-excuse, universal, or easily accessible vote-by-mail. Through its ongoing work in every state and District of Columbia, the League registers hundreds of

thousands of voters every election cycle, many of whom rely on vote-by-mail to participate in the democratic process.

6.    In 2024 and 2025, Leagues across the country held approximately 43,200 events and assisted with the registration of more than 635,000 voters.

7.    LWV founded the Motor Voter Coalition in the 1980s and 1990s and served as a national co-chair of the campaign to pass and implement the National Voter Registration Act ("NVRA"). The League has been one of the foremost active defenders of the NVRA by notifying Secretaries of State of noncompliance, working with them to correct NVRA violations, and, when necessary, filing enforcement actions. It has also filed litigation and participated as amicus in other challenges to restrictions on voter registration and the right to vote, including its recent challenge to the President's March 25, 2025 Executive Order, "Preserving and Protecting the Integrity of American Elections." The League also regularly works with federal and state officials to expand the NVRA, including by advocating for agreements between state and federal governmental entities.

8.    LWV also maintains VOTE411.org with the help of its state and local Leagues. VOTE411.org is a nonpartisan, award-winning website that ensures voters have the information they need to successfully participate in every election—local, state, and federal. VOTE411.org is a bilingual, user-friendly website that allows individuals across the nation to register to vote, update their registration, get information about the vote-by-mail process in their state, and find accessible answers to questions about the voting process. This includes providing relevant and necessary vote-by-mail information for every state and the District of Columbia on LWV's "Nationwide Voting Rules" page: https://www.vote411.org/voting-rules. VOTE411.org is used by state and local Leagues; League members and volunteers; other organizations; and

prospective voters the League tries to reach as part of its core mission throughout the country. There is information on VOTE411.org about vote-by-mail processes (and absentee voting processes to the extent they differ) for all fifty states and the District of Columbia. *See* Vote411.org, *Search by State and Topic*, https://perma.cc/BLT4-XZ59. In states where it is permitted, VOTE411.org provides eligible citizens with information about how to apply for and track their mail ballot.

9. VOTE411.org also allows overseas voters to request an absentee ballot through its Absentee Ballot Request tool, provided by the U.S. Vote Foundation. *See* Vote411.org, *Absentee Ballot Request*, https://absentee.vote411.org/vote/VoterInformation.htm.

10. Through VOTE411.org, the League thus provides a convenient location where voters can access bilingual, straightforward information for all parts of the voting process, including mail voting.

11. LWV's members include registered voters who are eligible to vote by mail in their states, have voted by mail in the past, and plan to vote by mail in the future. This includes members who are older than 65, have health concerns or disabilities that make it difficult to vote in person, live overseas, and other reasons that require them to vote by mail.

**<u>The Executive Order</u>**

12. I understand that the President's March 31, 2026 Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections," (the "Executive Order" or "EO") directs the United States Postal Service ("USPS") to refuse to transmit or deliver mail ballots of voters that are not on federally created lists. I also understand USPS has begun implementing the EO, including by issuing a proposed rule to carry out its requirements. The Executive Order has already required LWV to develop and share educational content to explain the EO and how it

will impact voters. Should the EO be implemented, voters' mail ballots may not be transmitted or counted, and we will have to consider how to educate voters about participating in a mail voting system when it could potentially cost them their vote. It is antithetical to our mission to discourage any kind of participation in the democratic process, but it would also undermine our mission if we encouraged voters to vote by mail who are then disenfranchised by the Executive Order.

13.    My staff and I have already spent time meeting to discuss the disenfranchising impact of the Executive Order and how to educate our local and state Leagues, members, and the public about vote-by-mail in the upcoming primary and general midterm elections.

14.    Since the Executive Order was signed, my staff have been receiving and responding to communications from League leaders and members who are concerned about the impact of the Executive Order, if implemented. Some concerns relate to whether their individual mail ballots will be counted. To a greater extent, state and local League leaders have asked about how they should continue to conduct their core activities of educating voters and encouraging them to participate in the democratic process when a key option for casting a ballot might now disenfranchise them or is, at a minimum, confusing. LWV's Communications Team has also received requests for more information about mail voting in recent months, which they have been unable to substantively respond to.

15.    LWV has ongoing efforts to ensure that we are sharing the correct voter education information with state and local League leadership, members, and the public. To support state and local Leagues, LWV creates and distributes guidance on a range of election and voting issues each election year. This work has been disrupted and is becoming more challenging because of the EO. It is unclear which voters in which states will have their mail ballot transmitted and

delivered in November. Because of that uncertainty, LWV staff have already expended and will continue to expend significant time and resources to figure out how to provide accurate information about mail voting to our members and the public through VOTE411.org while still encouraging participation in the democratic process, to the extent possible. In addition, LWV has upcoming trainings for League members nationwide on mis- and dis-information in support of its mission of maximizing democratic participation. LWV cannot provide comprehensive information on mail voting in those trainings as we had planned to do because of the uncertain status of the EO.

