# Exhibit 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-11549-IT |

**SUPPLEMENTAL DECLARATION OF DORIS SPEER,**
**PRESIDENT OF THE ASSOCIATION OF AMERICANS RESIDENT OVERSEAS**

Pursuant to 28 U.S.C. § 1746, I, Doris Speer, declare the following:

**Personal Background**

1. I am a United States citizen and over the age of eighteen.

2. I was born and raised near Detroit, Michigan.

3. I reside in Paris, France, where I have lived since 2004.

4. I am currently a member of the Association of Americans Resident Overseas ("AARO") and have been a member since January 2017.

5. I am the President of AARO. I have held this position since January 2022. I was previously a board member before becoming President.

6. I previously submitted a declaration in the above-captioned case dated April 21, 2026. This declaration includes information to supplement my first declaration.

1

**Association of Americans Resident Overseas**

7.      AARO is a nonpartisan, nonprofit membership organization founded in 1973 and headquartered in Paris. It is a global association that works to build awareness of the issues affecting American citizens living overseas and seeks fair treatment by the U.S. government for Americans abroad.

8.      AARO provides Americans living abroad with resources on banking, citizenship, Social Security and Medicare, taxation, and voting, among other issues. These issue areas have a committee, each with a chair or two co-chairs. Most committees also include two to four individuals, all of whom are members.

9.      AARO has U.S. citizen members in over 45 countries. Our organization has over 1,200 members. More than 82,000 visitors visited AARO's website in 2025, and AARO has thousands of followers across its multiple social media accounts, which include Facebook, X, and LinkedIn. AARO membership is open to all U.S. citizens, regardless of their location, for an annual membership fee. Membership benefits include access to U.S.-based banking services, information on tax preparation services, access to a health insurance program for overseas Americans, and invitations to educational seminars and social gatherings. Much of AARO's work is done by its committees or members of its board of directors.

10.     One of AARO's core missions is to assist U.S. citizens living overseas to register and vote. AARO's advocacy in voting led to the promulgation of the Overseas Citizens Voting Rights Act of 1975, which then led to the enactment of the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA") in 1986. Encouraging citizens living abroad to vote is a central pillar of our organization. We also advocate for the removal of the remaining barriers to overseas voting.

11.     AARO functions because of volunteers. I oversee one part-time staff member and approximately 30 to 35 volunteers that assist in carrying out AARO's work. In addition to my duties as President, I am also the chair of our Committee on Social Security and Medicare and co-chair of the Voting Committee.

12.     AARO members are among the hundreds of thousands of U.S. citizens who vote by mail from abroad in every election. AARO provides information to voters, including its members who cast ballots in over 45 states, and provides information and services that are accessible to U.S. citizens eligible to vote in all 50 states, D.C., and the territories.

13.     AARO members vote under the laws of their home states, under federal protections. In my experience, AARO members often rely on mail voting to vote from abroad; indeed, some cannot vote electronically under state law.

14.     AARO members living abroad face difficulties registering to vote and voting while overseas, including understanding all requirements for both registering to vote and returning a ballot. They are particularly vulnerable to lengthy mail delays. For example, in France, where I live, AARO members report being told at post offices that they cannot send mail from France to the United States. Although that is incorrect, issues like this—which have arisen since the announcement of tariffs last year—create confusion that can affect mail voting.

15.     Mail delays can prevent eligible citizens from returning a ballot in a given election. Overseas American citizens vote mainly by mail and often experience mail delays in trying to return their ballots. A common challenge that overseas citizens encounter when voting is postal system infrastructure, i.e., unreliable, unstable and slow mailing systems outside of the United States. These delays can apply to registration forms, mail ballot applications, and mail ballots themselves. This means that Americans overseas must act earlier than domestic citizens and still

3

may miss out for factors outside of their control. They may also incur significant costs in sending applications and ballots. Military members living away from home face these and other hurdles to register and vote. For example, they may be deployed or need to relocate with short notice, possibly to a new country.

16.     As part of its mission to educate American citizens living abroad on how to register to vote and to return an absentee ballot by the relevant deadline, AARO has provided its worldwide members with in-person and online educational outreach materials about absentee voting. AARO also has sent voting information to other overseas Americans organizations, such as the Federation of American Women's Clubs Overseas, the Association of American Women in Europe, and the American Women's Group.

17.     In the past, AARO and members of the Voting Committee held in-person non-partisan voter registration assistance events, in many locations in and around Paris—including schools, churches, bookstores, the U.S. Embassy, and other anglophone events—to educate American citizens living abroad about registering to vote. As many as 80 AARO members had also become trained voter assistance officers through the Federal Voting Assistance Program ("FVAP") and their local U.S. embassy.

