# Exhibit 5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 1:26-cv-11549-IT |

**SUPPLEMENTAL DECLARATION OF DORCAS WASHINGTON**
**ON BEHALF OF DELTA SIGMA THETA SORORITY, INC.**
**(Pursuant to 28 U.S.C. § 1746)**

1

My name is Dorcas Washington. I am over the age of 21 and fully competent to make this declaration. I previously submitted a declaration in the above-captioned case dated April 21, 2026. This declaration includes new and additional information to supplement my first declaration. Under penalty of perjury, I declare the following based on my personal knowledge:

## Background

1. I am currently a member of the Tallahassee Alumnae Chapter of Delta Sigma Theta, Inc. ("Delta Sigma Theta").

2. I have been a member of Delta Sigma Theta since November 24, 1985.

3. Since then, I have served in leadership roles within Delta Sigma Theta, including previously serving as the Deputy Executive Director.

4. In October 2022, I became the Executive Director.

5. Through this role, I am familiar with, and receive updates about, Delta Sigma Theta's voting-related activities and efforts through our national, regional, and local programs and initiatives that focus on many different issues, including nonpartisan civic engagement, election education, and advocacy.

## Delta Sigma Theta Sorority, Inc.

6. Delta Sigma Theta is a global, nonpartisan, not-for-profit membership service organization comprised predominantly of Black women that was founded in 1913 on the campus of Howard University and incorporated under the laws of Washington, D.C.

7. Six weeks after the organization was initially formed in 1913, its 22 founding members marched in the historic Woman's Suffrage Procession of 1913 under the Delta Sigma Theta Sorority, Inc. banner—its first public act.

8.      Since its founding, Delta Sigma Theta has cemented a national role in advancing civil rights, most notably through its contributions to the Civil Rights Movement of the 1960s. Voting and political participation have been a particular focus of that work.

9.      Delta Sigma Theta members, for example, participated in the Mississippi Freedom Rides during the summer of 1961, sit-ins throughout the South, and other demonstrations during the 1960s, risking physical safety and indignity.

10.     Delta Sigma Theta also played a critical role in the iconic March on Washington in 1963 and lobbied to ensure the passage of the Civil Rights Act of 1964 and Voting Rights Act of 1965, and has played a role in the Voting Rights Act's reauthorizations since.

11.     Delta Sigma Theta also has provided critical support to Black and disenfranchised communities and members in Massachusetts, including working to register eligible voters. The Boston Alumnae Chapter of Delta Sigma Theta, for example, was founded in March 1945.

12.     Today, Delta Sigma Theta has over 350,000 initiated members and 1,050 chartered chapters worldwide, including with members in at least 45 states, Washington D.C., and in over 10 countries.

13.     Many of Delta Sigma Theta's members are registered voters throughout the country and Washington D.C.

14.     In Massachusetts, for example, there are seven chapters with both collegiate and alumnae chapters and around 1,533 initiated members, most of whom are registered to vote in Massachusetts.

15.     Members are either collegiate members (currently enrolled at an accredited college or university in pursuit of a baccalaureate degree) or alumnae members (graduates with a baccalaureate degree or higher from an accredited college or university).

16.     Alumnae and collegiate chapters serve young people who are students on college campuses across the United States. In Massachusetts, Delta Sigma Theta chapters have hosted educational programming on the importance of voting, its impact on communities, and available methods for casting a ballot, including but not limited to, how to vote by mail.

17.     Encouraging, cultivating, and supporting civic engagement has remained a core tenet of Delta Sigma Theta's mission since its founding, because democracy, justice, and the equal dignity of every person can be achieved through civic engagement, including voting.

18.     As a nonpartisan organization with a focus on Black and disenfranchised individuals and communities, Delta Sigma Theta's aim is to ensure that all voters have full, meaningful, and non-burdensome access to the one fundamental right preservative of all others: the right of eligible voters to have equal access to the ballot box.

