# Exhibit 6

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF
MASSACHUSETTS, et al.,

                 Plaintiffs,

    v.

DONALD J. TRUMP in his official capacity as
President of the United States, et al.,

                 Defendants.

Case No. 1:26-cv-11549-IT

### SUPPLEMENTAL DECLARATION OF THU NGUYEN

I, Thu Nguyen, declare as follows:

1.     I am over eighteen years old, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein. I previously submitted a declaration in the above-captioned case dated April 21, 2026. This declaration supplements the information in my first declaration.

### *Background*

2.     I am the Executive Director of OCA-Asian Pacific American Advocates ("OCA").

3.     OCA is a nonpartisan 501(c)(3) nonprofit membership organization. It has over 35 chapters and affiliates across the United States. OCA's headquarters are in Washington, D.C.

4.     OCA has a total of approximately 200,000 members, including 1,544 paid members (of which 242 are youth members). Members pay annual dues to OCA and choose to affiliate with a local chapter or be an "at large" member. Fifty percent of each member's dues are sent by OCA to the member's affiliated local chapter.

5. Current dues-paying members, known as voting members, have the right to vote for local chapter leadership, hold office within OCA and its chapters, and serve on committees or task forces.

6. OCA voting members reside in 45 different states, two U.S. territories, and Washington, D.C.

7. The states where OCA has chapters include but are not limited to, Arizona (267 members, 26 youth members), California (277 members, 36 youth members), Florida (38 members, 8 youth members), Missouri (42 members, 1 youth member), Ohio (35 members, 2 youth members), New York (187 members, 23 youth members), and Texas (109 members, 25 youth members).

8. Voting members of OCA elect local chapter leadership, including but not limited to a board of directors, officers, including president and treasurer. A chapter may designate a separate Director to OCA's National Board or have the chapter President be its designee. The National Board is comprised of leadership from the local chapters, with larger chapters having additional representation, and elects the Executive Council of OCA, including its President. OCA's National Board also conducts, manages, and sets the mission, national policies and resolutions, and strategic plan and affairs of OCA. Each chapter must comply with policies, resolutions, and procedures set forth by the National Board.

9. OCA's mission is to advance the sociopolitical and holistic well-being of Asian Americans, Native Hawaiians, and Pacific Islanders ("AANHPIs") in the United States, with an emphasis on civic engagement.

10. Defending the voting rights of AANHPI U.S. citizens is core to OCA's mission as well as to its national and state priorities and helps give voice to the needs of AANHPIs across the

2

country who contribute to our nation's fabric but do not have the right to vote. This includes reducing barriers to voting, including challenging restrictive identification laws, burdensome registration windows, and racial gerrymandering.

11.    Because furthering AANHPI civic engagement and advancing the needs of AANHPIs is core to OCA's mission, OCA and its chapters engage in voter registration, education, and mobilization efforts.

### *Impact of The President's Executive Order*

12.    Many OCA members rely on mail-in voting, especially limited English proficiency ("LEP"), youth, and elderly members, and members with disabilities because it allows them to vote with the autonomy and privacy that many of them would not have at the polling place due to a disability or language assistance needs.

13.    The President's March 31, 2026, Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections" ("Executive Order") threatens to substantially burden the right to vote of the OCA members who rely on mail-in voting and disenfranchise them entirely.

14.    The Executive Order, should it take effect, will also significantly hinder OCA's ability to advance its mission, forcing it to commit significant resources to reworking OCA's civic education and voter engagement programs around mail voting, at the expense of other mission-critical work, or commit no additional resources, thereby failing to provide voting assistance many members have come to rely on and expect.  For example, OCA would need to divert staff time away from educating community members about general civic engagement—such as candidate forums, which elections are taking place and when, and what political issues are stake—to instead focus on education about the changes to mail-in voting and how to ensure a mail-in ballot will be counted.

3

15.    It is my understanding that the United States Postal Service ("USPS") has, in fact, begun implementing the Executive Order, including issuing a proposed rule to carry out its requirements.

### A. LEP Voters

16.    OCA serves the AANHPI community, which has high limited English proficiency ("LEP") rates. Mail-in voting enables more LEP voters to complete their ballot because it allows them flexibility and a multitude of options in seeking assistance with translation when needed, including but not limited to having expanded time frames to obtain translations, ability to seek out more than one translator, and in certain cases, getting translations over the telephone. These options are especially necessary as many states do not provide translated ballots in languages spoken by our communities and members. Without mail/absentee ballots, LEP voters are limited to finding translators who are available at the polling location, requiring them to coordinate with assistors who may limited availability and who may only assist one voter at a time, and often denying them an assistor of their choice.

