**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. |

Case No. 1:26-cv-11549-IT

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Federal Defendants in the above-captioned matter respectfully submit the following notice of supplemental authority relevant to issues before this Court in this case:

On July 28, 2026, the United States Court of Appeals for the District of Columbia Circuit issued its judgment in *DSCC v. Trump*, No. 26-5193 (D.C. Cir. July 28, 2026). A copy of that judgment is attached to this notice as Exhibit 1 ("Judgment"). The D.C. Circuit affirmed the district court's order denying plaintiffs' motion for preliminary injunction in a case challenging Executive Order 14,399, which itself was the subject of a prior notice of supplemental authority. *See* ECF No. 148.

In its Judgment, the D.C. Circuit noted that "this case likely is unripe for review in its present posture." *See* Judgment at 2 (citing *Trump v. New York*, 141 S. Ct. 530, 535–537 (2020) (per curiam)). Plaintiffs in the *DSCC* case, as in this case, "are not directly regulated by the Order, which functions as a directive to federal agencies. Nor are they the States charged with administering elections and adapting their procedures to the requirements contemplated by the Order." *See* Judgment at 7.

Dated: July 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC J. HAMILTON
*Deputy Assistant Attorney General*

JOSEPH E. BORSON
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
D.C. Bar. No. 995500
 *Chief Litigation Counsel*
ESAM K. AL-SHAREFFI
D.C. Bar No. 90010174
 *Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Federal Defendants*