**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:26-cv-11549-IT

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:26-cv-11581-IT

**NOTICE**

Federal Defendants in the above-captioned consolidated matters respectfully submit the following notice regarding recent developments in this matter:

Following notice of proposed rulemaking by the Postal Service, *see* ECF No. 149, a final rule has been sent to the Office of the Federal Register. That final rule is now available for public inspection ahead of formal publication at:

https://www.federalregister.gov/public-inspection/2026-17238/ballot-mail-for-federal-elections.

Formal publication in the Federal Register is currently scheduled to occur on August 26, 2026.

The final rule will state that it is effective on August 21, 2026. Even so, given court orders currently in place in *State of California v. Trump*, No. 26-cv-11581 (D. Mass. June 25, 2026), and *League of Women Voters of Massachusetts v. Trump*, No. 26-cv-11549 (D. Mass. Aug. 11, 2026), the final rule will also make clear that the Postal Service will not take any action to implement the rule specifically for any election to be held on or before November 3, 2026 unless and until the government obtains relief from both of those orders. The final rule will likewise impose no new regulatory obligations with respect to any election to be held on or before November 3, 2026 unless and until the government obtains relief from both of those orders.

Dated: August 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Esam K. Al-Shareffi*
STEPHEN M. PEZZI
Chief Litigation Counsel (FL Bar 1041279)
ESAM K. AL-SHAREFFI
Trial Attorney (D.C. Bar 90010174)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Federal Defendants*