**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-11549-IT |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Emergency Motion to Enforce the Preliminary Injunction, and the memorandum and other materials submitted in support, the Court hereby finds that Plaintiffs are entitled to an order enforcing the August 11, 2026 preliminary injunction (Dkt. No. 183). Therefore, it is hereby:

**ORDERED** that Plaintiffs' Emergency Motion to Enforce the Preliminary Injunction is **GRANTED**; and

**ORDERED** that the Final Rule issued by the United States Postal Service (USPS), titled "Ballot Mail For Federal Elections,"[1] has no force or effect with respect to any federal election on or before November 3, 2026;

**ORDERED** that Defendants the United States Postal Service, the Board of Governors of USPS, Amber F. McReynolds (in her official capacity as Chair of the Board of Governors of USPS), Derek T. Kan (in his official capacity as Vice Chairman of the Board of Governors of USPS), Ronald A. Stroman (in his official capacity as a Member of the Board of Governors of

---

[1] Available at https://www.federalregister.gov/public-inspection/2026-17238/ballot-mail-for-federal-elections (scheduled to be published on Aug. 26, 2026).

USPS), Daniel M. Tangherlini (in his official capacity as a Member of the Board of Governors of USPS), and David P. Steiner (in his official capacity as United States Postmaster General) are directed to take no implementation or preparatory steps that would change the status quo for any covered election; and

**ORDERED** that Defendants the United States Postal Service, the Board of Governors of USPS, Amber F. McReynolds (in her official capacity as Chair of the Board of Governors of USPS), Derek T. Kan (in his official capacity as Vice Chairman of the Board of Governors of USPS), Ronald A. Stroman (in his official capacity as a Member of the Board of Governors of USPS), Daniel M. Tangherlini (in his official capacity as a Member of the Board of Governors of USPS), and David P. Steiner (in his official capacity as United States Postmaster General) are directed to file compliance updates with this Court every week.

**SO ORDERED.**

Dated: ________________, 2026

____________________________
Hon. Indira Talwani
United States District Judge