**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-11549 |

**DECLARATION OF SOPHIA LIN LAKIN IN SUPPORT OF EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION AND FOR EXPEDITED BRIEFING**

I, Sophia Lin Lakin, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1. I am the Director of the American Civil Liberties Union's Voting Rights Project, which is part of the team representing Plaintiffs in the above-captioned action. I am fully familiar with the facts and circumstances set forth herein and make this Declaration in support of Plaintiffs' Renewed Motion for Preliminary Injunction.

2. Attached hereto as **Exhibit A** is a true and correct copy of the USPS's Final Rule implementing Section 3 of Executive Order 14399, available prior to formal publication in the Federal Register at https://public-inspection.federalregister.gov/2026-17238.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

August 22, 2026

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin