**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Defendants*,

STATE OF MISSOURI, STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, and STATE OF SOUTH DAKOTA,

*Intervenor Defendants*.

Case No. 1:26-cv-11549-IT

**STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE JUDGMENT**

This Court should deny Plaintiffs' motion to enforce its prior order because the federal government has not violated this Court's order.

On August 11, this Court enjoined the federal defendants "from implementing, giving effect to, or enforcing Section 3 of Executive Order No. 14399, *with respect to the November 3, 2026 or any earlier federal election.*" ECF No. 183 (emphasis added). Although the federal government published a final rule (one that differs in at least some respects from Section 3 of the executive order), the final rule itself makes clear that it will not be enforced with respect to the 2026 general election—unless this Court's two preliminary injunctions are lifted. *See* ECF No. 188 at 2.

Frankly, State Defendants do not understand why Plaintiffs (but notably, not the State Plaintiffs) object to this. One can understand Plaintiffs to be objecting to the federal government announcing in advance that it will enforce the final rule with respect to future elections. *See* ECF No. 190 at 1. Plaintiffs seemingly think this will cause confusion. *See id.* But even assuming *dubitante* that is correct, this Court made clear that the federal government could try to implement the rule for elections after the 2026 general election. *See* Aug. 7 Hearing Tr. 52:10-11 ("I was very careful with my injunctions. I tried very hard here not to overstep . . . . All that had to happen was that it was effective as of November . . . as opposed to for this election."). And State Defendants are unaware of any legal authority suggesting the government's mere publication of a rule—one that makes clear the rule will not be enforced—can give rise to a legal injury.

Alternatively, perhaps Plaintiffs dislike the possibility that this Court's two preliminary injunctions against enforcing the rule with respect to the 2026 general election will be lifted. *See* ECF No. 190 at 6. Two panels of the D.C. Circuit have already agreed that it was too early to challenge the executive order when these Plaintiffs did so. *DSCC v. Trump*, No. 26-5193, *6 (D.C. Cir. July 28, 2026); *NAACP v. U.S. Postal Service*, No. 26-5257, *1–2 (D.C. Cir. July 17, 2026). This Court disagreed—but that question is currently pending before the Supreme Court. If the Supreme Court stays this Court's first preliminary injunction and indicates that Plaintiffs sued too early, this Court would presumably vacate the second preliminary injunction—which would suffer from the same legal defect. In that hypothetical situation, nothing would stop the federal government from enforcing the rule—at least until a plaintiff filed a proper complaint challenging the final rule and obtained injunctive relief.

For now, however, the status quo is consistent with this Court's prior orders. The Court should deny Plaintiffs' motion.

Date: August 24, 2026

Respectfully submitted,

**STEVE MARSHALL**
ALABAMA ATTORNEY GENERAL

/s/ *A. Barrett Bowdre*
A. Barrett Bowdre*
*Solicitor General*
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 353-8892
Fax: (334) 353-8400
Barrett.Bowdre@AlabamaAG.gov

**CATHERINE L. HANAWAY**
MISSOURI ATTORNEY GENERAL

/s/ *Louis J. Capozzi III*
Louis J. Capozzi III, DC Bar No. 90018764*
*Solicitor General*
J. Michael Patton*
*Deputy Solicitor General*
Benjamin S. Gilberg*
*Deputy Solicitor General*
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101
Tel. (573) 645-9662
Fax (573) 751-0774
Louis.Capozzi@ago.mo.gov
Michael.Patton@ago.mo.gov
Benjamin.Gilberg@ago.mo.gov

**JAMES UTHMEIER**
FLORIDA ATTORNEY GENERAL

/s/ *David M.S. Dewhirst*
David M.S. Dewhirst*
*Solicitor General*
Jason J. Muehlhoff*
*Chief Deputy Solicitor General*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
david.dewhirst@myfloridalegal.com
jason.muehlhoff@myfloridalegal.com

**THEODORE E. ROKITA**
INDIANA ATTORNEY GENERAL

/s/ *James A. Barta*
James. A Barta, DC Bar No. 1032613*
*Solicitor General*
Office of the Indiana Attorney General
302 W. Washington Street
IGC South, Fifth Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709
Fax: (317) 232-7979
James.Barta@atg.in.gov

**KRIS W. KOBACH**
KANSAS ATTORNEY GENERAL

*/s/ James R. Rodriguez*
James R. Rodriguez*
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612
Phone: (785) 368-8197
jay.rodriguez@ag.ks.gov

**ELIZABETH B. MURRILL**
LOUISIANA ATTORNEY GENERAL

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
*Solicitor General*
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov

**AUSTIN KNUDSEN**
MONTANA ATTORNEY GENERAL

*/s/ Christian B. Corrigan*
Christian B. Corrigan*
*Solicitor General*
Montana Department of Justice
215 N. Sanders Helena, MT 59601
(406) 444-2707 (o)
Christian.Corrigan@mt.gov

**MICHAEL T. HILGERS**
NEBRASKA ATTORNEY GENERAL

/s/ *Cody S. Barnett*
Cody S. Barnett*
*Solicitor General*
Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683
Fax: (402) 471-3297
cody.barnett@nebraska.gov

**GENTER DRUMMOND**
OKLAHOMA ATTORNEY GENERAL

*/s/ Garry M. Gaskins, II*
Garry M. Gaskins, II*
*Solicitor General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

**ALAN WILSON**
SOUTH CAROLINA ATTORNEY GENERAL

*/s/ Joseph D. Spate*
Joseph D. Spate*
*Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel. (803) 734-3371
Fax (803) 734-3677
josephspate@scag.gov

**MARTY J. JACKLEY**
SOUTH DAKOTA ATTORNEY GENERAL

/s/ *Grant Flynn*
Grant Flynn*
*Assistant Attorney General*
South Dakota Office of the Attorney General
1302 East SD Highway 1889,
Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: grant.flynn@state.sd.us

**KEN PAXTON**
TEXAS ATTORNEY GENERAL

s/ *David Bryant*
David Bryant*
*Senior Special Counsel*
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
david.bryant@oag.texas.gov

/s/ *Ian D. Prior*
Ian D. Prior (Bar No. 655704)
America First Legal Foundation
611 Pennsylvania Ave S.E. No. 231
Washington, D.C. 20003
(410) 205-9681
ian.prior@aflegal.org

* *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2026, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for the parties.

/s/ *Louis J. Capozzi III*