UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-11549-IT |

**DECLARATION OF SOPHIA LIN LAKIN IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Sophia Lin Lakin, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1. I am the Director of the American Civil Liberties Union's Voting Rights Project, which is part of the team representing Plaintiffs in the above-captioned action. I am fully familiar with the facts and circumstances set forth herein and make this Declaration in support of Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Third Declaration of Celina W. Stewart, Chief Executive Officer of the League of Women Voters, executed on August 26, 2026.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Third Declaration of Doris Speer, the President of the Association of Americans Resident Overseas, executed on August 26, 2026.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Third Declaration of Thu Nguyen, the Executive Director of OCA-Asian Pacific American Advocates, executed on August 25, 2026.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Third Declaration of Celia Canavan, Executive Director of League of Women Voters of Massachusetts and League of Women Voters Lotte E. Scharfman Memorial Education Fund, executed on August 26, 2026.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Third Declaration of Dorcas Washington, the Executive Director of Delta Sigma Theta Sorority, Incorporated, executed on August 25, 2026.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Third Declaration of Susan Dzieduszycka-Suinat, the founder, President, and CEO of the U.S. Vote Foundation, executed on August 26, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

August 26, 2026

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

August 26, 2026

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin