# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-11549-IT |

**THIRD DECLARATION OF CELINA W. STEWART**

I am over the age of 18 and fully competent to make this declaration. Pursuant to 28 U.S.C. § 1746, I, Celina W. Stewart, Esq., declare the following under penalty of perjury:

**Personal Background**

1. I am the Chief Executive Officer of the League of Women Voters. I took this position starting in August 2024. I have been employed by the League of Women Voters of the United States since 2018. I previously submitted declarations in the above-captioned case dated April 21, 2026 and July 20, 2026. This declaration includes new and additional information to supplement my previous declarations.

**League of Women Voters**

2. The League of Women Voters ("LWV") (with its state and local Leagues, "the League") is a nonprofit, nonpartisan, grassroots, community-based, membership organization that works to protect and expand voting rights to ensure everyone is represented in our

democracy. The League empowers voters and defends democracy through advocacy, education, mobilization, and litigation at the local, state, and national levels. To the League, the freedom to vote is a nonpartisan issue.

3. Founded in 1920 as an outgrowth of the struggle to win voting rights for women, the League now has more than a million members and supporters and is organized in more than 800 communities in every state and the District of Columbia. More than 100 years after its founding, the League has expanded our vision of a more inclusive democracy where all Americans, regardless of gender, sex, race, ability, or party can see themselves represented in our government. As a woman-led organization, we encourage everyone to take part in our democracy.

4. LWV comprises two entities: the League of Women Voters of the United States ("LWVUS") and the League of Women Voters Education Fund ("LWVEF"). LWVUS encourages informed and active participation in government, works to increase understanding of major public policy issues, and influences public policy through education and advocacy. LWVUS is 501(c)(4) social welfare organization. LWVEF, a 501(c)(3) nonprofit, works to register voters, provide voters with election information through our election resource VOTE411.org, candidate forums, and debates, combat mis- and disinformation, mobilize voters, and engage in advocacy to encourage participation in the democratic process.

5. The League—including state and local Leagues—operates one of the longest-running and largest nonpartisan voter registration and education efforts in the nation. A core part of advancing the League's mission is encouraging and helping facilitate mail and absentee voting, especially in states with no-excuse, universal, or easily accessible vote-by-mail. Through its ongoing work in every state and District of Columbia, the League registers hundreds of thousands of voters every election cycle, many of whom rely on vote-by-mail to participate in

the democratic process.

6. In 2024 and 2025, Leagues across the country held approximately 43,200 events and assisted with the registration of more than 635,000 voters.

7. LWV founded the Motor Voter Coalition in the 1980s and 1990s and served as a national co-chair of the campaign to pass and implement the National Voter Registration Act ("NVRA"). The League has been one of the foremost active defenders of the NVRA by notifying Secretaries of State of noncompliance, working with them to correct NVRA violations, and, when necessary, filing enforcement actions. It has also filed litigation and participated as amicus in other challenges to restrictions on voter registration and the right to vote, including its recent challenge to the President's March 25, 2025 Executive Order, "Preserving and Protecting the Integrity of American Elections." The League also regularly works with federal and state officials to expand the NVRA, including by advocating for agreements between state and federal governmental entities.

8. LWV also maintains VOTE411.org with the help of its state and local Leagues. VOTE411.org is a nonpartisan, award-winning website that ensures voters have the information they need to successfully participate in every election—local, state, and federal. VOTE411.org is a bilingual, user-friendly website that allows individuals across the nation to register to vote, update their registration, get information about the vote-by-mail process in their state, and find accessible answers to questions about the voting process. This includes providing relevant and necessary vote-by-mail information for every state and the District of Columbia on LWV's "Nationwide Voting Rules" page: https://www.vote411.org/voting-rules. VOTE411.org is used by state and local Leagues; League members and volunteers; other organizations; and prospective voters the League tries to reach as part of its core mission throughout the country. There is information on VOTE411.org about vote-by-mail processes (and absentee voting

processes to the extent they differ) for all fifty states and the District of Columbia. *See* Vote411.org, *Search by State and Topic*, https://perma.cc/BLT4-XZ59. In states where it is permitted, VOTE411.org provides eligible citizens with information about how to apply for and track their mail ballot.

