# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-11549-IT |

**THIRD DECLARATION OF DORIS SPEER,**
**PRESIDENT OF THE ASSOCIATION OF AMERICANS RESIDENT OVERSEAS**

Pursuant to 28 U.S.C. § 1746, I, Doris Speer, declare the following:

**Personal Background**

1. I am a United States citizen and over the age of eighteen.

2. I was born and raised near Detroit, Michigan.

3. I reside in Paris, France, where I have lived since 2004.

4. I am currently a member of the Association of Americans Resident Overseas ("AARO") and have been a member since January 2017.

5. I am the President of AARO. I have held this position since January 2022. I was previously a board member before becoming President.

6. I previously submitted declarations in the above-captioned case dated April 21, 2026, and July 20, 2026. This declaration includes information to supplement my previous declarations.

**Association of Americans Resident Overseas**

7. AARO is a nonpartisan, nonprofit membership organization founded in 1973 and headquartered in Paris. It is a global association that works to build awareness of the issues affecting American citizens living overseas and seeks fair treatment by the U.S. government for Americans abroad.

8. AARO provides Americans living abroad with resources on banking, citizenship, Social Security and Medicare, taxation, and voting, among other issues. These issue areas have a committee, each with a chair or two co-chairs. Most committees also include two to four individuals, all of whom are members.

9. AARO has U.S. citizen members in over 45 countries. Our organization has over 1,200 members. More than 82,000 visitors visited AARO's website in 2025, and AARO has thousands of followers across its multiple social media accounts, which include Facebook, X, and LinkedIn. AARO membership is open to all U.S. citizens, regardless of their location, for an annual membership fee. Membership benefits include access to U.S.-based banking services, information on tax preparation services, access to a health insurance program for overseas Americans, and invitations to educational seminars and social gatherings. Much of AARO's work is done by its committees or members of its board of directors.

10. One of AARO's core missions is to assist U.S. citizens living overseas to register and vote. AARO's advocacy in voting led to the promulgation of the Overseas Citizens Voting Rights Act of 1975, which then led to the enactment of the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA") in 1986. Encouraging citizens living abroad to vote is a central pillar of our organization. We also advocate for the removal of the remaining barriers to overseas voting.

11. AARO functions because of volunteers. I oversee one part-time staff member and approximately 30 to 35 volunteers that assist in carrying out AARO's work. In addition to my duties as President, I am also the chair of our Committee on Social Security and Medicare and co-chair of the Voting Committee.

12. AARO members are among the hundreds of thousands of U.S. citizens who vote by mail from abroad in every election. AARO provides information to voters, including its members who cast ballots in over 45 states, and provides information and services that are accessible to U.S. citizens eligible to vote in all 50 states, the District of Columbia, and the territories.

13. AARO members vote under the laws of their home states, under federal protections. In my experience, AARO members often rely on mail voting to vote from abroad; indeed, some cannot vote electronically under state law.

14. AARO members living abroad face difficulties registering to vote and voting while overseas, including understanding all requirements for both registering to vote and returning a ballot. They are particularly vulnerable to lengthy mail delays. For example, in France, where I live, AARO members report that mail from France to the United States can take weeks to arrive. Issues like these affect mail voting.

15. Overseas American citizens vote mainly by mail and often experience mail delays in trying to return their ballots. A common challenge that overseas citizens encounter when voting is postal system infrastructure, i.e., unreliable, unstable and slow mailing systems outside of the United States. These delays can apply to registration forms, mail ballot applications, and mail ballots themselves. This means that Americans overseas must act earlier than domestic citizens and still may miss out for factors outside of their control. They may also incur significant costs in

sending applications and ballots. Military members living away from home face these and other hurdles to register and vote. For example, they may be deployed or need to relocate with short notice, possibly to a new country.

16. Confusion about the rules is another major hurdle for Americans living abroad. They must navigate complex processes from thousands of miles away. When they encounter issues or have a question, they cannot walk into the local election official's office or, in many cases, even call given time differences. Helping our members and other Americans living overseas understand how to register, request a ballot, and return that ballot is central to our mission.

17. As part of its mission to educate American citizens living abroad on how to register to vote and to return an absentee ballot by the relevant deadline, AARO has provided its worldwide members with in-person and online educational outreach materials about absentee voting. AARO also has sent voting information to other overseas Americans organizations, such as the Federation of American Women's Clubs Overseas, the Association of American Women in Europe, and the American Women's Group.

18. In the past, AARO and members of the Voting Committee held in-person non-partisan voter registration assistance events, in many locations in and around Paris—including schools, churches, bookstores, the U.S. Embassy, and other anglophone events—to educate American citizens living abroad about registering to vote. As many as 80 AARO members had also become trained voter assistance officers through the Federal Voting Assistance Program ("FVAP") and their local U.S. embassy.

