# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-11549-IT |

**THIRD DECLARATION OF CELIA CANAVAN**

I am over the age of 18 and fully competent to make this declaration. Pursuant to 28 U.S.C. § 1746, I, Celia Canavan, declare the following under penalty of perjury:

**Personal Background**

1. I was born and raised in Brockton, Massachusetts. I have lived in Massachusetts all my life, except to attend college and work out-of-state for a few years.

2. I currently live in Plymouth, Massachusetts.

3. I have been a member of the League of Women Voters for over 2 years.

4. I have been the Executive Director of League of Women Voters of Massachusetts and League of Women Voters Lotte E. Scharfman Memorial Education Fund since 2024. I previously submitted declarations in the above-captioned case dated April 22, 2026 and July 20, 2026. This declaration includes new and additional information to supplement my previous declarations.

**League of Women Voters of Massachusetts**

5. League of Women Voters of Massachusetts and League of Women Voters Lotte E. Scharfman Memorial Education fund (collectively, "LWVMA") are the 501(c)(4) and (c)(3)

branches of the Massachusetts affiliate of the League of Women Voters ("LWV"). LWVMA is a nonpartisan, nonprofit political organization. League of Women Voters of Massachusetts advocates for issues integral to its mission but does not endorse political parties or candidates.

6. LWVMA is comprised of 44 local Leagues and approximately 3,000 members across the Commonwealth. All local League members are members of LWVMA. LWVMA members are members of LWV, as is LWVMA itself.

7. LWVMA's core mission is to empower all voters and strengthen democracy for all in Massachusetts. LWVMA seeks to achieve this mission through voter outreach, education, and registration, among other efforts. This voter outreach and education includes providing potential voters with information about how to vote by mail as a means to encourage them to vote.

8. LWVMA's core mission to empower voters and strengthen democracy is achieved when as many eligible voters as possible participate in elections.

9. In my role as Executive Director, I oversee four other paid staff at LWVMA, several paid interns, and hundreds of volunteers. I also supervise LWVMA's trainings for volunteers and local League leaders, and LWVMA's and local Leagues' voter outreach, registration, and engagement efforts across the Commonwealth. LWVMA staff and I are in constant communication with local League leaders to ensure that local Leagues have the resources they need to accomplish their missions, and to make sure all local Leagues comply with LWV's and LWVMA's requirements, including those enumerated in its bylaws.

10. LWVMA members volunteer their time in support of LWVMA's core mission of encouraging democratic participation. Among other efforts, the activities of these volunteers include running voter registration drives, where they help voters with registration and provide information about voting by mail; organizing and hosting candidate forums; and encouraging their communities to turn out to vote in every election.

11. In its over 100-year history, LWVMA and its members have developed significant institutional expertise in the voting procedures and laws that relate to voting in Massachusetts. As a longstanding and trusted source of essential information for prospective voters in Massachusetts, we work hard to make sure that any information LWVMA volunteers provide to the public is accurate and helps encourage participation in democracy through voting. Providing inaccurate or confusing information to the public dissuades electoral participation and discourages engagement with LWVMA in the future, thereby undermining our mission.

12. LWVMA has built a sterling reputation as a reliable nonpartisan resource for information about how to vote. We are cognizant that the trust we have built across the Commonwealth took over a century to build, but can be lost quickly. LWVMA works hard to ensure any piece of information it distributes is accurate and supports its mission of maximizing participation in democracy. Distributing inaccurate or confusing information would undermine the trust we have built and our mission.

13. A central part of LWVMA's voter outreach and education is maintaining and updating the Massachusetts-specific page of VOTE411.org (https://www.vote411.org/massachusetts), a nonpartisan voter-education platform run by LWV at the national level. LWVMA invests significant time and resources into ensuring that the platform is accurate, accessible, and simple to understand. This platform is relied on by hundreds of thousands of prospective voters in each major election. For example, approximately 192,000 people visited the Massachusetts VOTE411.org page during the 2024 election year.

14. Additionally, LWVMA and local Leagues run trainings for their members and volunteers so that they can provide accurate, accessible voter education and encourage voter participation, including about mail voting.

