# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-11549-IT |

**THIRD DECLARATION OF SUSAN DZIEDUSZYCKA-SUINAT, PRESIDENT AND CEO OF U.S. VOTE FOUNDATION**

Pursuant to 28 U.S.C. § 1746, I, Susan Dzieduszycka-Suinat, declare the following:

**Personal Background**

1. I am a United States citizen and over the age of eighteen.

2. I was born and raised in Ann Arbor, Michigan. I lived in California for 13 years before moving abroad.

3. I reside in Munich, Germany, where I have lived for approximately 30 years. Prior to Munich, I lived in Paris for four and a half years.

4. I am the founder, President, and CEO of U.S. Vote Foundation ("U.S. Vote"). I founded the organization 21 years ago. The organization was originally called Overseas Vote Foundation and changed its name to U.S. Vote Foundation in 2012. I previously submitted a declaration in the above-captioned case dated April 22, 2026, and again on July 20, 2026. This declaration includes information to supplement my prior declarations.

**U.S. Vote Foundation**

5. U.S. Vote is a civic technology and voter assistance organization dedicated to making it easier for all U.S. citizens to register to vote, request their ballots, and stay active in the electoral process. With a core mission to ensure that every U.S. citizen can participate in their democracy regardless of location, U.S. Vote serves as a vital resource for voters facing challenges due to their geographic circumstances. U.S. Vote provides information to voters who cast ballots in all 50 states and U.S. territories.

6. U.S. Vote's usvotefoundation.org website provides voter services and information to all voter types. U.S. Vote's Overseas Vote initiative focuses entirely on serving overseas and military voters. The Overseas Vote website, overseasvotefoundation.org, provides easy access to a comprehensive suite of nonpartisan voting tools, services, and election information for overseas citizens and military voters and their families who vote under the protections of the Uniformed and Overseas Citizens Absentee Voting Act ("UOCAVA").

7. The U.S. Vote website includes several programs that assist U.S. citizens, living in the United States and abroad, with requesting and casting mail ballots. It provides state-specific voting information for both domestic and UOCAVA voters; a frequently asked questions ("FAQs") list for domestic and UOCAVA voters; explanations of how voting processes, including the UOCAVA program, work; the requirements and deadlines for participation, and an interactive "Voter Journey Map" tool to help voters visualize the process and develop a checklist of voting actions. The website offers a range of embedded links, including links that take voters directly to voter registration forms, including voter registration and absentee ballot request forms for domestic and overseas voters. It also links directly to election official contact information specific to a voter's jurisdiction and provides their election dates and deadlines.

8. As part of its work to assist U.S. citizens in registering to vote and requesting their absentee ballots, the U.S. Vote website provides access to a guided, state-specific online process to complete and generate the federal voter registration form, as well as the Federal Post Card Application ("FPCA") and the Federal Write-In Absentee Ballot ("FWAB"). U.S. Vote also publishes blogposts to educate Americans on a number of topics; one of our blog posts on the 2026 midterm elections has garnered over 1 million views this year. On our Overseas Vote website, a blog post pertaining to how an overseas voter determines their voting state has been visited over 46,000 times, and our Overseas Voting Explainer has been visited over 113,000 times. Dedicated Overseas Vote website sections address other voting topics, including a Study Abroad and Vote Toolkit for American students abroad.

9. The U.S. Vote website also allows for any voter to create individual "Voter Accounts" to receive access to personalized information, including voters' election offices and their contact details, instructions to confirm their voter registration status, their state's election dates and deadlines, and tools that generate voting forms. Voters can opt to receive "Voter Alert" emails that provide personalized information about upcoming election dates and deadlines in their state. By creating a Voter Account, citizens have access to up-to-date information to ensure that they can vote by mail in every election—whether they vote domestically or from abroad.

10. The citizens we serve vote by mail under the laws of their home states subject to federal protections. Voting by mail is the only option for many of these voters under state law. For others, mail is the only practical option due to unreliable internet or fax machine access.

11. U.S. Vote also maintains a "Voter Help Desk" to provide individual, personalized answers to voting questions. The Voter Help Desk is valuable to both domestic and overseas and military voters, including many who are often unfamiliar with the mail and UOCAVA voting

processes. This is especially true for UOCAVA voters who must navigate tricky international mail processes without the ability to go to an election office and resolve issues in person. Questions to the Voter Help Desk increase in the months before federal elections, when we can receive thousands of questions each month.

12. U.S. Vote's Civic Data Products and System Services ("Civic Data") offers licensed access to data services for trustworthy, up-to-date, curated election data to other voter support organizations. U.S. Vote's Civic Data is managed and curated by our own data and research team. Our Civic Data includes detailed information for every state and territory on state-specific election dates and deadlines, state voter requirements, voting methods and options, and local election official and office contact information. Our data is not scraped or generated by artificial intelligence. It is based on original research on state laws and policies, requiring extensive and ongoing review, fact checking, and updates for thousands of election jurisdictions and states across the country.

