# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-11549-IT |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Extend the Scheduling Order, the Court finds that there is good cause for an extension. Therefore, it is hereby:

**ORDERED** that the Joint Motion to Extend the Scheduling Order is **GRANTED**; and

**ORDERED** that the initial scheduling conference is adjourned until _____________, at __:__ AM/PM.

**ORDERED** that all deadlines associated with the initial scheduling conference, including the submission of a joint statement in advance of the conference, shall be extended accordingly.

**SO ORDERED.**

Dated: _________________, 2026

___________________________
Hon. Indira Talwani
United States District Judge