UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants,

and

STATE OF MISSOURI, et al.,

Intervenor-Defendants.

Civil Action No. 1:26-cv-11549-IT

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

UNITED STATES POSTAL SERVICE, et al.,

Defendants.

Civil Action No. 1:26-cv-13917-IT

ORDER

August 26, 2026

TALWANI, D.J.

On review of the Emergency Motions for a Temporary Restraining Order and Preliminary Injunction [Doc. No. 206] in League of Women Voters of Massachusetts v. Trump, 26-cv-11549, and the Motion for a Temporary Restraining Order, Emergency Stay, and Expedited Preliminary

Injunction and Stay [Doc. No. 3] in California v. U.S. Postal Serv., 26-cv-13917, the court joins for briefing the requests for a temporary restraining order and for briefing and hearing the requests for a preliminary injunction and stay pursuant to Federal Rule of Civil Procedure 42(a)(1). The court adopts the following briefing schedule and hearing schedule:

| **Event** | **Deadline** |
|---|---|
| Defendants' separate or combined Opposition to the pending request for a temporary restraining order and stay | August 27, 2026, at noon EDT |
| Intervenor-Defendants' Opposition to the League of Women Voters' motion for preliminary injunction | August 27, 2026, at noon EDT |
| Defendants' separate or combined Opposition to the pending motions for preliminary injunction and stay | August 29, 2026, at 11 p.m. EDT |
| Intervenor-Defendants' Opposition to the League of Women Voters' motion for preliminary injunction | August 29, 2026, at 11 p.m. EDT |
| Plaintiffs' Reply briefs | August 31, 2026, at 11 p.m. EDT |

If Defendants file a Combined Opposition, it shall include the caption of both cases and be filed on the docket of both cases. A hearing on the motions for a preliminary injunction and stay will be held on September 3, 2026, at 9:00 a.m. in Courtroom 9.

Where counsel for Defendants in California v. U.S. Postal Serv., 26-cv-13917, have not yet filed a Notice of Appearance, Plaintiff States' counsel shall serve a copy of this Order on Defendants' counsel.

IT IS SO ORDERED.

August 26, 2026

/s/ Indira Talwani
United States District Judge