**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-11549-IT |

**NOTICE OF APPEAL**

Please take notice that all United States government Defendants (Donald J. Trump, United States Postal Service, United States Postal Service Board of Governors, David Steiner, Douglas A. Tolino, Amber F. McReynolds, Derek T. Kan, Ronald A. Stroman, Daniel M. Tangherlini, United States Department of Homeland Security, Markwayne Mullin, Social Security Administration, Frank Bisignano, U.S. Citizenship and Immigration Services, Joseph B. Edlow) hereby appeal to the United States Court of Appeals for the First Circuit from this Court's Order dated August 27, 2026, ECF No. 218.

Dated: August 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ Michael S. Polito
STEPHEN M. PEZZI
Chief Litigation Counsel (FL Bar 1041279)
MICHAEL S. POLITO
Trial Attorney (DC Bar 90041172)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 288-5180
E-mail: michael.s.polito@usdoj.gov

*Counsel for Defendants*