**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: League of Women Voters of Massachusetts et al v. Trump et al

District Court Number: 26cv11549-IT

Fee: Paid? Yes ____ No ____ Government filer X *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes X No ____
*If yes, document #* 206

Sealed documents Yes ____ No X
*If yes, document #* ____

*Ex parte* documents Yes ____ No X
*If yes, document #* ____

Transcripts Yes X No ____
*If yes, document #* 155,181

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent X Other: ____

Appeal from:

#218 Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#218 and #221

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 221 filed on August 28, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 28, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**