**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:26-cv-11549-IT

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

UNITED STATES POSTAL SERVICE, *et al.*,

Defendants.

Case No. 1:26-cv-13917-IT

**FEDERAL DEFENDANTS' UNOPPOSED MOTION**
**FOR LEAVE TO FILE FIVE EXCESS PAGES**

Federal Defendants respectfully request leave to file one combined brief, with five excess pages, in Opposition to Plaintiffs' Motions for a Preliminary Injunction. As good cause for this request, which Plaintiffs do not oppose, Federal Defendants offer the following:

1. Defendants expect that their forthcoming Opposition to Plaintiffs' Motions for a Preliminary Injunction (due tonight) will be approximately twenty-three to twenty-five pages in length. Because Local Rule 7.1(b)(4) limits memoranda in support of or in opposition to motions to twenty pages without leave of the Court, Defendants respectfully request leave to file in excess of this page limit.

2. Good cause exists for extending the page limitation. Plaintiffs have filed separate (and overlength) Motions for a Preliminary Injunction, and although both Motions raise some identical arguments, they also raise several different arguments. As already contemplated by the Court's scheduling order (No. 1:26-cv-11549-IT, ECF 212), Defendants intend to file one combined response to these Motions rather than separate responses—but in doing so, request these additional pages to adequately address the issues.

3. Defendants have conferred with Plaintiffs and Plaintiff-Intervenors regarding this motion, and they are not opposed to the relief requested.

## CONCLUSION

For these reasons, Defendants respectfully request that the Court grant them leave to file a combined Opposition to Plaintiffs' Motions for a Preliminary Injunction, not to exceed 25 pages.

Dated: August 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Michael S. Polito
STEPHEN M. PEZZI
Chief Litigation Counsel (FL Bar 1041279)
MICHAEL S. POLITO
Trial Attorney (DC Bar 90041172)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 288-5180
E-mail: michael.s.polito@usdoj.gov