**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-11549-IT |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY OF TEN PAGES**

Pursuant to Local Rule 7.1, Plaintiffs League of Women Voters of Massachusetts, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of the United States, League of Women Voters Education Fund, Association of Americans Resident Overseas, U.S. Vote Foundation, OCA-Asian Pacific American Advocates, and Delta Sigma Theta Sorority, Inc. (*League* Plaintiffs), respectfully move for leave to file a reply brief in support of their motion for preliminary injunction (Dkt. No. 206) not to exceed 10 pages in length.

On August 26, 2026, Plaintiffs filed their Supplemental Complaint (Dkt. No. 205) and Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 206), as well as supporting memorandum and declarations (Dkt. Nos. 207, 208). That same day, this Court set a briefing schedule on the pending motion, including allowing Plaintiffs to file a reply in support of their motion for preliminary injunction by 11:00 p.m. on August 31, 2026 (Dkt. No. 212).

To fully address both Defendants' and Intervenors' arguments in opposition, Plaintiffs now seek leave to file a reply brief of no more than 10 pages in length. Plaintiffs have conferred with

counsel for Defendants and Intervenor-Defendants, who consent to the relief requested in this motion.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Suzanne Schlossberg*

Jessie J. Rossman (BBO #670685)
Suzanne Schlossberg (BBO #703914)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
sschlossberg@aclum.org

Eliza Sweren-Becker*
Wendy Weiser*
Andrew B. Garber*
BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
sweren-beckere@brennan.law.nyu.edu
weiserw@brennan.law.nyu.edu
garbera@brennan.law.nyu.edu

Justin Lam*
BRENNAN CENTER FOR JUSTICE AT NYU
SCHOOL OF LAW
777 6th St. NW, Ste. 1100
Washington, DC 20001
(202) 249-7190
lamju@brennan.law.nyu.edu

Leah C. Aden*
Brenda Wright*
John S. Cusick*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org

Sophia Lin Lakin*
Theresa J. Lee*
Davin Rosborough*
Ethan Herenstein*
Jonathan Topaz*
Ming Cheung*
William Hughes*
Clayton Pierce*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
slakin@aclu.org
tlee@aclu.org
drosborough@aclu.org
eherenstein@aclu.org
jtopaz@aclu.org
mcheung@aclu.org
whughes@aclu.org
cpierce@aclu.org

Sarah Brannon*
Adriel I. Cepeda Derieux*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
(202) 457-0800
sbrannon@aclu.org
acepedaderieux@aclu.org

Niyati Shah*
Noah Baron*
Ejaz Baluch, Jr.*
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC

bwright@naacpldf.org
jcusick@naacpldf.org

I. Sara Rohani*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
srohani@naacpldf.org

1620 L Street NW, Suite 1050
Washington, DC 20036
(202) 296-2300
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org
ebaluch@advancingjustice-aajc.org

Miranda Galindo*
LATINO JUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
mgalindo@latinojustice.org

*Admitted pro hac vice

*Counsel for Plaintiffs League of Women Voters of Massachusetts, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of the United States, League of Women Voters Education Fund, Association of Americans Resident Overseas, U.S. Vote Foundation, OCA-Asian Pacific American Advocates, and Delta Sigma Theta Sorority, Inc.*

**STATEMENT PURSUANT TO RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), I certify that counsel for Plaintiffs have conferred with counsel for Defendants and Defendant Intervenors about this motion, and they consent to the relief requested.

August 31, 2026

/s/*Suzanne Schlossberg*
Suzanne Schlossberg

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026 true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

August 31, 2026

/s/*Suzanne Schlossberg*
Suzanne Schlossberg