**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 26-cv-11581-IT |
| DONALD J. TRUMP, et al., | ) | |
| Defendants | ) | |

NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for *Amicus Curiae* Lawyers for the Rule of Law ("LFRL")in the above-captioned matter.

Dated: August 31, 2026 Respectfully submitted,

*Amicus Curiae* Lawyers for the Rule of Law

By its attorney,

*/s/ Tracy A. Miner*
Tracy A. Miner, BBO No. 547137
tminer@msdefenders.com
MS Defenders LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel. (617) 202-5890

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for the government on August 31, 2026.

*/s/ Tracy A. Miner*
Tracy A. Miner