**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | ) | No. 26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | ) | No. 26-cv-11581-IT |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3, I, Tracy A. Miner, a member of the bar of this Court and counsel of record for *Amicus Curiae* Lawyers for the Rule of Law ("LFRL"), hereby respectfully move for the admission pro hac vice of Jon May, a member of the bar of Florida, to serve as co-counsel for Amicus Curiae Lawyers for the Rule of Law in these consolidated matters.

As set forth in the accompanying certification, Jon May (1) is a member in good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Jon May pro hac vice to the bar of this Court.

Respectfully submitted,

/s/ Tracy A. Miner
Tracy A. Miner
MS Defenders LLP
101 Federal Street, Suite 650
Boston, Massachusetts 02110
tminer@msdefenders.com
(617) 202-5890

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Tracy A. Miner
Tracy A. Miner
MS Defenders LLP
101 Federal Street, Suite 650
Boston, Massachusetts 02110
tminer@msdefenders.com
(617) 202-5890

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 26-cv-11581-IT |

**CERTIFICATE OF JON MAY**

In support of my application for admission *pro hac vice* in these consolidated matters, I, Jon May, hereby certify that:

1. I am co-counsel for Amicus Curiae Lawyers for the Rule of Law ("LFRL").

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in all of the Florida District Courts, the United States Court of Appeals in the Eleventh Circuit and the United States Supreme Court.

3. I am not and have never been the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had pro hac vice admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

August 29, 2026

/s/ Jon May

Jon May ( Florida Bar # 276571)
PO Box 97006
Boca Raton, FL 33497
(954) 439-6500
jonmay@jonmaycriminaldefense.com