**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | No. 26-cv-11581-IT |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3, I, Tracy A. Miner, a member of the bar of this Court and counsel of record for *Amicus Curiae* Lawyers for the Rule of Law ("LFRL"), hereby respectfully move for the admission pro hac vice of Daniel Arshack, a member of the Bar of New York, to serve as counsel for Amicus Curiae Lawyers for the Rule of Law in these consolidated matters.

As set forth in the accompanying certification, Daniel Arshack (1) is a member in good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) is not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Daniel Arshack pro hac vice to the bar of this Court.

Respectfully submitted,

/s/ Tracy A. Miner
Tracy A. Miner (BBO 547137)
MS Defenders LLP
101 Federal Street, Suite 650
Boston, Massachusetts 02110
tminer@msdefenders.com
(617) 202-5890

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Tracy A. Miner
Tracy A. Miner (BBO 547137)
MS Defenders LLP
101 Federal Street, Suite 650
Boston, Massachusetts 02110
tminer@msdefenders.com
(617) 202-5890

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | ) | No. 26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | ) | No. 26-cv-11581-IT |

**CERTIFICATE OF DANIEL ARSHACK**

In support of my application for admission *pro hac vice* in these consolidated matters, I, Daniel Arshack, hereby certify that:

1. I am Counsel for Amicus Curiae Lawyers for the Rule of Law ("LFRL").

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the all of the New York Federal District Courts, the United States Court of Appeals Second Circuit and the United States Supreme Court.

3. I am not and have never been the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had pro hac vice admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

6. I have sought and received the consent to this application from the lead counsel for the Defendants in these consolidated matters.

I hereby certify under penalty of perjury that the foregoing is true and correct.

August 29, 2026

/s/ Daniel N. Arshack

Daniel N. Arshack (New York Bar #2259059)
Arshack, Hajek & Lehrman
5 Columbus Circle Suite 1501
NY, NY 10019

212-582-6500
Dan@lawAHL.com