**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:26-cv-11549-IT

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

UNITED STATES POSTAL SERVICE, *et al.*,

Defendants.

Case No. 1:26-cv-13917-IT

# NOTICE

Federal Defendants in the above-captioned matters respectfully submit the following notice regarding recent developments in this matter:

The Postal Service has now submitted to the Federal Register a notice of a new system of records and response to comments. The document is now available for public inspection at https://www.federalregister.gov/public-inspection/2026-17986/privacy-act-systems-of-records, and is scheduled to be published in the Federal Register on September 1, 2026.

This new General Privacy Act System of Records ("SOR") follows the Postal Service's publication of the Final Rule amending the Mailing Standards of the United States Postal Service,

Domestic Mail Manual (DMM), regarding the transmission of mail-in or absentee ballots for federal elections. *See* U.S. Postal Service, *Ballot Mail for Federal Elections*, 91 Fed. Reg. 54966 (August 26, 2026). The proposed SOR update was originally published in the Federal Register on July 17, 2026, and was scheduled to be effective without further notice on the latest of: (1) 30 days from the publication date of the notice, if no comments were received; (2) the publication date of the Postal Service's responses to comments received (which would under no circumstances be published prior to 30 days from the publication date of the notice); or (3) the effective date of any final rule amending the DMM with respect to ballots for federal elections. *See* Defs.' Notice (July 16, 2026), *LWVMA* ECF No. 168. As comments were received, and consistent with (2) above, the SOR will be effective upon publication of the Postal Service's responses to those comments.

As explained in Defendants' Notice of Compliance, *LWVMA* ECF No. 227; *California* ECF No. 57; *see also* Order Denying Stay Pending Appeal, *LWVMA* ECF No. 242, this Court's temporary restraining order allows for use of the Federal Ballot Mail Portal for certain purposes on a voluntary basis, and thus also allows publication of this SOR in connection with that effort. The SOR does not alter the DMM, it simply provides public notice about how information regarding federal ballot mail collected pursuant to the DMM provisions—including information voluntarily provided by States while this Court's temporary restraining order is in effect—will be handled under the Privacy Act.

Dated: August 31, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Chief Litigation Counsel (FL Bar 1041279)
MICHAEL S. POLITO
Trial Attorney (DC Bar 90041172)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov