FILED
IN CLERKS OFFICE
2026 AUG 31 P 12:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al.,**
Plaintiffs,

v.

**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**
Defendants,

and

**STATE OF MISSOURI, et al.,**
Intervenor-Defendants.

Civil Action No. 1:26-cv-11549-IT

---

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**

Upon consideration of Brandon Michael Hayes's **Motion for Leave to File Brief as Amicus Curiae**, the Motion is hereby **GRANTED**.

Brandon Michael Hayes is granted leave to file the proposed **Brief of Amicus Curiae Brandon Michael Hayes, President, Natural Law Institute, Regarding the Constitutional Floor of Deprivation, the Distinction Between the Franchise and Voting Mechanisms, Verification, and Article III Sequencing.**

The Clerk is directed to docket the proposed amicus brief submitted with the Motion.

SO ORDERED.

Dated: ____________________, 2026

---

**INDIRA TALWANI**
United States District Judge