**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-13917-IT |

**[PROPOSED] ORDER**

Upon consideration of the Motion of National Security Leaders for America for Leave to File *Amicus Curiae* Brief in Support of Plaintiffs' Motions for Preliminary Injunction, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the proposed *Amicus* Brief shall be accepted for filing.

**SO ORDERED.**

Dated: ____________________

______________________________________
Hon. Indira Talwani
United States District Judge