**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number: 26cv11549-IT
USCA Docket Number: (26-1944)(26-1988)(26-1989)

League of Women Voters of Massachusetts et al

v.

Donald J. Trump et al

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents X electronic documents:

**Main Documents:**

Document Numbers: ECF No. 242 Electronic Order

**Other Documents:**

Sealed Records:

Document Numbers: ______________________

*Ex parte* Records:

Document Numbers: ______________________

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 31, 2026.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: ______________.

______________________
Deputy Clerk, US Court of Appeals