**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-11549-IT |

**DECLARATION OF SOPHIA LIN LAKIN IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Sophia Lin Lakin, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1. I am the Director of the American Civil Liberties Union's Voting Rights Project, which is part of the team representing Plaintiffs in the above-captioned action. I am fully familiar with the facts and circumstances set forth herein and make this Declaration in Support of Plaintiffs' Reply in Support of Plaintiffs' Motion for Preliminary Injunction.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Fourth Declaration of Celina W. Stewart, Chief Executive Officer of the League of Women Voters, executed on August 31, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

August 31, 2026

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

August 31, 2026

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin