# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-11549-IT |

**FOURTH DECLARATION OF CELINA W. STEWART**

I am over the age of 18 and fully competent to make this declaration. Pursuant to 28 U.S.C. § 1746, I, Celina W. Stewart, Esq., declare the following under penalty of perjury:

**<u>Personal Background</u>**

1. I am the Chief Executive Officer of the League of Women Voters. I took this position starting in August 2024. I have been employed by the League of Women Voters of the United States since 2018. I previously submitted declarations in the above-captioned case dated April 21, 2026, July 20, 2026, and August 26, 2026. This declaration includes new and additional information to supplement my previous declarations.

2. LWV's members include registered voters who are eligible to vote by mail in their states, have voted by mail in the past, and plan to vote by mail in the future. This includes members who are older than 65, have health concerns or disabilities that make it difficult to vote in person, and other reasons that require them to vote by mail.

**Final Rule From USPS and Executive Order**

3. I understand that on August 21, 2026, USPS issued a final rule with immediate effect (the Rule or Final Rule) implementing Section 3 of the President's March 31, 2026 Executive Order, "Ensuring Citizenship Verification and Integrity in Federal Elections," (the "Executive Order" or "EO"), that prohibits USPS from delivering mail ballots to voters unless they are exact matches for voters sent to USPS by the states.

4. Under the Final Rule, some voters' mail ballots will not be transmitted to them, and vote by mail maybe a less reliable method of voting in some states. Without a preliminary injunction of the Final Rule, we will have to educate voters about the risks of participating in a mail voting system given this change including about the risk that they may not receive mail ballots even if they are legally entitled to vote by mail under their state law, making the League's voter participation efforts less successful.

5. Without an injunction, the Final Rule will also harm LWV by disenfranchising our members across the country who rely on vote-by-mail. Some of our members are over the age of 65, have disabilities, live overseas, or have life or economic circumstances and responsibilities that require them to vote by mail.

6. Based on the League's understanding and years of experience, the burdens and shortness of time before the November 3, 2026 elections mean that despite their best efforts some states will face significant challenges in complying with the Final Rule at all in some cases and effectively in many cases. We believe there will be mistakes and as a result some voters mail ballots will not be transmitted to them, and vote by mail may be a less reliable method of voting in some states. We, therefore, believe that these last-minute processes changes create a significant imminent risk to our members and other eligible voters that they will be

disenfranchised.

7. In particular, we are concerned about voters in states that have all mail voting elections, including our 7,234 members in California, 3,175 members in Washington, 2,334 members in Colorado, 1,593 members in Oregon, and 766 members Utah.

8. For example, the League of Women Voters of Utah ("LWVUT") has already expressed that the Final Rule is especially concerning for its members because mail voting is the primary method of voting in Utah. It is not clear if Utah will be able to comply fully with the Final Rule. Most of the LWVUT members rely on mail voting and it is not clear if there will be a feasible an option to vote in-person. There is a significant imminent risk that LWVUT members and other eligible voters in Utah will be disenfranchised.

9. Additionally, I understand that Harris County, Texas election officials have stated that they cannot operationalize the President's executive order by the November elections. Now that USPS has carried out many of the EO's requirements in issuing the Final Rule, including with respect to USPS' role in sending out mail ballots, I understand that the Final Rule is also likely to be unworkable for Harris County for the upcoming 2026 elections. As a result, LWV TX has members who face a substantial imminent risk of being disenfranchised because they must vote by mail and reside in Harris County, which will not able to comply the USPS rule in whole or part.

10. The League of Women Voter of Texas has 3,715 members and almost 600 members as part of the Harris County League, including Bay Area, Cy-Fair and Harris.

I, Celina W. Stewart, Esq., declare under penalty of perjury that the foregoing is true and correct.

Celina W. Stewart, Esq.
Chief Executive Officer
League of Women Voter

8-31-2026

Date