**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | ) | No. 26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | ) | No. 26-cv-11581-IT |

**CONSENTED TO MOTION FOR LEAVE TO FILE BRIEF**
**AS *AMICUS CURIAE* OF**
**THE LAWYERS FOR THE RULE OF LAW**

The Lawyers for the Rule of Law ("LFRL"), through its undersigned counsel, respectfully requests leave of Court to file the attached *amicus curiae* brief in support of the Plaintiffs' Motions for Temporary Restraining Order, Preliminary Injunction and Summary Judgment in the coordinated cases and in response to the pending Motions for a Stay. In support of its Motion, LFRL states as follows:[1]

[1] The undersigned had intended and was prepared to file this application, the attached proposed brief and proposed order on August 31. However, due to a nationwide disruption of Microsoft 365 and Microsoft Outlook our internet capability was fully disrupted.

1. Proposed *amicus* LFRL is a not-for- profit comprised of over 300 pro-bono lawyers, spread across the nation, whose non-partisan mission is to support United States institutions according to the Constitution and its democratic and ethical principles, to support the civil and Constitutional rights of individuals in the United States and to offer public education and guidance that helps individuals understand and exercise those rights.

2. LFRL has an interest in seeing that EO 14399 does not violate these principles by commanding the United States Postal Service to provide and administer voter lists in violation of several federal statutes. LFRL seeks to protect against violations of separation of powers and of federalism by preventing the federal executive branch from improperly encroaching on congressional and state authority in federal election matters. Moreover, LFRL seeks to inform the court of the historical societal effect of the such efforts to limit the free and full voter participation in United States elections. Our approach will bring to the attention of the court the history of governments' disenfranchising marginal groups in order to prevent them from affecting the outcome of an election. We tie these practices to this administration's own statements that mail-in balloting could deny the current administration a win in the midterms. Further, unsubstantiated claims about non-citizen voting is being used to discredit the electoral process in general in order to justify any losses that might occur

3. Although no specific court rule governs filing an *amicus curiae* brief in federal district courts, this Court has found that *amici* can "assist the court 'in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision.'" *Students for Fair Admissions, Inc. v. President and Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) (internal citation omitted). Courts are "well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed

briefs do not meet" the criteria of any relevant rules, "as broadly interpreted." *Neonatology Associates, P.A. v. C.I.R.*, 293 F.3d 128, 133 (3d Cir. 2002) (Alito, J.). LFRL and many of the members of LFRL, have previously participated in similar capacities in prior cases addressing the proper roles of federal actors.

4. This *amicus* brief will be useful for the court because its contribution was not fully addressed in the complaints or subsequent filings of the plaintiffs.

5. While EO 14399 is illegal in many ways. The attached *amicus* brief focuses on the effect on voters and the history and results of governments' efforts, such as been engaged in by the current administration, to hinder the full and fair participation of voters, especially marginalized sectors of the voting population.

6. Counsel for proposed *amicus* has conferred with counsel for the parties. The motion is consented to by both Plaintiffs and Defendants.

7. No party's counsel authored the proposed brief in whole or in part, and no party or its counsel contributed money to fund the preparation or submission of the attached brief.

8. *Amicus* files this motion and the attached proposed brief on August 31, 2026.

9. A true and correct copy of the proposed brief has been submitted with this motion.

10. In each of the consolidated cases, LFRL is filing this identical motion with the attached identical proposed brief.

## CONCLUSION

For the foregoing reasons, LFRL respectfully requests that the Court grant leave to file the accompanying *amicus* brief.

Respectfully submitted,

/s/ Tracy A. Miner

Tracy A. Miner (BBO 547137)
MS Defenders LLP
101 Federal Street, Suite 650
Boston, Massachusetts 02110
tminer@msdefenders.com
(617) 202-5890

*Counsel to Lawyers for the Rule of Law:*

/s/ Daniel N. Arshack

Daniel Arshack
(admitted *pro hac vice*)
NY Bar # 2259059
5 Columbus Circle
Suite 1501
New York, New York 10019
dan@lawahl.com
(212) 582-6500

*Co-Counsel to Lawyers for the Rule of Law*

/s/ Jon May
Jon May *(admitted pro hac vice)*
FL Bar #0276571
P.O. Box 970006
Boca Raton, FL 33497
jonmay@jonmaycriminaldefense.com
(954) 439-6500

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that counsel for the Lawyers for the Rule of Law conferred via email with counsel for the parties. Lead Counsel for the Plaintiffs and Lead Counsel for the Defendants state that they consent to LFRL's request for leave to file an *amicus curiae* brief.

Counsel to Lawyers for the Rule of Law:

/s/ Daniel N. Arshack

Daniel Arshack (admitted pro hac vice)
NY Bar # 2259059
5 Columbus Circle Suite 1501
New York, New York 10019
dan@lawahl.com
(212) 582-6500

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was this day served on all counsel via the court's electronic service system.

/s/ Tracy A. Miner

Tracy A. Miner (BBO 547137)
MS Defenders LLP
101 Federal Street, Suite 650
Boston, Massachusetts 02110
tminer@msdefenders.com
(617) 202-5890