**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br>*Plaintiffs,*<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>*Defendants*. | No. 1:26-cv-11549-IT |
| CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br>*Defendants.* | No. 1:26-cv-11581-IT |

**[PROPOSED] ORDER**

Before the Court is Lawyers for the Rule of Law's motion for leave to file a brief as *amicus curiae* in support of Plaintiffs' Motions for Temporary Restraining Order, Preliminary Injunction and Summary Judgment in the above noted coordinated cases and in response to the pending Motion for a Stay. For the reasons set forth by Movant, the motion is GRANTED.

SO ORDERED.

Dated this ________day of ___________, 2026

______________________________
HONORABLE INDIRA TALWANI
UNITED STATES DISTRICT JUDGE