**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, ***et al.***, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 26-cv-11549-IT |
| STATE OF CALIFORNIA, ***et al.***, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 26-cv-11581-IT |
| DONALD J. TRUMP, et al., | ) | |
| Defendants | ) | |

NOTICE OF APPEARANCE

Please enter my appearance as pro hac vice admitted counsel for *Amicus Curiae* Lawyers for the Rule of Law ("LFRL")in the above-captioned matter.

Dated: September 1, 2026

Respectfully submitted,

*Amicus Curiae* Lawyers for the Rule of Law

By its attorney,

*/s/ Daniel N. Arshack*

Arshack, Hajek & Lehrman
5 Columbus Circle Suite 1501
NY, NY 10019
212-582-6500
Dan@lawAHL.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for the government on September 1, 2026.

*/s/ Daniel N. Arshack*
Daniel N. Arshack
Arshack, Hajek & Lehrman
5 Columbus Circle Suite 1501
NY, NY 10019
212-582-6500
Dan@lawAHL.com