**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>*Defendants*. | Civil Action No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br>UNITED STATES POSTAL SERVICE, *et al.*,<br>*Defendants*. | Civil Action No. 1:26-cv-13917-IT |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of League of United Latin American Citizens ("LULAC"); Secure Families Initiative ("SFI"); Arizona Students' Association ("ASA"); the City of Madison, Wisconsin; Travis County, Texas; and Travis County Clerk Dyana Limon-Mercado, in her official capacity as the Travis County Clerk, which seek leave to file an *amici curiae* brief in support of Plaintiffs in this matter.

Respectfully submitted,
*/s/ David A. Russcol*

David A. Russcol (BBO #670768)
ZALKIND DUNCAN & BERNSTEIN LLP
2 Oliver St., Suite 200
Boston, MA 02109
617-742-6020
drusscol@zalkindlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was this day served on all counsel via the court's electronic service system.

*/s/ David A. Russcol*

Date: September 1, 2026