**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>*Defendants*. | Civil Action No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br>UNITED STATES POSTAL SERVICE, *et al.*,<br>*Defendants*. | Civil Action No. 1:26-cv-13917-IT |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DANIELLE LANG**

Pursuant to Local Rule 83.5.3(b) of the Local Rules of United States District Court for the District of Massachusetts, I, David A. Russcol, a member of the bar of this Court and Counsel of Record for *amicus curiae* League of United Latin American Citizens, Arizona Students' Association, Secure Families Initiative, the City of Madison, Wisconsin, Travis County, Texas, and Travis County Clerk, in her official capacity, hereby move for admission pro hac vice of Danielle Lang of Campaign Legal Center to serve as counsel for *amicus curiae*.

In further support of their motion, Counsel of Record for Amicus Curiae submit Exhibit A, Certificate of Danielle Lang, stating that she is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; and that she is familiar with the Local Rules of this Court.

Dated: September 1, 2026

Respectfully submitted,

*/s/ David A. Russcol*
David A. Russcol (BBO #670768)
Zalkind Duncan & Bernstein LLP
2 Oliver St., Suite 200
Boston, MA 02109
617-742-6020
drusscol@zalkindlaw.com

## LOCAL CIVIL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I certify that all counsel were contacted regarding the subject of this motion, and that no party opposes the relief requested herein. League Plaintiffs, State Plaintiffs, and Federal Defendants consent. Counsel for Intervenor-Defendant States did not provide a position.

*/s/ David A. Russcol*
David A. Russcol

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2026 a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

September 1, 2026

*/s/ David A. Russcol*
David A. Russcol

# EXHIBIT A

**CERTIFICATION OF DANIELLE LANG**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Danielle Lang, certify and state:

1. I am an attorney and Vice President at Campaign Legal Center, 1101 14th St. NW, Ste. 400, Washington, DC 20005, and counsel for amicus curiae in this matter. I am a resident of Pennsylvania.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdictions in which I have been admitted to practice are the District of Columbia, New York, Pennsylvania, and California (inactive). I have been admitted to practice before the United States District Court for the District of Columbia, the United States District Court for the Central District of California, the New York State Court of Appeals, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the District of Columbia Circuit, and the United States Supreme Court. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this September 1, 2026, under penalties of perjury that the foregoing is

true and correct.

Dated: September 1, 2026 /s/ Danielle Lang