**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br>*Plaintiffs*,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>*Defendants*. | Civil Action No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br>*Plaintiffs*,<br>v.<br>UNITED STATES POSTAL SERVICE, *et al.*,<br>*Defendants*. | Civil Action No. 1:26-cv-13917-IT |

**MOTION FOR ADMISSION *PRO HAC VICE* OF VALENCIA RICHARDSON**

Pursuant to Local Rule 83.5.3(b) of the Local Rules of United States District Court for the District of Massachusetts, I, David A. Russcol, a member of the bar of this Court and Counsel of record for *amicus curiae* League of United Latin American Citizens, Arizona Students' Association, Secure Families Initiative, the City of Madison, Wisconsin, Travis County, Texas, and Travis County Clerk, in her official capacity, hereby move for admission pro hac vice of Valencia Richardson of Campaign Legal Center to serve as counsel for *amicus curiae*.

In further support of their motion, Counsel of Record for Amicus Curiae submit Exhibit A, Certificate of Valencia Richardson, stating that she is a member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; and that she is familiar with the Local Rules of this Court.

Dated: September 1, 2026

Respectfully submitted,

*/s/ David A. Russcol*
David A. Russcol (BBO #670768)
Zalkind Duncan & Bernstein LLP
2 Oliver St., Suite 200
Boston, MA 02109
617-742-6020
drusscol@zalkindlaw.com

**LOCAL CIVIL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I certify that all counsel were contacted regarding the subject of this motion, and that no party opposes the relief requested herein. League Plaintiffs, State Plaintiffs, and Federal Defendants consent. Counsel for Intervenor-Defendant States did not provide a position.

*/s/ David A. Russcol*
David A. Russcol

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026 a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

September 1, 2026

*/s/ David A. Russcol*
David A. Russcol

# EXHIBIT A

**CERTIFICATION OF VALENCIA RICHARDSON**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Valencia Richardson, certify and state:

1. I am an attorney at Campaign Legal Center, 1101 14th St. NW, Ste. 400, Washington, DC 20005, and counsel for amicus curiae in this matter. I am a resident of the District of Columbia.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. The jurisdictions in which I have been admitted to practice is the District of Columbia and the State of Louisiana. I have been admitted to practice before the United States District Court for the Western District of Louisiana, the United States District Court for the Middle District of Louisiana, United States District Court for the District of Columbia, the United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fifth Circuit and the United States Court of Appeals for the Sixth Circuit. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have not previously had *pro hac vice* admission to the United States District Court for the District of Massachusetts (or other admission for a limited purpose under Rule 83.5.3 of this Court's Local Rules) revoked for misconduct.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify on this September 1, 2026, under penalties of perjury that the foregoing is true and correct.

Dated: September 1, 2026 <u>*/s/ Valencia Richardson*</u>