16. LWV staff have already fielded communications from state and local League leaders about the Executive Order, expressing confusion and relaying members' fears that the Executive Order will prevent them from voting by mail. LWV's legislative and policy coordinators have been unable to provide the substantive guidance on mail voting that state Leagues and our members rely on because of the EO. And responding to these well-founded concerns has taken away from staff pursuing our core mission, which is to empower voters and defend democracy through advocacy, education, and mobilization at the local, state, and national levels.

17. If the Executive Order is implemented, LWV will need to overhaul all information about mail voting on VOTE411.org, in both English and Spanish, to ensure that LWV members and the public are provided the most current and accurate information possible. Two LWV staff members are responsible for updating VOTE411.org with information in English and Spanish. These staff members' work on mail voting has been put on hold while the EO's implementation is still uncertain in many states.

18.    If the Executive Order is implemented in any state, LWV will need to create accessible and accurate information about mail voting in the upcoming elections, while avoiding spreading fear about participation in the democratic process. This will require, in addition to the resources already expended, staff time and financial expenditures by our communications, advocacy, legal, and VOTE411.org teams, at a minimum.  For example, the VOTE411.org team will need to update information about mail voting for all fifty states and the District of Columbia, in both English and Spanish. LWV also maintains an internal document to assist state and local Leagues with accessing and using the information about VOTE411.org that will need to be updated.

19.    In addition to the information on VOTE411.org, LWV publishes guidance for state and local Leagues on mail voting and applying for mail ballots in states that permit it. This guidance includes information about ways to counteract disinformation around mail voting, USPS postmark information, talking points on mail voting reliability, and explanations of state voter registration databases and list maintenance practices. LWV has revised its guidance in its "Democracy Integrity" briefing to reflect the EO and its threat to mail voting. But this information has been limited, simply informing members of basic facts regarding the EO. If the Executive Order is implemented in any state, these resources will have to be overhauled, as state and local Leagues are preparing for the general election now. Among other work, our staff will have to develop guidance for our Leagues, members, and the public on how voters could correct their information on the federally created lists, if that is possible. Because of the unreliability of the federally created lists, there is the risk that LWV will provide guidance that could inadvertently lead to disenfranchisement, which undermines trust that we built over 100 years as

a reliable source of nonpartisan voter education, and undercuts our mission of maximizing democratic participation.

20.    It is much less useful and contrary to our mission to educate voters at the last minute or on Election Day. We must provide information well in advance of absentee voting request and ballot receipt deadlines, and each day that passes we lose opportunities to engage voters in the democratic process through mail voting. Based on data from 2024, visits to VOTE411.org increased dramatically in the months prior to the election. For example, VOTE411.org received approximately 649,153 visits in August 2024, 776,565 in September, 2,841,535 in October, and 1,738,332 from November 1st through Election Day. Some of the work to create voter education materials should have already started to ensure they are available ahead of the upcoming general election in November. However, this work has been delayed because of concerns that the EO's implementation might alter key guidance. Our work to support state and local Leagues' outreach to voters has already begun, but we have had to leave out key guidance on mail voting. It is likely we will not be able to complete this essential work in time for the materials and guidance to be used as we originally planned for the general election, which is less than four months away. That leaves very little time for LWV to overhaul our guidance on mail voting.

21.    The work LWV has already undertaken to respond to the Executive Order—and the multitudes more work it would take if implemented—takes away valuable staff time, budget, and other resources from other core priorities, including educating and empowering voters to participate in the political process, advocating for our public policy positions, and communicating to voters about their rights during election season.

22.     The Executive Order also harms LWV's mission to maximize participation in the democratic process by stoking voter fear and confusion, particularly about mail voting, which millions of U.S. citizens rely on each election. The EO is impeding LWV's ability to achieve this core mission because this fear and confusion make it hard to encourage citizens to register and vote, and is going to continue to make it harder, if not impossible, to encourage individuals to vote by mail. Voting by mail is an accessible process in many states, and encouraging potential voters to take advantage of this option has in the past been an effective way to facilitate more participation in the democratic process. The EO makes that persuasion messaging less effective, and the longer the EO is at least partially in effect, the more it will continue to decrease the effectiveness of our messaging.