18.     Today, with the growth in popularity of social media, we are expanding our online advocacy—with a particular emphasis on social media outreach in addition to our website—to encourage citizens living abroad to register to vote and to return their absentee ballot. Our online resources include multiple social media accounts, a Voting from Abroad sub-page on our website, a biweekly email newsletter, and an "Ask an AARO Expat" feature on our website. Through that feature, we answer questions from any website visitor—including visitors who are not members of AARO—related to areas of AARO's work. This includes absentee voting questions, such as

4

how to request and return a ballot while abroad. Due to the recent death of our former Voting Committee chair, I now handle the voting questions asked through Ask an AARO Expat.

**Impact of The President's Executive Order on AARO**

19.    I am aware that the President's March 31, 2026, Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections," ("Executive Order" or "Order") directs the Postmaster General to create a "Mail-In and Absentee Participation List" of individuals who are "enrolled" with the United States Postal Service ("USPS") and that appears to prohibit USPS from delivering mail ballots of voters who are not on that list.

20.    I am aware that the Order also directs that states may provide to USPS a list of eligible voters to whom the state intends to provide a mail-in ballot, and that such a list (if provided by the state) must be submitted to USPS no fewer than 60 days before a federal election.

21.    I am also aware that the Order directs the Department of Homeland Security ("DHS") to create state lists of all citizens above 18 years old who maintain a residence in each state. The Order suggests that a voter's presence on a state citizenship list is a prerequisite to being eligible for a mail ballot.

22.    I am additionally aware that the Order directs USPS to create an Official Election Mail envelope that contains unique barcodes and is capable of linking to state ballot tracking systems. Not all states have ballot tracking systems, which calls into question whether mail ballots can be delivered at all in those states, and it is impracticable that USPS could develop and implement these systems before November.

23.    I understand that USPS has begun implementing the Order, including by issuing a proposed rule to carry out its requirements. I understand the proposed rule is subject to change and that a final rule is likely to be issued in the coming weeks.

5

24.     If USPS were to screen and then refuse to deliver certain mail ballots, the Executive Order would significantly alter the mail voting procedures established by states and Congress, and would disenfranchise untold numbers of overseas American citizens, including AARO members.

25.     If the Executive Order is implemented, I know it will create significant uncertainty and confusion for AARO members. In fact, at AARO's Annual General Meeting on April 16, 2026, during which I gave members an outline of the substance of the Executive Order, numerous members expressed concern and fear about how—or even if—they could vote if the Order is implemented. The Order has sown doubt among overseas citizens, many of whom already face significant hurdles and anxiety around ensuring they are properly registered and able to return a timely ballot.

26.     Namely, it is unclear, for example: (a) whether overseas Americans will be included on their state's voluntarily-created mail voter list; (b) how the Order's deadline for states' mail voter lists purports to modify state mail ballot request deadlines; (c) whether overseas Americans will be included on any USPS-created mail voter list; or (d) how any such lists may affect delivery and acceptance of Federal Post Card Applications or Federal Write-In Absentee Ballots. The difficulties that Americans have chronically faced while voting from abroad make it very likely that, in my view, some overseas voters—including AARO members—may be excluded from these lists.

27.     Providing our members with accurate information on how to register to vote and return a ballot is central to our mission. The confusion created by this Order makes it exponentially harder to answer our members' questions and undermines our ability to provide correct information to our members on how to register and vote.

6

28.     Further, when our members' abilities to vote is jeopardized by the Order's implementation, they will face additional burdens in rectifying those mistakes because of the challenges of communicating with election officials from different time zones abroad. Considering that our members live abroad, placing an international call to election offices to check on registration or ballot status is prohibitively expensive or unfeasible with time differences. Nor can they rectify mail ballot issues by voting in person stateside or by visiting a local election office to cure a defect; that would require the cost and time of travelling long distances. Some voters may be unable to overcome these hurdles or become so discouraged they don't complete the process of getting on the lists. The Order directly harms our mission to ensure that our members register to vote and participate in the democratic process because it would compound the difficulties our members already experience with mail voting.

29.     The Order is likely to discourage voter participation by overseas Americans in other ways. AARO members often express concerns about the privacy of their information. The compilation of mail voter lists will deter some of them from requesting ballots because of fears that their personally identifiable information will be mishandled, exposing them to potential data breaches. Such breaches could lead to fraudulent bank accounts, credit cards, or loans being applied for in their names, false claims for government benefits, or even identity theft for criminal purposes. These fears will deter AARO members, and overseas Americans more broadly, from requesting ballots and voting.

30.     Additionally, overseas Americans struggle with maintaining motivation to vote in every election because the obstacles are significant. By casting doubt on whether votes cast by overseas Americans will count at all, the Order perpetrates the perception that votes from overseas Americans aren't wanted. Many overseas voters will be discouraged from even trying to vote. The

voting rate of overseas citizens is already so much lower than the voting rate of stateside citizens. The added doubts fostered by the Order would almost certainly drive the already low participation rates among overseas voters even lower. AARO would need to dedicate additional time and resources to prevent such dips in voter morale.

31. If the Executive Order is implemented, there would likewise be a catastrophic impact on morale for AARO's volunteers. Volunteers already report that they are discouraged by the growing efforts to make it harder for Americans overseas to vote. The Executive Order reinforces those feelings. AARO is almost entirely dependent on volunteers; we only have one paid part-time staff member. If implemented, the Order would undermine our ability to carry out our core missions by decreasing volunteer participation.