19.     To this end, voter registration and education activities and efforts are some of the organization's top social action priorities.

20.     These activities and efforts happen year-round because elections—whether federal, state, or local—happen every year, and throughout each year, in the communities that chapters work with and serve across the country.

21.     Some of Delta Sigma Theta's nonpartisan civic engagement programs have included, but are not limited to: organizing and facilitating voter registration drives; hosting voter education forums on local issues; developing and distributing "Know Before You Go" voting literature that helps promote early voting dates, how to find your polling location and how to request an absentee or mail-ballot, among other topics; hosting candidate forums; encouraging community members to participate to vote; hosting events to help citizens returning to their

4

communities after incarceration understand their voting rights and how to restore them despite having a criminal record; and engaging in other Get Out the Vote efforts.

22.    These activities and efforts notably include educating eligible voters about vote by mail. Since 2020 and continuing to the present, Massachusetts chapters of Delta Sigma Theta have actively conducted social media campaigns promoting mail-in voting. These efforts have been directed toward communities of color in cities and towns in Massachusetts, including Randolph, Brockton, Springfield, Boston, and Lynn, where residents have identified mail-in voting as a more accessible means of exercising their right to vote. For example, in furtherance of these efforts, the Norfolk-Plymouth County Area Alumnae Chapter ("NPCAAC") has developed and released two public service announcements aimed at encouraging voter participation, with a particular emphasis on mail-in voting. NPCAAC has also participated in community events where it provided voter registration information to participants in its service area.

23.    Delta Sigma Theta has held informational webinars and workshop sessions related to voting procedures and laws in states throughout the United States, including in Massachusetts. There are current plans to continue holding more for the 2026 midterm elections.

24.    As a longstanding and trusted source of essential information for prospective voters, Delta Sigma Theta works hard to make sure that any information provided to the public is accurate and helps encourage participation in democracy through voting.

25.    Based on the experiences of Delta Sigma Theta's chapters and members, providing inaccurate or confusing information to the public dissuades electoral participation.

26.    A central part of Delta Sigma Theta's voter outreach and education is disseminating information that helps voters identify their polling location, and reminds them of election

requirements, including to register or early vote, how to request an absentee or mail-in ballot, and hosting forums to discuss any referendums or ballot initiatives, among other topics.

27. Additionally, chapters run trainings for their members and volunteers so that they can engage in work with the public to provide voter education and encourage voter participation.

28. Educating the public about how to vote by mail, where that option is provided to eligible voters by states, such as in Massachusetts, is important to Delta Sigma Theta's work to advance civic engagement.

29. Based on the experiences of Delta Sigma Theta's chapters and members, vote by mail is an essential option for many prospective voters who are student voters, elderly voters, voters with disabilities and/or voters that have health issues that make voting in person burdensome or, for some individuals, impossible. Vote by mail also is an essential option for many U.S. citizens who live overseas.

30. Based on the experiences of Delta Sigma Theta's chapters and members, vote by mail is also a necessary option for other prospective voters who have: limited economic means that impact their ability to travel and access transportation to vote in person; employment responsibilities that take them away from their voting location on Election Day; caretaker responsibilities; or other life circumstances that make it burdensome or impossible to vote in person.

31. Delta Sigma Theta includes members who are registered voters, or will be registered voters, and who are eligible to vote by mail under the laws of their respective states of residence.

32. Delta Sigma Theta members have voted by mail in the past and intend to do so in the future.

33.     Some of these members are voters who are older or who have health conditions that limit their ability to vote in person. Many chapters in Massachusetts, for example, rely on mail-in voting due to the significant number of elderly members who depend on others for transportation to polling locations and may require assistance standing in long lines. For many of these individuals, mail-in voting provides a safer and more accessible means of participating in the electoral process, enabling them to exercise their right to vote without leaving their homes or compromising their health and well-being.