17.    As part of its voter education and mobilization work, OCA and its chapters often work to inform and encourage qualified members to participate in voting by mail. This includes translating election materials to help LEP citizens register to vote, understand the requirements for mail/absentee voting in their state, and, if qualified to do so, apply to receive a mail/absentee ballot.

18.    OCA and our chapters provide various election-related translation services for LEP citizens that we serve. We provide oral or verbal translations of election materials, such as those pertaining to mail/absentee ballots, during our voter registration drives, when we phone bank for our voter mobilization campaigns, and during community events.

19. OCA does this by coordinating translation efforts and hosting in-person and virtual outreach events. And OCA chapters do this by phone and text-banking and in-person work such as canvassing of homes—ranging from apartment buildings to suburban neighborhoods to college campuses—as well as tabling at places like ethnic grocery stores or local cultural festivals.

20. OCA-Greater Houston, for example, hands out in-language instructions on how to request a mail-in ballot.

21. OCA chapters, such as OCA-Greater Houston, also recruit volunteers to provide in-person language assistance at polling locations. Because the Executive Order threatens to significantly alter the way that mail voting works, and is likely to make mail voting significantly harder for many, OCA chapters will need to dedicate resources to recruit substantially more volunteers to provide in-person language assistance, as more voters will have to vote in person rather than via mail ballot. This would also be a strain on OCA chapter resources.

22. In addition, OCA and our chapters, including OCA-Greater Houston, OCA-Greater Cleveland, and OCA-New York, routinely engage in preparing written in-language voter guides and translations of election-related materials, including specifically those related for mail-in voting, such as social media graphics, e-mails, and paper flyers to be distributed at local businesses and left at residences.

23. In directing the USPS to screen mail ballots, the Executive Order, if implemented, will significantly change the process by which eligible individuals can ensure that they are able to successfully vote by mail.

24. The potential for significant changes in the process for successful mail voting that the Executive Order seeks to impose has already disrupted OCA's voter education and mobilization efforts, of which mail/absentee voting is a crucial component. That is because, from

5

the work OCA and its chapters conduct in the community, we understand that our communities—many of whom are immigrants—already have a heightened fear of interacting with the government. This is especially true in light of the Trump Administration's escalating anti-immigrant actions and rhetoric, including warrantless ICE raids and limiting or stopping immigration from numerous countries. They also fear increased law enforcement and ICE presence in and around polling places; and our community members, regardless of their lawful presence in the United States, are afraid of being targeted and scapegoated. In response to these understandable fears, OCA and its chapters are planning to encourage the maximum use of mail/absentee voting as part of our voter education and mobilization efforts.

25. The Executive Order puts OCA and its chapters between a rock and a hard place: we must choose between diverting resources from other essential work to counteract the adverse effects of the Executive Order or not seeking to counteract the effects of the order which itself will frustrate our mission.

26. If the Executive Order takes effect, we will have little to no time to create and translate state-specific materials that explain how to vote by mail and how to ensure a voter is on the various lists mandated by the Executive Order so that they are able to cast a mail/absentee ballot. On the shortened timeline, we would need to expend significant resources, including additional costs for expedited translations, new scripts, and significantly revised trainings for volunteers.

27. OCA is in the process of producing voter guides for our chapters and needs to send them out by September 1, 2026 to allow them to be printed locally. These voter guides are produced in English, and depending on the specific chapter's needs, in multiple Asian languages and/or Pacific Islander languages. In order to do so, we need to finalize copy, including reviewing

the translations for syntax and cultural sensitivities, in the last two weeks of August 2026. After that we send final voter guides to our chapters so that they may be locally printed and disseminated to our communities and members.

28.     If we have to change course at the last minute, including as a result of USPS rulemaking, expending these resources will come at a heavy cost. We and our chapters will need to divert key resources from other programs important to our mission, such as our civic engagement work (like the work our chapters do promoting the AAPI Voter Hotline, providing resources about voter registration, and phone and text banking reminding community members to register to vote), efforts to preserve and protect Chinatowns, education and advocacy on policies that help our communities on issues like increasing broadband access, food and clothing drives, naturalization assistance, and mental health education.