9. VOTE411.org also allows overseas voters to request an absentee ballot through its Absentee Ballot Request tool, provided by the U.S. Vote Foundation. *See* Vote411.org, *Absentee Ballot Request*, https://absentee.vote411.org/vote/VoterInformation.htm.

10. Through VOTE411.org, the League thus provides a convenient location where voters can access bilingual, straightforward information for all parts of the voting process, including mail voting.

11. LWV's members include registered voters who are eligible to vote by mail in their states, have voted by mail in the past, and plan to vote by mail in the future. This includes members who are older than 65, have health concerns or disabilities that make it difficult to vote in person, and other reasons that require them to vote by mail.

**Final Rule From USPS and Executive Order**

12. I understand that the President's March 31, 2026 Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections," (the "Executive Order" or "EO") directs the United States Postal Service ("USPS") to refuse to transmit or deliver mail ballots of voters that are not on federally created lists. I also understand that on Augus 21, 2026, USPS issued a final rule with immediate effect (the Rule or Final Rule) implementing Section 3 of the Executive Order, completing rulemaking for the November 3, 2026 election. This Final Rule amends the Mailing Standards of the United States Postal Service, Domestic Mail Manual, regarding the transmission of mail-in or absentee ballots for federal elections. *See* 39 CFR Part 111, Ballot Mail For Federal Elections. The result of the Final Rule is that the Post Office will

refuse to transmit mail ballots to voters who are not on state-specific lists provided by state officials and administered by USPS.

13. The Executive Order has already required LWV to develop and share educational content to explain the EO and how it impacts voters. Now under the Final Rule, some voters' mail ballots will not be transmitted to them, and vote by mail maybe a less reliable method of voting in some states. Without an injunction of the Final Rule, we will have to educate voters about the risks of participating in a mail voting system given this change. We will need to educate voters about the risk that they may not receive mail ballots even if they are legally entitled to vote by mail under their state law. This includes updating information available in English and Spanish on VOTE411.org, as well as updating and reprinting a range of educational resources that have already been distributed to local and state Leagues, and creating new educational resources to update materials that have also already been distributed via video and social media. It is antithetical to our mission to discourage any kind of participation in the democratic process, but it would also undermine our mission if we encouraged voters to vote by mail who are then disenfranchised by the Final Rule.

14. Also, there is concern given the last minute nature of the changes under the Final Rule that the required updates may not get to all voters and some voters will rely on older LWV materials that is no longer accurate and be disenfranchised. This will be damaging to the LWV long standing reputation as a trusted resource.

15. It is my understanding that under the Final Rule, USPS will not transmit any Outbound Federal Ballot Mail unless the recipient of the ballot is listed in the new Federal Ballot Mail Portal that USPS has created. The information about approved recipients must be submitted into the Federal Ballot Mail Portal by officials from the states prior to USPS accepting any Outbound Federal Ballot mailing.

16. We are aware through many recent instances and past litigation that some states have used unreliable and erroneous information as part of their list maintenance and registration efforts. This creates significant concern and risk that the information some states submit to the Portal will not be complete and that some otherwise eligible voters will not receive their mail ballots.

17. It is not clear exactly which states will attempt to provide the required data to this Portal but it is my understanding that the states that moved to intervene in *League of Women Voters of Massachusetts v. Trump*, et al, Case No. 1:26-cv-11549 will be participating.

18. It is also my belief that given the limitations of some of the data that will be shared by states in this Portal, the data will not be complete or accurate for all voters. It is clear that some otherwise eligible voters in some states will not have their mail ballot transmitted if the Final Rule is not enjoined. Therefore, state and local Leagues and their members, and potentially many voters will be impacted by the Final Rule if it is not enjoined.

19. Based on the League's understanding and years of experience, the burdens and shortness of time before the November 3, 2026 elections mean that some states will face significant challenges generating such list, which would will likely further impact the availability of effective vote by mail in some states. USPS has already acknowledged that there will be delays in delivery of mail ballots because of the new processes established by the Final Rule. Those delays will also limit the effectiveness of vote by mail. All of these issues will impact state and local Leagues and their members, and potentially many voters if there is not an injunction of the Final Rule.

20. Given the new requirements, without an injunction of the Final Rule, LWV will be required to educate or re-educate voters about the risk of voting by mail because of uncertainty about whether they will receive their mail ballots under the new system regardless of their state.