19. Today, with the growth in popularity of social media, we are expanding our online advocacy—with a particular emphasis on social media outreach in addition to our website—to encourage citizens living abroad to register to vote and to return their absentee ballot. Our online

resources include multiple social media accounts, a Voting from Abroad sub-page on our website, a biweekly email newsletter, and an "Ask an AARO Expat" feature on our website. Through that feature, we answer questions from any website visitor—including visitors who are not members of AARO—related to areas of AARO's work. This includes absentee voting questions, such as how to request and return a ballot while abroad. I handle the voting questions asked through Ask an AARO Expat.

**Impact of the Executive Order and the United States Postal Service's Final Rule**

20. I am aware that the President's March 31, 2026, Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections," ("Executive Order" or "Order") directs the Postmaster General to create a "Mail-In and Absentee Participation List" of individuals who are "enrolled" with the United States Postal Service ("USPS") and that it appears to prohibit USPS from delivering mail ballots of voters who are not on that list.

21. I am aware that USPS has issued a Final Rule at 39 CFR Part 111 titled "Ballot Mail for Federal Elections" to implement the Order. The Final Rule directs that states may provide to USPS a list of eligible voters to whom the state intends to provide a mail-in ballot, and that such a list (if provided by the state) must be submitted to USPS no fewer than 90 days before a federal election.

22. I am also aware that the Final Rule confirms that USPS will not deliver mail ballots to voters unless, at the time that an election worker provides the ballot to the postal service, a scan of the barcode on the ballot envelope pulls up the information of a voter on the Mail-In and Absentee Participation List. In other words, if a voter does not appear on the Mail-In and Absentee Participation List—which needs to be designed and implemented in mere weeks—they cannot receive a mail ballot under the Final Rule.

23. I have already seen how the Order, which the Rule implements, has confused voters as the midterm elections draw closer. At AARO's Annual General Meeting on April 16, 2026, during which I gave members an outline of the substance of the Executive Order, numerous members expressed concern and fear about how—or even if—they could vote under the Order. AARO members have asked questions about whether they will be able to cast ballots in the upcoming election. The Order and Final Rule have sown doubt among overseas citizens, many of whom already face significant hurdles and anxiety around ensuring they are properly registered and able to return a timely ballot.

24. Although the Final Rule purportedly does not apply to UOCAVA voters, the Final Rule will inevitably disenfranchise overseas American citizens, including AARO members. The Final Rule was issued 74 days ahead of the election. Many overseas voters, who often must make a plan to vote months in advance, are confused by the Final Rule and whether it applies to them. We have been asked if overseas voters should try to circumvent the USPS and instead send ballots through courier services, such as FedEx or UPS. Overseas voters will be confused about if and how they will be able to vote. This confusion is because the Order appears to apply to them, but the Final Rule purportedly does not. Given the time it takes for election mail to reach voters in some places—not to mention the time it takes to return ballots—each day lost to uncertainty jeopardizes an overseas American's ability to cast their vote.

25. Providing our members with accurate information on how to register to vote and return a ballot is central to our mission. Our members' greatest period of need is generally not on Election Day. It is the months leading up to Election Day, when they are registering to vote and requesting, receiving, and returning their mail ballots. In other words, right around now. The confusion created by the Final Rule, exacerbated by the USPS publishing the Final Rule so close

to the election, makes it exponentially harder to answer our members' questions and undermines our ability to provide correct information to our members on how to register and vote.

26. Further, the Final Rule creates additional burdens for overseas voters, including AARO members, in rectifying their confusion because of the challenges of communicating with election officials from different time zones abroad. For these voters, placing an international call to election offices to check on registration or ballot status or to simply get answers on how the rules have changed is prohibitively expensive or unfeasible with time differences. Nor can they easily rectify mail ballot issues or put aside confusion about their ability to vote by mail by voting in person stateside or by visiting a local election office; that would require the cost and time of travelling long distances. Many voters may be unable to overcome these hurdles or become so discouraged that they will not request and cast a ballot in time. The Final Rule directly harms our mission to ensure that our members register to vote and participate in the democratic process because it compounds the difficulties our members already experience with mail voting.

27. The Order and the Final Rule are likely to discourage voter participation by overseas Americans in other ways. AARO members often express concerns about the privacy of their information. The compilation of mail voter lists will deter some of them from registering or requesting ballots because of fears that their personally identifiable information will be mishandled, exposing them to potential data breaches. Such breaches could lead to fraudulent bank accounts, credit cards, or loans being applied for in their names, false claims for government benefits, or even identity theft for criminal purposes. These fears will deter AARO members, and overseas Americans more broadly, from requesting ballots and voting.

28. Additionally, overseas Americans struggle with maintaining motivation to vote in every election because the obstacles are significant. By casting doubt on whether votes cast by

overseas Americans will count at all, the Order and Final Rule perpetrate the perception that votes from overseas Americans aren't wanted. Many overseas voters will be discouraged from even trying to vote. The voting rate of overseas citizens is already so much lower than the voting rate of stateside citizens. The added doubts fostered by the Order and the Final Rule are very likely to drive the already low participation rates among overseas voters even lower. AARO would need to dedicate additional time and resources to try to prevent such dips in voter morale.