15. A core part of LWVMA's work is its voter education and encouragement efforts

focused on vote-by-mail and absentee voting. For example, LWVMA and its local Leagues held or participated in 386 events with hundreds of thousands of attendees in 2025. And in 2025, LWVMA and its local Leagues serviced approximately 2.6 million voters. LWVMA seeks to promote maximum political participation of individuals to strengthen each person's voice in democracy.

16. Vote-by-mail is an essential option for many prospective voters, especially those with disabilities or other health issues, making voting in-person very burdensome or impossible. Vote-by-mail is also a necessary option for other prospective voters with limited economic means impacting their ability to travel, professional responsibilities, caretaker responsibilities, or other life circumstances. It would be burdensome or impossible for many members to vote in person.

17. Voters increasingly rely on vote-by-mail in Massachusetts since the Commonwealth passed the VOTES Act, which implemented universal no-excuse vote-by-mail.

18. League of Women Voters of Massachusetts was involved in advocacy to promote the passage of the VOTES Act.

19. Once the VOTES Act was law, LWVMA began actively promoting vote-by-mail as an option for voters as part of all the voter education work we do.

20. Vote-by-mail in Massachusetts has greatly expanded since then. Since passage, between 34 to 62 percent of voters have voted by mail in statewide elections, as reported by the Secretary of the Commonwealth. *See* Secretary of the Commonwealth of Massachusetts, *Early & Mail Voting Statistics*, https://www.sec.state.ma.us/divisions/elections/research-and-statistics/early-voting-statistics.htm. This represents a significant increase from 2018, before the VOTES Act, when voters could only vote by mail if they had a qualifying excuse.

21. As part of its work to promote voting by mail, LWVMA dedicates an exclusive page on its VOTE411.org website to mail voting:

https://www.vote411.org/massachusetts#absentee-ballot-process. This includes instructions about how to vote by mail in Massachusetts, and a link to the application to request a mail ballot on the Secretary of the Commonwealth's website.

22. LWVMA conducts promotional social media campaigns for vote-by-mail during primary and general elections, and includes vote-by-mail information and deadlines in all printed materials during election years. LWVMA has also provided support at college registration drives to students both from the Commonwealth and out-of-state in applying for vote-by-mail to ensure maximized voter turnout. In 2026, LWV has been promoted as a partner at major Boston-area events in the lead up to the general election, where we had hoped to provide vote-by-mail education and application support to larger audiences from previous years. At a local level, reminders and guidance to apply for vote-by-mail are built into local Leagues' programming, including public service announcements at local libraries, town and municipal buildings, and at our candidate forums.

23. LWVMA is a largely volunteer-run organization. There are five paid staff including myself at LWVMA. We also hire paid interns each fall semester and summer. This past summer, we have hired two part-time interns: one primarily worked on VOTE411.org and social media, while the other will work on in-person voter outreach and engagement, including tabling at local community events. We rely on dues-paying members, philanthropic donations, and grants to pay staff and fund our resource-intensive voter education and outreach.

24. LWVMA's roughly 3,000 members include a significant number of members who are registered to vote and rely on vote-by-mail. I am personally aware of almost 200 members who plan to vote by mail in the 2026 federal elections. And I am aware that many of these individuals were born before 1978.

25. This includes members who vote by mail because it would be difficult, if not

impossible, to vote in-person, such as members with disabilities or who live overseas. This also includes members who rely on vote-by-mail because of how convenient it is.

**Impact of USPS Final Rule and Executive Order**

26. I am aware that the President's March 31, 2026, Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections" (the "Executive Order" or "EO") directs the United States Postal Service ("USPS") to refuse to deliver mail ballots of voters not on federally created lists.

27. I also understand that on August 21, 2026, USPS issued a final rule with immediate effect (the Rule or Final Rule) implementing Section 3 of the Executive Order, completing rulemaking for the November 3, 2026 election. This Final Rule amended the Mailing Standards of the United States Postal Service, Domestic Mail Manual, regarding the transmission of mail-in or absentee ballots for federal elections. *See* 39 CFR Part 111, Ballot Mail For Federal Elections. The result of the Final Rule is that the Post Office will be refuse to transmit or deliver mail ballots of voters that are not on state-specific lists provided by state officials and administered by USPS.