13. The Civic Data service is a research backbone for prominent voter services organizations including Rock the Vote, Vote America, Vote.org, and Election Protection, among others. These organizations rely on us to provide up-to-date civic data that they can feed into their own applications and online services to transmit forward to millions of voters. When our ability to provide consistent, accurate, and updated election information is impaired, the impact is felt not only by the users of our own websites, but by the many users of voter outreach organizations across the country.

14. Considering the reach of the Civic Data Products and System Services program, we have an affirmative and ongoing duty to ensure that all of the data we provide to licensees is accurate. This is particularly true for data related to military and overseas voters. To my

knowledge, we are one of the only nonprofit, nonpartisan, nongovernmental organizations to offer civic data specific to overseas and military voters.

15. U.S. Vote primarily relies on income from Civic Data Products and System Services licensing fees to maintain our operations. It is essential to U.S. Vote's survival that this program continues to offer reliable, accurate data to its licensees.

16. In my position, I manage twelve highly specialized, trained staff and volunteers that assist in carrying out U.S. Vote's core mission. None are full-time employees. Staffers receive only a modest stipend for their hard work. In addition, we contract with a team of four to six information technology specialists to handle the technical element of U.S. Vote's websites. Our lean staffing means that in addition to my responsibilities as CEO, I am often working the frontlines, including editing materials on our website and helping to field questions from the Voter Help Desk.

17. Citizens living abroad face challenges registering to vote while overseas, including understanding requirements—which can appear confusing—for both registering to vote and casting a ballot. They are particularly vulnerable to lengthy mail delays, which can prevent eligible citizens from casting a ballot in a given election. Postal delays can affect the sending of registration forms, mail ballot applications, and mail ballots themselves. Overseas voters must take earlier action than domestic citizens and they still may miss election deadlines due to factors outside of their control. Americans overseas may also incur significant costs in sending applications and ballots to their election offices. Of those that are able to receive a ballot electronically, some are unable to return it because it must be printed and shipped, but they do not have printer access.

18. Further, Americans overseas often cannot communicate effectively with their home-jurisdiction election officials because they live in different time zones and they are unable

to visit their local election office. U.S. Vote often plays a middle-man role to facilitate these conversations. In such a situation, when a voter reaches out to our Voter Help Desk with a question that only their election official knows how best to answer, we handle communication with the official and relay the answer directly back to the voter.

19. U.S. Vote also serves American active-duty military members and their families. Military members living outside of the United States face additional hurdles to register and vote. For example, they may be deployed or need to relocate with short notice, possibly to a new country. They may be in locations or on missions that make it difficult to request and access a ballot efficiently. They need a straightforward and reliable process to vote.

**Impact of The President's Executive Order and USPS's Final Rule on U.S. Vote**

20. I am aware that the President's March 31, 2026, Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections" ("Executive Order" or "Order") directs the Postmaster General to create a "Mail-In and Absentee Participation List" of individuals who are "enrolled" with the United States Postal Service ("USPS") and mandates that USPS cannot deliver mail ballots of voters who are not on that list.

21. I am aware that USPS has implemented the Order through a Final Rule at 39 CFR Part 111 titled "Ballot Mail for Federal Elections." The Final Rule confirms that USPS will not deliver mail ballots to voters unless, at the time that an election worker provides the ballot to the post office, a scan of the barcode on the ballot envelope pulls up the information of a voter on the state's Mail-In and Absentee Participation List. In other words, if a voter does not appear on the Mail-In and Absentee Participation List—which needs to be designed and implemented in mere weeks—they cannot receive a mail ballot under the Final Rule.

22. I am aware that the Final Rule also directs that states may provide to USPS a list of eligible voters to whom the state intends to provide a mail-in ballot, and that such a list (if provided by the state) must be submitted to USPS no fewer than 90 days before a federal election.

23. The Final Rule is clear that USPS intends to screen and then refuse to deliver certain mail ballots, thereby significantly altering the mail voting procedures established by states and Congress. The Final Rule stands to disenfranchise untold numbers of American citizens whom the U.S. Vote Foundation serves.

24. Overseas Americans vote overwhelmingly by mail and cannot rectify mail ballot issues by voting in person stateside or by visiting a local election office to cure a defect. Although the Final Rule purports to exempt UOCAVA voters from the requirement of being on the Mail-In and Absentee Participation List, the publication of the Final Rule only 74 days ahead of the election creates confusion for overseas and military voters. Some will mistakenly believe they cannot vote by mail if they are not on their states' lists or otherwise believe they can no longer cast a mail ballot. Rectifying this confusion for all the overseas and military voters who rely on us will take far more time and money than we have, especially since the election is so close.

25. Thus, the Order and Final Rule directly harm our mission to ensure that every U.S. citizen, domestic and abroad, can and does vote.

26. Because of the Order and Final Rule, U.S. Vote now has to address widespread voter confusion by updating our resources and messaging for voters stateside and abroad. Domestic voters in all 50 states are now at risk of not receiving their mail ballots as states and USPS rush to implement entirely new procedures and create previously nonexistent lists, mainly the Mail-In and Absentee Participation List. Moreover, USPS's rushed and unlawful plan to screen

and refuse delivery of mail ballots will undoubtedly ensnare ballots destined for overseas voters, risking harm to service members, their families, and other Americans voting from abroad.