23.     If implemented, the Executive Order would also harm LWV by disenfranchising our members across the country who rely on vote-by-mail. Some of our members are over the age of 65, have disabilities, live overseas, or have life or economic circumstances and responsibilities that require them to vote by mail. Because the League does so much work to register voters right after they are naturalized, it is safe to say that we also have members who rely on vote-by-mail who are recently naturalized, who are highly unlikely to show up on the federally created lists contemplated by the Executive Order.

24.     The Executive Order has already caused grave harm to LWV and our members. If implemented in any state, the EO would compound that harm, requiring us to reallocate significant resources to ameliorate some of its impacts. Even with those efforts in response, the EO would disenfranchise scores of our members and other voters, severely undermining our core mission to expand voting rights and ensure everyone is represented in democracy.

9

25.    I understand that a federal district court enjoined implementation of Section 3 of the EO in 23 states and Washington D.C. in a separate case, *California v. Trump*. LWV has state Leagues in all 27 states not covered by this injunction, comprised of approximately 26,360 League members. All 27 state Leagues are themselves members of LWV. Those Leagues' mail voting education and facilitation continues to be significantly impeded by the EO. And many League members in those 27 states rely on mail voting; it would be difficult or impossible for them to vote in-person if the EO is implemented.

26.    For example, in past election years, the League of Women Voters of Arkansas ("LWVAR") has encouraged voters to take advantage of mail voting through its state-specific VOTE411.org page, voter education presentations and workshops, email and social media communications, local League outreach, and direct responses to voters who contact them. This year, the EO has created so much uncertainty about the viability of mail voting that they have cut back on the information they provide to avoid providing inaccurate or incomplete information as implementation of the EO occurs. LWVAR has spent staff and volunteer time revising guidance on mail voting, which takes away from time spent on other voter engagement work. An injunction would permit LWVAR to use its accurate materials and encourage voters to rely on mail voting. The deadline to submit an absentee ballot application in Arkansas is the Friday before the Election for in-person applications (October 30, 2026) and seven days before the election for mail-in applications (October 27, 2026). LWVAR is losing precious time to educate as many potential voters as possible and help them apply and vote by mail before those deadlines.

27.    Many LWVAR members rely on absentee voting, particularly in rural areas where they live far from polling locations and lack access to public transportation.

28. The League of Women Voters of Louisiana ("LWVLA") seeks to educate members and other voters on mail voting, particularly because of the high population of elderly and disabled voters in the state. They have sought to educate voters and dispel confusion about mail voting, which the EO and its current uncertainty have exacerbated. Many LWVLA members rely on mail voting, including elderly and disabled members.

29. The League of Women Voters of North Dakota ("LWVND") has made it a priority to educate voters about mail voting, and helps facilitate mail voting, including by going to assisted living homes to encourage individuals there to vote by mail. This work has similarly been impacted by the EO. LWVND has many members who rely on mail voting, including rural, elderly, and Indigenous voters.

30. The League of Women Voters of Ohio ("LWVO") has focused on encouraging and educating voters regarding mail voting. In the past, they sought to demystify the mail voting process through print materials, social media, the 'speakers bureau,' and media interviews, as well as helping with absentee request forms during voter registration drives. LWVO has focused on mail voting at senior centers and colleges in particular, where many people rely on mail voting. The deadline to request an absentee ballot in Ohio is seven days before the election (October 27, 2026). That deadline is fast approaching, and because of the EO, LWVO has stopped printing many materials in anticipation of changing their mail voting materials once the EO is implemented. These delays increase the cost-per-unit of printed materials and are a drain on LWVO's budget. LWVO has several paid staff who have been forced to respond to more calls and questions from voters, which diverts time away from other priorities.

31. Many LWVO members rely on mail voting, including seniors, people with disabilities, people who serve as poll workers on election day, and college students.

11

32.    Many members of the League of Women Voters of Texas ("LWVTX") vote by mail. League members who have been erroneously flagged as noncitizens in DHS's citizenship verification program (known as the "SAVE program") are highly unlikely to show up on the federal government's lists of purported citizens and may not be able to vote by mail under the Executive Order. At least one LWVTX member has been erroneously identified as a noncitizen by Texas's use of SAVE.

33.    The League of Women Voters of Utah ("LWVUT") has been forced to respond to many questions about mail voting since the EO was signed. The EO is especially concerning for its members because mail voting is the primary method of voting in Utah. Most of its members rely on mail voting. Its members and other voters are now concerned that they will be forced to vote in person, and LWVUT cannot provide clear answers without risking providing inaccurate information.

I, Celina W. Stewart, Esq., declare under penalty of perjury that the foregoing is true and correct.

_____
Celina W. Stewart, Esq.
Chief Executive Officer
League of Women Voters

___07/20/2026_
Date

13