32. If the Executive Order is implemented, AARO would have to divert significant resources to ensure that our website and educational materials accurately communicate to members the impact the Order will have on them, including how consequences may vary based on the various lists. AARO members depend on AARO to provide correct and current information about how to vote. Even if USPS's final rule excludes UOCAVA voters, as the proposed rule purports to do, AARO will have to address member confusion.

33. In addition to updating the voter education materials, I anticipate that if the Order comes into effect, citizens—members and non-members—will increasingly use the Ask an AARO Expat feature on the website. As voting questions are my responsibility, I will be tasked with answering each question that comes in. Because of the anticipated increased volume, I worry I will not have the capacity to answer each person's questions in addition to my other significant volunteer duties as AARO President and Chair of the Social Security and Medicare Committee.

Confused voters, including AARO members, whose questions go unanswered may decide not to vote.

34.     Our members' greatest period of need is generally not on Election Day. It is the months leading up, when they are registering to vote and requesting, receiving, and returning their mail ballots. In other words, right around now. With a final rule published only a couple of months before Election Day, AARO would have almost no time to adjust to it, and ultimately we would not be able to.

35.     If the Order is implemented, it would be particularly burdensome to update the voter information on our website because of the now exceedingly short timeline ahead of the 2026 midterm elections. I would need my Voting Committee co-chair and all three volunteers on the Voting Committee to work on this effort full-time, which is not feasible. This means that they would have to stop working on their other responsibilities—including encouraging Americans living abroad to register to vote and to vote, not to mention monitoring state and federal policies that could affect overseas voters—to help ensure that our information is accurate and being communicated to our members. Our one part-time staff member is now on holiday during the summer months, as is customary in France, and not available to prioritize this update effort. This also means that I, as co-chair of the Voting Committee, would have to stop working on my other responsibilities—to the detriment of other issues affecting Americans abroad—to help ensure that our voting information is accurate and being communicated to our members. In other words, the Voting Committee co-chair, the members of the Voting Committee, and I would have to significantly slow down our usual work, as outlined in this Declaration, to address the new rules and help overseas voters overcome confusion and disillusionment.

9

36.     The challenges of updating voter information are compounded by the short time between now and the midterm elections. We will be left to choose between pausing much of our usual work to update voter information or pulling materials off our website. This problem will extend to my role answering questions on the Ask an Expat service, as well: I will not have time to learn all the new information needed to accurately answer the questions we will receive about the new rules.

37.     In the meantime, the uncertainty the Order has created undermines our mission of educating members and other voters. Through social media, information we provide to other advocacy organizations, and voter registration events around Paris, we tell our members how to cast their ballots, how to ensure their ballots count, and what the relevant deadlines are. Currently, we are unable to communicate such information to our members with any specificity. As a result, we believe that some will not know how to vote or become discouraged when their trusted source of election information is unable to help them, which will cause them to give up on voting in this year's election.

38.     AARO conducts educational outreach for its members on how to register to vote and return their ballot—generally a mail-in ballot—while residing abroad. If the Order is implemented, AARO might have to make inquiries with election boards across the country and redesign the material covered in AARO's educational materials to address new requirements under the Order and the innumerable questions that overseas voters will have about the implementation of the Order in various jurisdictions. This would also require us to retrain volunteers giving these seminars.

39.     I am aware that USPS is currently enjoined from implementing the Executive Order in the 23 states and D.C. that are plaintiffs in *California v. Trump*. AARO has members that cast

10

ballots in over 45 states, and provides information and services that are accessible to U.S. citizens eligible to vote in all 50 states, D.C., and the territories. Many of our 1,200 members remain subject to the Order's requirements, and we cannot provide updated information to the users of our services because we do not know who is subject to which rules, or exactly what those rules are.

40.     That USPS's proposed rule purports to exempt UOCAVA voters does not adequately alleviate these harms. The proposed rule doesn't explain how USPS will ensure that overseas voters' ballots will still be transmitted even if they are not on the necessary lists. If USPS implements its proposed rule, its rushed and unlawful plan to screen and refuse delivery of mail ballots would certainly ensnare ballots destined for overseas voters, risking harm to our members. Overseas voters will undoubtedly be concerned that their ballots will not be transmitted, which may deter some from voting at all.

41.     As a result, we have lost the ability to communicate clear and precise information to our members.

42.     If implemented, the Executive Order will undermine AARO's core mission to protect the right to vote for Americans living overseas. Military and overseas voters, who need accommodations provided by laws like UOCAVA to vote from abroad, will be confused by the new processes and will feel even more fearful when returning their ballots. AARO would have to divert significant resources to communicate the policy changes imposed by the Order. And the mail ballots of overseas Americans, including AARO members, who are not on USPS's lists would go undelivered and therefore uncounted.

11

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Doris Speer_
Doris Speer

_July 20, 2026_
Date executed

12