34.     Delta Sigma Theta also has members who are overseas citizens and military voters who cast absentee ballots under the protection of Uniformed and Overseas Citizens Absentee Voting Act. Without the opportunity to vote by mail, some of these members will not be able to cast a ballot in person.

35.     Delta Sigma Theta's voter education and advocacy efforts are year-round, though they are generally more robust during midterm and presidential election cycles.

36.     During midterm and presidential election cycles, as compared to other election cycles, for example, chapters typically increase voter education and advocacy efforts, including, among other things, to: develop training materials; conduct trainings; answer questions related to vote by mail; provide guidance and updates about changes to federal law and regulations; and assist with other issues that may arise in ensuring as many eligible voters as possible are prepared to participate in the political process. Chapters will be carrying out this work in 2026 for the midterm election cycle.

37.     Delta Sigma Theta is committed to ensuring that its chapters and community members are informed about all available methods of voting, including mail-in voting. This commitment encompasses educating individuals on how to obtain a ballot, navigating the voting

process as collegiate students, understanding where they are registered to vote, and supporting chapters abroad in exercising their right to vote via mail-in ballot.

**Impact of The March 31, 2026 Executive Order**

38.     I am aware that the President issued a March 31, 2026, Executive Order titled "Ensuring Citizenship Verification and Integrity in Federal Elections" ("Executive Order").

39.     From my understanding, that Executive Order directs the United States Postal Service ("USPS") to refuse to transit mail ballots of voters if voters are not included on federally created lists of eligible voters. I understand that USPS has begun implementing the Executive Order, including by publishing a proposed rule to carry out its requirements. I understand the rule is being finalized to be issued in the coming weeks. I also understand that it remains up in the air whether the Executive Order will be in place for the midterm election cycle because ongoing challenges to it are not resolved.

40.     If the USPS continues to implement the directives under the Executive Order, it will significantly change the process by which eligible individuals can vote by mail and have their ballot delivered and counted.

41.     Before the President issued this Executive Order, Delta Sigma Theta had not understood that USPS had the ability to refuse to transmit mail ballots of voters or had an obligation to consult any federally created lists in determining whether to transmit ballots.

42.     The potential for such a significant change in the process for mail voting that the Executive Order requires has been and will continue to disrupt and delay Delta Sigma Theta's voter education and outreach regarding mail voting, which has already begun for this 2026 election year and is a crucial component of Delta Sigma Theta Sorority's core mission to ensure the full participation of eligible voters, including its members and other voters the organization serves.

Delta Sigma Theta chapters, for example, will need to re-do planning meetings for the 2026 elections that have already happened and change upcoming ones with new programming to account for the Executive Order.

43.    Delta Sigma Theta will now be required to address those potential changes, such as by spending more time revising educational materials and training it already prepared, planned to publicize, and conduct about the vote by mail process to account for the new processes required by the Executive Order. Delta Sigma Theta also must address the questions brought by the confusion these new changes have and will continue to cause, as part of its ongoing work educating and encouraging prospective voters about vote by mail.

44.    For example, it is unclear which voters in which states will have their mail ballot transmitted and delivered for the November election. Because of that uncertainty, Delta Sigma Theta has already been and will continue to expend significant time and resources to determine how to provide accurate information about mail voting to their members while still encouraging participation in the democratic process.

45.    Delta Sigma Theta's members and other prospective and eligible voters' greatest period of need is not just on Election Day, but right now, in the period leading up to it when members and other potential voters are registering to vote, engaging in outreach and trainings, requesting, receiving, and returning their mail ballots. With processes for mail voting still up in the air, including that a final rule is expected to be published only a couple of months before Election Day, Delta Sigma Theta has much less time to adjust to changes to mail voting and ultimately may not be able to.