29.     But if we do not shift resources to address the harms to our members and the communities we serve, OCA will not be able to address the mail-voting needs of LEP citizens. This will make us less successful in advancing our mission of promoting the civic engagement and overall socioeconomic well-being of AANHPIs.

**B. Youth Voters**

30.     OCA and its chapters recruit and serve youth members who are of high school and college age. Many of these members are citizens and qualified voters.

31.     In the past, OCA has prepared materials for youth members on how to vote by mail, such as providing them with information about how to request and return a mail ballot. However, because, if implemented, the Executive Order would result in substantial changes to the way that mail voting works, OCA would need to completely rework these materials—at greater expense,

given the proximity of upcoming elections. To do so, OCA would need to divert resources from other important programming, as discussed above.

32.    OCA members who go away for college often rely on mail/absentee voting to vote at their permanent address. For example, Member A is an OCA youth member and qualified voter residing in Colorado who needs to vote by mail while at college in Massachusetts. Member B is an OCA youth member and qualified voter residing in Hawai'i who needs to vote by mail while at college in California.

33.    It is my understanding that, pursuant to the Executive Order, OCA members away at college, including but not limited to members such as Member A and Member B, will likely need to be on lists mandated by the Executive Order, including the Mail-In and Absentee Participation List and the State Citizenship List, to be able to effectively cast a mail/absentee ballot. These are limited by state; the State Citizenship List, for example, is limited to persons who "reside" in a given state. But persons temporarily outside of their home state—like many students away at college—would likely not be included on such a list as they do not "reside" in their home state. As a result, OCA members such as Member A and Member B may not be able to cast a mail ballot at all.

34.    In many cases, many individuals denied the ability to cast a mail ballot are effectively denied the right to vote entirely. Especially for students at colleges away from home, traveling home to vote in person is not a viable option—such travel is time consuming and expensive, and may also conflict with important school deadlines or other obligations. As a result, exclusion from one of these lists may be tantamount to depriving these members of the ability to vote entirely.

35. It is my understanding that pursuant to the Executive Order only states, not individuals, may suggest changes to these lists. Thus, even assuming that these lists are made public, an individual voter has no ability to request that they be added to this list. As such, a youth members who rely on mail/absentee voting will not be able to cast a vote if they are not on any one of the sanctioned lists.

36. Youth members away at college will not have at hand documentation necessary to prove their eligibility if they are not on the various lists, including but not limited to birth certificates, passports, or naturalization documentation. This will further impede their ability to vote while away from home.

### C. Naturalized Voters

37. OCA serves AANHPI communities that have high rates of individuals who are eligible to naturalize.

38. As part of OCA's work assisting members and community members with naturalization, we provide newly-naturalized community members with information about voting, including mail voting. As discussed above, the substantial changes to mail voting the Executive Order would produce if implemented would require us to make significant changes to the programming we provide newly naturalized members about mail voting. Again, such changes would be especially costly so close to upcoming elections. And making those changes would require us to divert substantial funds and staff time away from other work.

39. As part of the naturalization assistance done by OCA and its chapters, I know that naturalization process can take several months to over a year, and can vary in time by a host of factors such as the volume of work by a USCIS field office, pauses on processing by political circumstances, or the complexity of an individual case.

9

40.    Individuals who naturalize within 60 days of a federal election, including AANHPI voters and eligible-to-naturalize OCA members, will not be on the State Citizenship List and/or a list of mail/absentee voters provided by the states to USPS pursuant to the Executive Order.

41.    Through OCA and its chapters' voter education and mobilization work, it is my understanding that in most states, eligible voters can register to vote within 30 days of a federal election, and in many states request a mail/absentee ballot only a few days before an election.

42.    As discussed above, it is my understanding that individuals cannot even request changes to the various lists needed for mail/absentee voting, including the State Citizenship List and the Mail-In and Absentee Participation List.

43.    Thus there does not appear to be a way that newly naturalized voters, which will inevitably include AANHPI communities that OCA serves and our member, will be able to vote by mail even if they are otherwise eligible to do so in their state.

**D.  Other Affected Members**

44.    Many other categories of OCA members rely on mail-in voting—for example, those who are elderly, or have medical conditions that make voting in person difficult or risky for their health.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2026

By: _Thu Nguyen (Jul 20, 2026 12:07:33 EDT)_____

Thu Nguyen

10