This will include education about the potential changes that could affect the timely delivery and processing of election-related mail. USPS has acknowledged that there will be delays because of the Final Rule. Voters will need additional guidance on available voting options and important deadlines, as there will be uncertainty regarding how election mail will be handled under the new system, regardless of what state they reside in.

21. My staff and I are now spending significant time meeting to discuss and planning for the disenfranchising impact of the Final Rule and how to educate our local and state Leagues, members, and the public about the risks of vote-by-mail in the upcoming general midterm elections as a result of the Final Rule. Because the League educates millions of voters through our resources, tools, and community engagement this will be an enormous task given the short window until election. Because it is not clear yet exactly which state will attempt to implement the Final Rule or how the required changes will impact their existing mail ballot practices, it is not clear when this work can even begin.

22. LWV is considering hiring additional staff to help with all the necessary work updating the many different educational and recourse materials that will be required unless there is an injunction of the Final Rule. This will require us to expend resources that would be used for other LWV work, and if we do not hire additional staff, we will be required to divert existing staff away from other on-going election work.

23. Since the Executive Order was signed, my staff have been receiving and responding to communications from League leaders and members who are concerned about the impact of the Executive Order. Some concerns relate to whether their individual mail ballots will be counted. To a greater extent, state and local League leaders have asked about how they should continue to conduct their core activities of educating voters and encouraging them to participate in the democratic process when a key option for casting a ballot might now disenfranchise them.

LWV's Communications Team has also received increased requests for more information and clarity about mail voting in recent months, which they have spent and will be required to spend additional significant time and resources on updating.

24. Since the Final Rule was issued, my staff have been receiving and responding to communications from League leaders and members who are concerned about the impact of the Final Rule. State and local League leaders have asked about how they should continue to conduct their core activities of educating voters and encouraging them to participate in the democratic process when a key option for casting a ballot, vote-by-mail, has now been impeded by the new processes in the Final Rule.

25. LWV has ongoing efforts to ensure that we are sharing the correct voter education information with state and local League leadership, members, and the public. To support state and local Leagues, LWV creates and distributes guidance on a range of election and voting issues each election year. This work has been disrupted by the Executive Order and now has become more challenging because of the Final Rule.

26. LWV staff have already expended and will continue to expend significant time and resources to figure out how to provide accurate information about mail voting to our members and the public through VOTE411.org while still encouraging participation in the democratic process, to the extent possible. In addition, LWV has upcoming trainings for League members nationwide on mis- and dis-information in support of its mission of maximizing democratic participation. LWV will have to completely re-do elements of those trainings addressing vote by mail unless there is an injunction of the Final Rule.

27. These education efforts require addressing the confusion caused by the different Executive Orders addressing voting and the changes per the Final Rule if it is not enjoined.

28. LWV staff have already fielded communications from state and local League leaders about the Executive Order, expressing confusion and relaying members' fears that the Executive Order will prevent them from voting by mail. LWV's legislative and policy coordinators have been unable to provide the substantive guidance on mail voting that state Leagues and our members rely on because of the EO. And responding to these well-founded concerns has taken away from staff pursuing our core mission, which is to empower voters and defend democracy through advocacy, education, and mobilization at the local, state, and national levels. This includes taking time away from addressing other issues during state Leaders' call in July.

29. Now that there is a Final Rule unless it is enjoined, LWV will need to overhaul all information about mail voting on VOTE411.org, in both English and Spanish, to ensure that LWV members and the public are provided the most current and accurate information possible. Two LWV staff members are responsible for updating VOTE411.org with information in English and Spanish. These staff members' work on mail voting was put on hold while the EO's implementation was still uncertain in many states. But it is not clear when they will be able to start to make the necessary updates to the VOTE411.org to address the Final Rule completely as it is not yet clear exactly what steps the different states will be taking to implement the Final Rule.

30. Without an injunction of the Final Rule, LWV will need to create new accessible and accurate information about mail voting in the upcoming elections, while avoiding spreading fear about participation in the democratic process. This will require, in addition to the resources already expended, staff time and financial expenditures by our communications, advocacy, legal, and VOTE411.org teams, at a minimum. For example, the VOTE411.org team will need to update information about mail voting for all fifty states and the District of Columbia, in both

English and Spanish. LWV also maintains an internal document to assist state and local Leagues with accessing and using the information about VOTE411.org that will need to be updated.