29. The Final Rule is likewise going to have a catastrophic impact on morale for AARO's volunteers. Volunteers already report that they are discouraged by the growing efforts to make it harder for Americans overseas to vote. The Executive Order and Final Rule reinforce those feelings. AARO is almost entirely dependent on volunteers; we only have one paid part-time staff member. The Order and Final Rule undermine our ability to carry out our core missions by decreasing volunteer participation.

30. AARO will have to divert significant resources to ensure that our website and educational materials accurately communicate to members the impact the Final Rule will have on them. AARO members depend on AARO to provide correct and current information about how to vote. Although USPS's Final Rule states that it excludes UOCAVA voters, AARO has to address member confusion through expensive and time-consuming outreach programs, which will only be compounded by the short timeframe ahead of the election.

31. In addition to updating the voter education materials, I anticipate that now that the Final Rule is published, citizens—members and non-members—will increasingly use the Ask an AARO Expat feature on the website to ask about whether and how they can vote. As voting questions are my responsibility, I will be tasked with answering each question that comes in. Because of the anticipated increased volume, I worry I will not have the capacity to answer each

person's questions, in addition to my other significant volunteer duties as AARO President and Chair of the Social Security and Medicare Committee. Because of limited organizational capacity and the lack of clarity from USPS as to how the Final Rule will be put into practice, questions will go unanswered, or will be answered without sufficient specificity. Confused voters, including AARO members, whose questions go unanswered may decide not to vote.

32. The Final Rule makes it particularly burdensome to update the voter information on our website because of the now exceedingly short timeline ahead of the 2026 midterm elections. I will need my Voting Committee co-chair and all three volunteers on the Voting Committee to work on this effort full-time, which is not feasible. This means that they would have to stop working on their other responsibilities—including encouraging Americans living abroad to register to vote and to vote, not to mention monitoring state and federal policies that could affect overseas voters—to help ensure that our information is accurate and being communicated to our members. Our one part-time staff member is currently unavailable under her part-time contract. This also means that I, as co-chair of the Voting Committee, will have to stop working on my other responsibilities—to the detriment of other issues affecting Americans abroad—to help ensure that our voting information is accurate and being communicated to our members. In other words, the Voting Committee co-chair, the members of the Voting Committee, and I need to significantly slow down our usual work, as outlined in this Declaration, to address the new rules and help overseas voters overcome confusion and disillusionment.

33. In the meantime, the uncertainty and confusion created by the Order and the Final Rule undermine our mission of educating members and other voters. Through social media, information we provide to other advocacy organizations, and voter registration events around Paris, we tell our members how to cast their ballots, how to ensure their ballots count, and what

the relevant deadlines are. Because of the late publishing of the Final Rule, we can only now start to communicate the information to our members. As a result, we believe that some will not know how to vote or become discouraged when their trusted source of election information is unable to help them, which will cause them to give up on voting in this year's election.

34. AARO conducts educational outreach for its members on how to register to vote and return their ballot—generally a mail-in ballot—while residing abroad. The Final Rule will force AARO to make inquiries with election boards across the country and redesign the material covered in AARO's educational materials to address new requirements under the Final Rule and the innumerable questions that overseas voters will have about the implementation of the Final Rule in various jurisdictions. This will require us to retrain volunteers.

35. AARO has members that cast ballots in over 45 states and provides information and services that are accessible to U.S. citizens eligible to vote in all 50 states, the District of Columbia, and the territories. Many of our 1,200 members are subject to the Order's requirements, and we cannot provide updated information to the users of our services because we do not know who is subject to which rules, or exactly what those rules are.

36. That USPS's Final Rule purports to exempt UOCAVA voters does not adequately alleviate these harms. The Final Rule outlines a rushed and unlawful plan to screen and refuse delivery of mail ballots that will almost certainly ensnare ballots destined for overseas voters, risking harm to our members. Overseas voters will undoubtedly be concerned that their ballots will not be transmitted, which will deter some from voting at all.

37. As a result, we have lost the ability to communicate clear and precise information to our members.

38. The Final Rule undermines AARO's core mission to protect the right to vote for Americans living overseas. Military and overseas voters, who need accommodations provided by laws like UOCAVA to vote from abroad, will be confused by the new processes and will feel even more fearful when returning their ballots. AARO would have to divert significant resources to communicate the policy changes imposed by the Order and Final Rule. Clearly foreseeable errors in a rushed implementation timeline and the serious confusion that the Order and Final Rule create will lead to the ballots of overseas Americans, including AARO members, going unrequested, undelivered, and uncounted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Doris Speer

Doris Speer

August 26, 2026

Date executed