28. The Executive Order has already required LWV to develop and share educational content to explain the EO and how its impact voters. Now under the Final Rule, some voters' mail ballots may not be transmitted to them. Without an injunction of the Final Rule, we will have to educate voters about the risks of participating in a mail voting system given this change. We will need to educate members and voters about the risk that they may not receive mail ballots even if they are legally entitled to vote by mail under their state law. It is antithetical to our mission to discourage any kind of participation in the democratic process, but it would also undermine our mission if we encouraged voters to vote by mail who are then disenfranchised by the Final Rule, so we will need to explain this risk.

29. It is my understanding that under the Final Rule, the USPS will not transmit any Outbound Federal Ballot Mail unless the recipient of the ballot is listed in the new Federal Ballot Mail Portal that USPS has created. The required data about approved recipients must be submitted into the Federal Ballot Mail Portal by officials from the states prior to USPS accepting any Outbound Federal Ballot mailing for acceptance.

30. I am aware that implementation of the Final Rule will create a significant burden on state and local election officials in Massachusetts, in particular because there are 351 different local election officials responsible for running elections in Massachusetts who will need to coordinate to comply with the Final Rule.

31. I have faith in the Massachusetts election officials, including the Secretary of the Commonwealth. But in my experience with these officials, given the significant burden and the very limited time before the November midterm elections, I believe that there will likely mistakes in implementing these new system that will create a risk of disenfranchisement that will require the LWVMA to monitor this new system very closely and continually develop materials and messaging during this general election cycle to help keep voters and members informed.

32. Because implementation of the Final Rule will be completely new, LWVMA will not be able to rely upon all of its previously developed information about voting by mail processes in Massachusetts or current knowledge of staff or volunteers. LWVMA will need to refer potential voters to the Massachusetts Secretary of the Commonwealth for information about vote by mail process. LWVMA has never previously referred voters to any outside source like this and doing so will impact its reputation as a trusted source.

33. The Executive Order has already disrupted LWVMA's voter education and outreach regarding mail voting, which is a crucial component of Massachusetts elections and

LWVMA's core mission to achieve maximum voter participation. This is especially true now that USPS issued its Final Rule.

34. LWVMA is now required to address those disruptions to mail voting and the confusion they have already and are continuing to cause given that the Final Rule has now been issue as part of its ongoing work educating and encouraging prospective voters about vote-by-mail. LWVMA stopped actively disseminating any new voter-education materials about mail voting for a period of months because of uncertainty about how the EO will impact mail voting in Massachusetts. LWVMA has provided some limited information on mail voting through its VOTE411.org page, but that rollout has been much slower than we planned due.

35. Now, without an injunction of the Final Rule, LWVMA will need to overhaul the Massachusetts page of VOTE411.org, and will need to add information to explain the risks to voting by mail given the new process. We only have one staff member who leads our VOTE411.org work, so it will impose a burden on our ability to engage in other work to overhaul VOTE411.org.

36. My staff and I have already devoted significant time to fielding questions from concerned LWVMA members and local League leaders about the Executive Order. Even before the Final Rule was issued, LWVMA staff and volunteers were not comfortable with answering questions about vote-by-mail so I have taken on the task of answering all those questions. With the confusion and concerns that will be caused by the significant change from the Final Rule, LWVMA staff and volunteers will definitely not be comfortable addressing questions about voting by mail in the November general elections. I will therefore be required to continue to devote a significant amount of my time addressing these questions. This has taken away from and will increasingly take away from my ability to strategically lead the organization. I am now spending 5 to 15 hours per week answering mail voting questions at the expense of other

priorities to lead LWVMA, such as planning and hosting candidates forums, voter registration events and get-out-the-vote efforts. And I will continue to need to spend this much time addressing concerns about the Final Rule.