27. The Order and Final Rule are likely to discourage voter participation among Americans, especially overseas Americans, in other ways as well. For example, many overseas Americans live in countries with stringent data privacy laws and have strong feelings about the protection of their own data. The Final Rule's new lists present a major concern for such voters by casting doubt about how their data will be handled and will deter some of them from voting because of fears that their data may appear on centralized lists.

28. Additionally, overseas Americans struggle with maintaining motivation to vote in every election because the obstacles are significant. By casting doubt on the availability of mail ballots and whether mail ballots cast by overseas Americans will count at all, the Order and Final Rule compound the perception that votes from overseas Americans aren't wanted. Many overseas voters will be deterred from even trying to vote because they think there is no use. U.S. Vote will need to dedicate additional time and resources to preventing such dips in voter morale as a result of the Order and Final Rule.

29. The Order and Final Rule create significant uncertainty and confusion for U.S. Vote and the populations we serve.

30. Providing accurate information to U.S. citizens about how they can vote is core to our mission. The confusion created by the Order and Final Rule harms our ability to provide correct information to overseas and domestic voters and undermines our ability to encourage voter participation.

31. Due to the Order and Final Rule, U.S. Vote has decided not to encourage mail voting because we cannot risk providing inaccurate information. In prior election years, for

instance, under our "This Is My Polling Place" campaign, we shared on social media photos of Americans showing where they would be when they fill out and cast their ballots—whether at a kitchen table, a hammock, or a mailbox—to encourage voting by mail. We have decided not to run that campaign this year. Similarly, we launched a campaign on "250 Reasons to Vote" in celebration of our nation's 250th anniversary. But we are not accompanying the campaign with information on how to vote by mail. Nor have we sent routine communications like blog posts and membership emails that encourage members to vote by mail. As the November 2026 election draws closer, we lose opportunities to educate members about mail voting and encourage voters to vote by mail.

32. The Final Rule is forcing U.S. Vote to modify the resources that serve domestic voters to encourage them to vote in person, rather than by mail.

33. U.S. Vote will have to expend significant resources updating the information about voting by mail through Civic Data and our websites. Our websites and Voter Journey Map tool pull selected information from our Civic Data databases. Across both Civic Data and the website, we would need to make sure the state-by-state guides for all states and territories, Voter Alerts, blogposts, personalized Voter Account dashboards, dedicated webpages based on voter types, the FAQs pages, and the interactive Voter Journey Map are updated and accurate. Manually updating our many online and communications products—for all 50 states and the territories—is expensive and labor intensive. In my estimation, the cost of revising these data, forms, and processes will be approximately $50,000 in contractor and website fees, and will take several months. As our Civic Data reaches millions of stateside voters through the partner organizations who rely on and distribute the information we research and provide, there cannot be mistakes in what we publish.

34. U.S. Vote will need to expend resources to increase communications beyond our website and its tools, including social media platforms and Voter Alerts, to maximize the number of voters we can inform about how the Final Rule affects their ability to vote by mail. Such communications are necessary to manage the confusion around these new processes. However, it would be beyond our budget to communicate as broadly as would be needed. Many of the voters we serve will be left not knowing if they can still vote by mail or if they need to take any new steps to do so.

35. In addition to revising our website material, we will need to take some of our tools, like the Voter Journey Map, offline until we are absolutely sure that our Civic Data and election information is correct and the interactive checklists are properly updated. Pulling these resources for any period of time harms the thousands of voters who rely on them.

36. We will also have to expend resources to retrain Voter Help Desk staff so that they can answer questions about how the Final Rule impacts voters. And those Voter Help Desk staffers will have to devote additional resources to fielding questions from confused citizens about how the Final Rule will impact their ability to cast a ballot in the upcoming midterm elections. For example, if the Order is implemented, we anticipate a flood of voter inquiries as to how voters can confirm whether they are on the Mail-In and Absentee Participation List for their states. Some voters will not try to vote if they cannot confirm this.

37. Expending resources to educate overseas and stateside Americans on the policy changes required by the Order and Final Rule will necessarily divert resources away from U.S. Vote's other core activities and initiatives, including, for example, our Vote in Honor of a Veteran program launch, our Voter Journey Map distribution program, our blog and explainer-writing, our

social media efforts, and election-year voter education events and outreach, including National Voter Registration Day in September.

38. The Order and Final Rule are impeding U.S. Vote's core mission by blocking American voters from casting mail ballots that count. The Order and Final Rule discourage Americans at home, overseas, and in the military from participating in our democracy, undermine U.S. Vote's ability to provide timely and accurate information to all voters as to how they can vote, and cause the diversion of significant U.S. Vote resources, human and financial, to communicate the policy changes to voters casting ballots in all states and territories in our nation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Susan Dzieduszycka-Suinat

August 26, 2026
Date executed