46.    Delta Sigma Theta has already had to devote time to educating their members about the Executive Order and its impact on voter participation. Delta Sigma Theta will have to devote

significant time between now and Election Day educating their members and voters in their communities on how, where, and when they can cast their ballot—including updating education materials—about the use of mail-in ballots. Delta Sigma Theta has also encouraged chapters to raise awareness within their communities about the Executive Order's implications for voter participation, including on college campuses.

47.    As we get closer to the general election this year, and any further steps are taken to implement the Executive Order, we expect questions to intensify and further disrupt our voter education and outreach regarding mail voting, activities and efforts that are ongoing.

48.    College students who reside on campus may find it difficult to vote in person during election season. Some Delta Sigma Theta collegiate members and the student populations they serve, for example, are residents at their school, but remain registered to vote at their primary residence, which could be in another part of the state or out of state. For these students, traveling home on Election Day is not always a realistic option. The costs of transportation, the distance to travel, and the risk of missing classes or falling behind academically, pose a significant hardship to these students. For these members, mail-in voting is the only practical means of participating in the electoral process.

49.    Given the complexities surrounding voting for collegiate students, chapters of Delta Sigma Theta anticipate an increased need to educate college voters on the applicable deadlines, procedures, and methods for casting a ballot. The disruption and burdens the Executive Order will cause on collegiate members of Delta Sigma Theta will be significant.

50.    Some Delta Sigma Theta collegiate members and the student populations they serve also lack transportation and/or have student responsibilities like clubs, sports, and other activities

that take them away from campuses on or around Election Day such that they rely on voting by mail.

51.    To prepare for these events, chapters develop trainings and training materials for members and volunteers, as well as provide updates on relevant federal and state laws that impact these activities and events.

52.    If the Executive Order is fully implemented, we will need to conduct comprehensive changes to materials and retrain all of our chapters and members about the steps that will be required to successfully vote by mail. The comprehensive updates required to reflect the Executive Order cannot be completed overnight. This work will all have to take place well in advance of November 3, less than four months away.

53.    In the meantime, the uncertainty the Executive Order has created and will continue to create undermines Delta Sigma Theta's mission of educating members and other voters. Currently, we are unable to communicate such information to our members without any specificity, which undermines the effectiveness of our efforts and the reputation we have developed as being a trusted source of voter education. As a result, some voters will not know how to vote, or unfortunately, become discouraged when their trusted source of election information is unable to help them and may give up on voting in this year's November general election.

54.    Having to retrain members about the process for effective vote by mail will detract from our work on other Delta Sigma Theta priorities, such as additional voter registration drives and planning candidate forums, as well as non-voting related work that is part of Delta Sigma Theta's core mission work.

55.    Based on the experiences of Delta Sigma Theta's members, the Executive Order has already caused confusion about using vote by mail and will continue to discourage some

11

members of the public from using this option. Furthermore, in Massachusetts specifically, given the significant elderly membership of many chapters, the Executive Order presents a substantial physical barrier to members' ability to vote in the absence of mail-in ballots.

56.    If members of the public are discouraged from vote by mail processes, those circumstances make it difficult for chapters to convince potential voters to participate in the upcoming elections altogether.

57.    That chilling effect will decrease voter participation, which impedes Delta Sigma Theta's core mission.

58.    If the Executive Order were enjoined, chapters across the country would be able to more easily convince potential voters to use the vote by mail option, continuing their ability to successfully convince more voters to participate in upcoming elections.

59.    As part of our voter education activities and efforts, Delta Sigma Theta encourages members and non-members to use VOTE411.org and similar resources across the nation, including in Massachusetts. VOTE411.org, for example, provides accurate, accessible information about mail-in voting.

60.    If the Executive Order is fully implemented, we would have to revamp educational materials and restructure workshops to try to provide accurate, accessible information about mail voting, to the best of our ability.