31. In addition to the information on VOTE411.org, LWV publishes guidance for state and local Leagues on mail voting and applying for mail ballots in states that permit it. This guidance includes information about ways to counteract disinformation around mail voting, USPS postmark information, talking points on mail voting reliability, and explanations of state voter registration databases and list maintenance practices. LWV has revised its guidance in its "Democracy Integrity" briefing to reflect the EO and its threat to mail voting. But this information has been limited, simply informing members of basic facts regarding the EO. Now, without an injunction of the Final Rule, these resources will have to be overhauled, as state and local Leagues are preparing for the general election now. Among other work, our staff will have to develop guidance for our Leagues, members, and the public on how voters can try to follow up and confirm the accuracy of their information on the lists provided to the Federal Ballot Mail Portal, if that is possible in their state.

32. Because of the potential unreliability of the lists provided to the Portal, there is the risk that LWV will provide guidance that could inadvertently lead to disenfranchisement, which undermines trust that we built over 100 years as a reliable source of nonpartisan voter education, and undercuts our mission of maximizing democratic participation.

33. It is much less useful and contrary to our mission to educate voters at the last minute or on Election Day. We must provide information well in advance of absentee voting request and ballot receipt deadlines, and each day that passes we lose opportunities to engage voters in the democratic process through mail voting. Based on data from 2024, visits to VOTE411.org increased dramatically in the months prior to the election. For example, VOTE411.org received approximately 649,153 visits in August 2024, 776,565 in September,

2,841,535 in October, and 1,738,332 from November 1st through Election Day. Some of the work to create voter education materials should have already started to ensure they are available ahead of the upcoming general election in November. However, this work has been delayed because of the EO, and without an injunction of the Final Rule, all these materials will need to be updated with very little time left. Our work to support state and local Leagues' outreach to voters has already begun, but we have had to leave out key guidance on mail voting and without an injunction of the Final Rule, will need to redo significant sections of those materials. Given the limited time before the November election and the significant changes required per the Final Rule, it is likely we will not be able to complete this essential work in time for the materials and guidance to be used as we originally planned for the general election.

34. The work LWV has already undertaken to respond to the Executive Order and the multitudes more work that is now required unless there is an injunction of the Final Rule diverts valuable staff time, budget, and other resources from other core priorities, including educating and empowering voters to participate in the political process, advocating for our public policy positions, and communicating to voters about their rights during election season.

35. The Executive Order and now the Final Rule also harm LWV's mission to maximize participation in the democratic process by stoking voter fear and confusion, particularly about mail voting, which millions of U.S. citizens rely on each election. The EO and now the Final Rule are impeding LWV's ability to achieve this core mission because this fear and confusion make it hard to encourage citizens to register and vote. The Final Rule is going to make it harder, if not impossible, to encourage individuals to vote by mail. Voting by mail is an accessible process in many states, and encouraging potential voters to take advantage of this option has in the past been an effective way to facilitate more participation in the democratic process. Without an injunction of the Final Rule it will be very difficult to encourage voters to vote

by mail resulting in a significant loss in voter participation, which is contrary to the LWV core mission.

36. Without an injunction, the Final Rule will also harm LWV by disenfranchising our members across the country who rely on vote-by-mail. Some of our members are over the age of 65, have disabilities, live overseas, or have life or economic circumstances and responsibilities that require them to vote by mail. Because the League does so much work to register voters right after they are naturalized, it is safe to say that we also have members who rely on vote-by-mail who are recently naturalized, who are highly unlikely to show up on the lists that will be created and used as part of the process established under the Final Rule in some states.

37. The Executive Order has already caused grave harm to LWV and our members. Without an injunction, the Final Rule will compound that harm, requiring us to reallocate significant resources to ameliorate some of its impacts. And no matter what efforts the League engages in to address the impact of the Final Rule, some of our members and other voters will be disenfranchised by the limits and burden on vote by mail that the Final Rule creates, severely undermining our core mission to expand voting rights and ensure everyone is represented in democracy.

38. It is substantially likely that given the difficulties with the Final Rule explained here and the compressed timelines involved implementation of the Final Rule that if there is not an injunction voters could be disenfranchised by following the LWV guidance on vote by mail through no fault of their own or LWV's. This failure would be very damaging to the LWV long standing reputation as a trusted resource.