37. In addition, because of the strain on staff resources now and through the general election caused in part by the Executive Order and now the Final Rule, we are hiring an additional fall intern and paying them a stipend of $3,500. We have a limited budget, so to offset hiring this additional intern, we had to engaged in significant effort to raise additional funds to cover the costs of the additional intern. This effort could have been put for fundraising for additional programs other than more staff but for the need to have help with the managing providing information about the Executive Order and now the Final Rule.

38. With the midterms general election just a few months away, the disruption of the LWVMA's voter education and outreach mail voting is ongoing and has intensified as the election gets closer in time.

39. As part of its core mission to empower voters, LWVMA regularly conducts events for the public in which we offer voter registration opportunities and assistance and promote voter participation. At these events, we have previously encouraged voters to vote by mail. Our staff, members, and volunteers have received training to conduct those events. These individuals will all need to be trained again about the Final Rule if there is not an injunction of the Rule and will need to be trained to address the likely risks in voting by mail as a result of the processes per the Final Rule.

40. LWVMA and its local Leagues have planned in-person and virtual events for the upcoming federal elections that would incorporate education and encouragement about mail voting. We had to eliminate or scale back mail voting education as a component of these events. We have not been able to effectively answer questions about mail voting as these events,

including at least two recent events focused on voters over 55. Those include a high-visibility road race and a panel discussion at a law school. At the same race last year, we provided substantial information about mail voting, and it is the last major event where we can educate voters before the general election. Because of the Final Rule the timing of the event, we cannot provide the same amount of mail-voting information at the race this year. We would be able to include at least some information about vote by mail if there is an injunction of the Final Rule before the second week in September, by which time we need to print the materials for the high-visibility road race, which will be the last high visibility event before the November general election. To print these materials after the second week in September would require paying rush printing costs, which the LWVMA cannot afford.

41. We are planning for other social media campaigns, such as during voter education week, civic holidays, National Voter Registration Day, and get-out-the-vote campaigns in the coming weeks. Without an injunction of the Final Rule in Massachusetts, we will only be able to provide little, if any information, on mail voting in those campaigns.

42. Additionally, without an injunction of the Final Rule in Massachusetts, we be required to re-train local Leagues and volunteers about the steps required to vote by mail, and how to address voters' concerns that their mail ballot will not be delivered and counted. Having to retrain staff, members, and volunteers about the process for vote-by-mail will detract from our work on other LWVMA priorities, such as upcoming voter registration drives and planning candidate forums. This is especially true on the extremely short timeline before the November midterm. These are crucial months to educate voters and encourage them to vote by mail; LWVMA loses valuable time each day that we approach upcoming elections.

43. Some of LWVMA's events target populations for whom vote-by-mail is a particularly important option to ensure they can vote. As previously described, local Leagues

conduct outreach to student voters who reside at school but are registered to vote at their primary residence, and at events on and near college campuses. Local Leagues also host voter education events at communities with residents over 55, who often reply on vote-by-mail because of their health limitations. Because of the Final Rule LWVMA will be forced to overhaul the planning and training and focus of these events.

44. The Executive Order has already resulted in confusion about vote-by-mail that has discouraged some individuals, including members, from voting by mail. And now the Final Rule has caused further confusion and will continue to undermine faith in the process unless it is enjoined. Undermining voters' faith in the vote-by-mail process makes it more difficult for LWVMA to encourage some potential voters to participate in it at all. This has a chilling effect on the overall participation in elections, and has impeded and will continue to impede the LWVMA's core mission.

45. Some of LWVMA's events target populations for whom vote-by-mail is a particularly important option to ensure they can vote. As previously described, local Leagues conduct outreach to student voters who reside at school but are registered to vote at their primary residence, and at events on and near college campuses. Local Leagues also host voter education events at communities with residents over 55, who often rely on vote-by-mail because of their health limitations. Because of the Final Rule, LWVMA will be forced to overhaul the planning, training and focus of these events.