61.    If the Executive Order is fully implemented, it increases the likelihood that Delta Sigma Theta will have to redirect resources to ensure that members and their communities are properly educated about its impact. Delta Sigma Theta would have to devote time and organizational resources to researching and understanding the Executive Order to develop and offer, for example, expanded voter's rights training to address the Executive Order during Delta

Sigma Theta's 2026 Regional Conference Cycle, in preparation for the 2026 midterm elections. Delta Sigma Theta would also likely have to engage with expert strategic communications consultants and counsel to develop accurate and informative messaging around the Executive Order for members and their communities.

62.    I have also received outreach from Delta Sigma Theta members concerned about the presence of Immigrations Customs Enforcement or other federal agents at the polls, noting concerns about how this will impact voting in person in their communities. There are concerns that this potential threat may result in a strong preference for voting by mail.

63.    If the Executive Order is fully implemented, it increases the likelihood that it will also disenfranchise other Delta Sigma Theta members and their communities.

64.    If the Executive Order is fully implemented, it increases the likelihood that Delta Sigma Theta members and members of their community risk losing their right to vote because they rely on mail voting due to being away from where they are registered to vote on Election Day because of school, work, military, or other obligations, physical disabilities, health issues, and mobility challenges, among other reasons like living in rural areas where transportation is limited and difficult to access.

65.    If the Executive Order is fully implemented, it increases the likelihood that members and other voters in their respective communities who are not able to vote in person will also not be able to vote by mail, and as such will be disenfranchised.

66.    For all these reasons, the voter education and advocacy efforts around vote by mail conducted by Delta Sigma Theta will be less effective if the Executive Order is implemented.

67.    Having less effective voter education and advocacy around vote by mail impairs Delta Sigma Theta's mission and core activities.

13

68.     As a result, fewer people are likely to vote, which harms Delta Sigma Theta's goal of ensuring as many voters as possible can participate in upcoming elections.

69.     If the Executive Order is fully implemented for the reasons described above, the harm will be immediate and ongoing because Delta Sigma Theta and its chapters conduct voter education and advocacy efforts around vote by mail year-round.

70.     My understanding is that the USPS is currently enjoined from implementing the Executive Order in 23 states and D.C. that correspond to Plaintiff States in *California v. Trump*. Delta Sigma Theta has active chapters in 22 states not covered by this injunction. Those chapters' mail voting education and facilitation has been impeded by the Order. We are unable to provide updated information to members in those chapters because we do not know who is subject to which rules, or exactly what those rules are.

71.     And many Delta Sigma Theta members in those states not covered by the *California v. Trump* ruling rely on mail voting; it would be difficult or impossible for them to vote in-person if the Executive Order is implemented.

72.     For example, in past election years, Delta Sigma Theta chapters in Texas have encouraged voters to take advantage of mail voting through voter education presentations and workshops, social media communications, and direct responses to voters who contact them. These efforts have contributed to Delta Sigma Theta chapters in Texas being viewed as trusted resources for voter education. But this year, the Executive Order has created such uncertainty about the viability of mail voting that Delta Sigma Theta chapters have cut back on the information they provide, to avoid providing inaccurate or incomplete information as implementation of the Order occurs. Some chapters have already begun creating printed materials for their trainings in September and October of this year, which will have to be revised at significant cost if the Order

14

stands. They also will have to develop and execute additional volunteer trainings. As a result of the uncertainty, these chapters have already had to delay education and outreach that will result in further confusion for the electorate and impedes chapter engagement with voters which is an ongoing goal of the chapters.

73.    Members of Delta Sigma Theta and the communities they serve in Texas rely on vote by mail, particularly those in rural communities (such as those outside the Dallas County area, as one example), those with transportation issues, and homebound citizens.

74.    As the November 2026 election draws closer, the chapters lose opportunities to educate members about mail voting and encourage voters to vote by mail.

I, Dorcas Washington, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Dorcas Washington
Executive Director
On behalf of Delta Sigma Theta Sorority, Inc.

Date __7/20/2026__ Washington, D.C.

16