39. All state and local Leagues' mail voting education and facilitation continues to be significantly impeded by the EO and will be significantly impeded by the Final Rule without

an injunction. And many League members rely on mail voting; it would be difficult or impossible for them to vote in-person if the Final Rule is implemented and vote by mail is not available to them.

40. For example, in past election years, the League of Women Voters of Arkansas ("LWVAR") has encouraged voters to take advantage of mail voting through its state-specific VOTE411.org page, voter education presentations and workshops, email and social media communications, local League outreach, and direct responses to voters who contact them. This year, the EO has created so much uncertainty about the viability of mail voting that they have cut back on the information they provide to avoid providing inaccurate or incomplete information as implementation of the EO occurs. LWVAR has spent staff and volunteer time revising guidance on mail voting, which takes away from time spent on other voter engagement work, and the Final Rule now also requires staff and volunteer to spend time revising guidance on mail voting. An injunction of the Final Rule would permit LWVAR to use its accurate materials and encourage voters to rely on mail voting. The deadline to submit an absentee ballot application in Arkansas is the Friday before the Election for in-person applications (October 30, 2026) and seven days before the election for mail-in applications (October 27, 2026). LWVAR is losing precious time to educate as many potential voters as possible and help them apply and vote by mail before those deadlines.

41. Many LWVAR members rely on absentee voting, particularly in rural areas where they live far from polling locations and lack access to public transportation.

42. The League of Women Voters of Louisiana ("LWVLA") seeks to educate members and other voters on mail voting, particularly because of the high population of elderly and disabled voters in the state. They have sought to educate voters and dispel confusion about mail voting, which is exacerbated by the Final Rule. The Final Rule now also requires significant

additional voter education. Many LWVLA members rely on mail voting, including elderly and disabled members.

43. The League of Women Voters of North Dakota ("LWVND") has made it a priority to educate voters about mail voting, and helps facilitate mail voting, including by going to assisted living homes to encourage individuals there to vote by mail. This work has similarly been impacted by the EO and now will be impacted by the Final Rule. LWVND has many members who rely on mail voting, including rural, elderly, and Indigenous voters.

44. The League of Women Voters of Ohio ("LWVO") has focused on encouraging and educating voters regarding mail voting. In the past, they sought to demystify the mail voting process through print materials, social media, the 'speakers bureau,' and media interviews, as well as helping with absentee request forms during voter registration drives. LWVO has focused on mail voting at senior centers and colleges in particular, where many people rely on mail voting. The deadline to request an absentee ballot in Ohio is seven days before the election (October 27, 2026). That deadline is fast approaching and the LWVO has paused the printing of voter education materials that reference absentee and mail voting procedures. Without greater clarity and certainty regarding the Rule's implementation and it's impact on election mail, LWVO cannot confidently finalize or resume production of those materials without risking the distribution of inaccurate or outdated information to voters. At the same time, LWVO does not have the budget to absorb the costs associated with printing and distributing materials multiple times if guidance must be revised. LWVO cannot now resuming printing. Also, LWVO has several paid staff who have been forced to respond to more calls and questions from voters, which diverts time away from other priorities, including other election related work like registration and get out the vote efforts.

45. Many LWVO members rely on mail voting, including seniors, people with

disabilities, people who serve as poll workers on election day, and college students.

46. Many members of the League of Women Voters of Texas ("LWVTX") vote by mail. League members who have been erroneously flagged as noncitizens in DHS's citizenship verification program (known as the "SAVE program") are highly unlikely to show up on the federal government's lists of purported citizens and may not be able to vote by mail under the Executive Order. At least one LWVTX member has been erroneously identified as a noncitizen by Texas's use of SAVE.

47. The League of Women Voters of Utah ("LWVUT") has been forced to respond to many questions about mail voting since the EO was signed and will now have to respond to many questions about the Final Rule. The Final Rule is especially concerning for its members because mail voting is the primary method of voting in Utah. Most of its members rely on mail voting. Its members and other voters are now concerned that they will be forced to vote in person, and LWVUT cannot provide clear answers without risking providing inaccurate information.

I, Celina W. Stewart, Esq., declare under penalty of perjury that the foregoing is true and correct.

Celina W. Stewart, Esq.
Chief Executive Officer
League of Women Voter

8-26-2026

Date