46. As a key proponent of the VOTES Act passed in 2022, LWVMA has been at the forefront of advocating for use of mail voting in recent elections, through print, social media, and in-person materials. Because of concerns about mail voting created by the Final Rule, we will be forced to scale back that voter outreach and education dramatically, undermining our mission of maximizing Bay Staters' participation in democracy. Instead, LWVMA will now continue

reemphasizing in-person voter education and protection efforts, but in-person voting does not work for many of our members and voters we serve.

47. VOTE411.org provides information and education about the process of voting by mail in Massachusetts. The information on this website is up to date as to the current vote-by-mail process in Massachusetts. *See* VOTE411.org, *Voting in My State: Massachusetts*, https://www.vote411.org/massachusetts.

48. Without an injunction of the Final Rule, we will need to significantly overhaul VOTE411.org to try to provide accurate, accessible information about mail voting to the best of our ability in just a few months before the midterm.

49. We will need to be very careful with these potential changes as we cannot risk encouraging people to vote through a process that may disenfranchise them. We will have to include some information about that risk and refer people with questions to the Secretary of the Commonwealth. Based on our collective decades of experience, my staff and I are confident that if we provide information about the vote-by-mail process that is contradicted or turns out to be inaccurate weeks before an election, the significant public trust we have built will be jeopardized.

50. Without an injunction of the Final Rule, our advocacy and outreach encouraging people to vote will be much less effective because the changes in the vote by mail process per the Final Rule will make them less likely to vote by mail, and in many circumstances this means individuals will be less likely to vote at all. This will impede our core mission of maximizing democratic participation more broadly.

51. We have already added a qualifier to printed materials that mail-voting information is accurate as of the day it was sent, decreasing the effectiveness of our education. We have held off on printing most materials that relate to mail voting, delaying substantial voter

education we had planned. Without an injunction of the Final Rule in Massachusetts, we would will have to overhaul and reprint materials including our voting planner, deadline handouts, and register-to-vote palm cards, among other things. The Massachusetts Secretary of the Commonwealth recommends sending in vote-by-mail applications by October 13th. To adequately educate voters by then, LWVMA should have already finalized and printed educational materials with vote-by-mail instructions. At this point in time, to make the changes necessary per the Final Rule, there will be further strain on our limited staff and financial resources to revise materials given that time is now very short before the November general election.

52. LWVMA has already diverted resources away from other planned work such as updating information on VOTE411.org about Massachusetts' nine ballot measures and petitions, as well as providing information and hosting candidate forums for. For example, my staff were planning a candidate forum for a competitive primary election. In my role, I was responsible for overseeing and supporting this crucial work, but as a direct result of the EO, I was unable to help on this project at all. Because I was unable to work on that candidate forum and other staff were stretched thin, we had to cancel it. I have been unable to support planning for any congressional candidate forums—which is a priority for LWVMA with multiple contested congressional races—in part because I have spent time working on our response to the Executive Order and trying to allay members' concerns about mail voting. Now with the Final Rule I will continue to be unable to support the planning for the candidate forums.

53. We now also do not have time to seek professional re-translation of Spanish language materials in response to the Final Rule. As a result, we are currently spending staff resources seeking pro bono assistance with Spanish language translation on short notice. Due to the technical language in our materials, we are concerned about the ability of a last-minute

pro bono translator to accurately translate these materials. We plan to provide materials to Spanish-speaking voters in furtherance of our core mission to maximize participation in elections.

54. Though we conduct voting outreach to all Bay Staters, our membership skews older compared to the general Massachusetts population. Many of our members are understandably concerned that physical disabilities, health concerns, or mobility challenges may mean they are disenfranchised if they are not able to successfully vote by mail.

55. After the VOTES Act was passed in 2022, local election officials in Massachusetts closed polling locations in nearly all corners of the Commonwealth, understanding that more voters would continue to rely on vote-by-mail. There are now fewer total polling locations in many areas in the Commonwealth. For example, Plymouth has closed a majority of its 14 polling places. Plymouth is not alone: According to notes taken by LWVMA members, Braintree went from 12 to 3 polling places, and Franklin went from 9 to 1. As a result, some LWVMA members have lost polling locations in their area and some now will have to drive many miles to vote in person. If those members cannot successfully vote by mail, it will be extremely difficult or impossible for them to vote in-person. We have been in conversation with partner organizations about monitoring these situations on Election Day.

56. I have also received outreach from LWVMA members specifically concerned about the presence of Immigrations and Customs Enforcement or other federal agents at the polls, and are fearful of voting in-person as a result. These members have expressed a strong preference for voting by mail to avoid this potential threat and some may not vote in-person at all because of fear of federal officials.

57. It takes significant time and resources for my staff and me to respond to these concerns from members and the public. This has detracted from our work on other LWVMA

priorities, such as assisting our local Leagues with registering voters and planning candidate forums. LWVMA does extensive work providing voter education and will need to devote significant resources to respond to inquiries related to the Final Rule. And the Final Rule will impede our core mission of providing clear information to the public to maximize democratic participation, by causing extensive voter fear and confusion.

58. Without an injunction of Final Rule in Massachusetts, the Final Rule would also impede the ability of LWVMA members to vote. I am personally aware of members for whom there is a substantial risk that they will not be able to vote in the upcoming November federal general election without a vote-by-mail option because of physical barriers to voting in-person, such as mobility-limiting disabilities or living overseas. I am also personally aware of LWVMA members whose right to vote will be significantly burdened if they cannot rely on the convenience of mail voting.

59. For example, I am personally aware of the following LWVMA members who face a substantial risk of not being to vote at all if they cannot vote by mail:

a. I am personally aware of one LWVMA member who is 93 years old, has very limited mobility, cannot stand for any period of time, and has limited hearing. She had voted by mail for the last few election cycles because of her physical limitations, and she is planning to vote by mail in this year's federal elections. She can safely drive only to locations she is very familiar with and has driven to before. She is not familiar with her polling locations and does not believe she would be able to drive to them. Given the challenges with her health and transportation, there is a substantial risk that she would not be able to vote in-person and, as such, would be disfranchised if vote-by-mail is not available to her.

b. I am personally aware of one LWVMA member who recently had a stroke, which

limited her mobility significantly. She has voted by mail in recent elections, and she is planning to vote by mail in this year's elections because of her health challenges. She is in her 80s. As a result of her stroke, she cannot stand for very long, and she is concerned that during the November 2026 general election there will be long lines at polling places. She is worried about her ability to physically get to a polling place and her ability to stand in line. Given her health challenges, there is a substantial risk that she would not be able to vote in person and, as such, would be disfranchised if vote-by-mail is not available to her.

c. I am personally aware of two LWVMA members with an autoimmune disease that can flare up. One member has voted by mail for the last few election cycles in part because of her concerns about her health. She is planning to vote by mail in this year's federal elections. If she has a flare-up of her autoimmune disease, she will not vote in person because of the risk to her health and her physical limitations during such a flare-up. Given her health challenges, there is a substantial risk that she would not be able to vote in-person and, as such, would be disfranchised if vote-by-mail is not available to her. And I am aware of a second member with cancer and an autoimmune disease. Similarly, sometimes her health is so poor she cannot leave the house. She needs to be able to vote by mail to ensure she can vote.

d. I am personally aware of two LWVMA members who typically travel abroad in October and November, and plan to be traveling abroad in October and November of 2026. They are planning to vote by mail this election cycle. If they are not present in the United States during the November 2026 election voting period, they will not be able to vote in-person and, as such, would be disfranchised if

vote-by-mail is not available.

e. I am personally aware of one LWMA member who is a teacher of graduate students, and pursuant to her job responsibilities, she has an obligation to be present and on campus. She also has younger children she must care for. She has voted by mail in recent elections because of these obligations and is planning to vote by mail in this year's federal elections. She will be burdened if she cannot vote by mail in this year's elections.

f. I am aware of one LWVMA member who lives in London, England. He is registered to vote in Massachusetts and plans to vote by mail from England in the upcoming general midterm election. He will not be in Massachusetts during the Midterm elections. He will only be able to vote by mail.

I, Celia Canavan, declare under penalty of perjury that the foregoing is true and correct.

Celia Canavan
Executive Director of League of Women Voters of Massachusetts

8/26/26

Date



17