IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

No. 26-cv-11549-IT

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

Defendants.

No. 26-cv-11581-IT

**BRIEF AS *AMICUS CURIAE* OF**

**THE LAWYERS FOR THE RULE OF LAW**

**Leave to file granted – September 1, 2026**

# TABLE OF CONTENTS

INTRODUCTION ..................................................... 1
HISTORY OF LIMITING ACCESS TO ELECTIONS..................................................... 2
MEANS USED DURING JIM CROW ..................................................... 5
STATEMENTS DURING JIM CROW SOUTH ..................................................... 6
MEANS USED NOW BY THE ADMINISTRATION
WITH KEY DIRECTIVES UNDER EXECUTIVE ORDER 14399..................................................... 6
(i) Role of Election Officials..................................................... 6
(ii) The Role of the U.S. Postal Service (USPS)..................................................... 7
(iii) The Big Lie ..................................................... 9
(iv) Dramatic impact of disenfranchisement during Jim Crow South ..................................................... 11
CONCLUSION..................................................... 12

# TABLE OF AUTHORITY

## CASES

*Dunn v. Blumstein*, 405 U.S. 330 (1972) 9

*Harper v. Virginia State Board of Elections*, 383 U.S. 663 (1966) 9

*Katzenbach v. Morgan*, 384 U.S. 641 (1966) 8

*Louisiana v. United States*, 380 U.S. 145 (1965) 9

*South Carolina v. Katzenbach*, 383 U.S. 301 8

## OTHER

The American Presidency Project, https://www.presidency.ucsb.edu/documents/remarks-the-national-economy-rome-georgia 1

Home / Blog / Unpacking Myths About Noncitizen Voting — How Heritage Foundation's Own Data Still Proves It's Not the Problem It's Made Out to Be 1

https://www.nytimes.com/1934/09/06/archives/hitler-forecasts-no-reich-overturn-in-next-1000-years-proclamation.html Reporting of Hitler's speech 2

Kousser (1974). The Shaping of Southern Politics: Suffrage Restriction and the Establishment of the One-Party South. Cited in Wikipedia, Disfranchisement after the Reconstruction era 3

Perman, Michael (2001). "Introduction". Struggle for Mastery: Disfranchisement in the South, 1888–1908. Chapel Hill: University of North Carolina Press. Cited in Wikipedia, Disfranchisement after the Reconstruction era 3

Foner, Eric. *Reconstruction: America's Unfinished Revolution, 1863–1877*. Harper & Row, 1988. *(The definitive academic authority on Reconstruction statistics, officeholders, and political developments)*. 4

Equal Justice Initiative (EJI). *Reconstruction in America: Racial Violence After the Civil War, 1865–1876*. 2020. *(Detailed documentation on political massacres, turnout suppression, and anti-Black rhetoric)*. Cited in Wikipedia, Reconstruction era 5

*Perman, Michael (2001). "Introduction". Struggle for Mastery: Disfranchisement in the South, 1888–1908. Chapel Hill: University of North Carolina Press.* Wikipedia, Disfranchisement after the Reconstruction era 5

*Tillman, Benjamin (March 23, 1900). "Speech of Senator Benjamin R. Tillman". Congressional Record, 56th Congress, 1st Session. (Reprinted in Richard Purday, ed., Document Sets for the South in U. S. History [Lexington, Massachusetts.: D.C. Heath and Company, 1991], p. 147.). pp. 3223–3224.* Wikipedia, Disfranchisement after the Reconstruction era 6

Hermann Göring, speech, Reichstag March 23, 1933 reproduced in "Verhaandlungen des Reichstages" Vol. 457 (1933) quoted in, 53 Days - How Hitler Dismantled a Democracy, page 164, Timothy R. Ryback, Atlantic Monthly Press, 2026 10

Aaron Reichlin-Melnick, Unpacking Myths About Noncitizen Voting — How Heritage Foundation's Own Data Still Proves It's Not the Problem It's Made Out to Be, American Immigration Counsel, https://www.americanimmigrationcouncil.org/blog/myths-about-noncitizen-voting-heritage-foundation-data/ 11

*Valelly, Richard M. (2009). The Two Reconstructions: The Struggle for Black Enfranchisement. University of Chicago Press. pp. 146–147. ISBN 9780226845302*. Cited in Wikipedia, Disfranchisement after the Reconstruction era 11

Faith and Freedom Coalition's 2026 Policy Conference in Washington, D.C., on June 26, 2026 12

## Introduction

Lawyers for the Rule of Law addresses, in this amicus brief, the gaping question that the parties and amici have not addressed. Why, given the uncontroverted evidence that only a tiny fraction of non-citizens have voted in elections involving hundreds of millions of Americans, is this administration seeking to institute procedures that will disenfranchise hundreds of thousands or more United States citizens, who have used, and expected to be able to use, mail-in ballots to vote in the coming midterm elections?[1] The answer was given by President Trump himself in a speech in February. He said : "I'll tell you what: Republicans have to win this one. We'll never lose a race—for 50 years, we won't lose a race."[2] This Administration's effort to interfere with the rights of voters ford

---

[1] Home / Blog / Unpacking Myths About Noncitizen Voting — How Heritage Foundation's Own Data Still Proves It's Not the Problem It's Made Out to Be https://www.americanimmigrationcouncil.org/blog/myths-about-noncitizen-voting-heritage-foundation-data/

Why do so few noncitizens try to vote? Brookings Foundation https://www.brookings.edu/articles/why-do-so-few-noncitizens-try-to-vote/

Project 2025's Anti-Voter Agenda – The Brennan Center https://www.brennancenter.org/our-work/research-reports/project-2025s-anti-voter-agenda#:~:text=The%20conservative%20policy%20plan%20aims,undermine%20voting%20rights%20and%20elections .

Project 2025 Aims to Strip Away Our Freedom to Vote https://www.commoncause.org/articles/project-2025-aims-to-strip-away-our-freedom-to-vote

[2] The American Presidency Project https://www.presidency.ucsb.edu/documents/remarks-the-national-economy-rome-georgia

not ensure the reliability of elections. It is a bald faced grab for power. We rely on the Court to protect our hard fought freedom to exercise the right to vote.

And lest there is any doubt of the philosophical genesis of this power grab, see the quote from Adolf Hitler's speech note in which he expressed the same plan, albeit he had grander expectations when he stated that the new German administration would last 1000 years.[3]

History of Limiting Access to Elections

This is not the first time that a Federal Administration has sought to disenfranchise hundreds of thousands of registered voters it believes will vote against its candidates in the upcoming elections. This time, the vehicle for this scheme is the United States Postal Service. The Administration has tried to authorize the USPS to use its power over the distribution of the mail to block the delivery of ballots of persons it claims are not United States citizens through an unquestionably flawed system of verification known to exclude the poor and minorities. This naked usurpation of voters rights is an important consideration this

[3] https://www.nytimes.com/1934/09/06/archives/hitler-forecasts-no-reich-overturn-in-next-1000-years-proclamation.html Reporting of Hitler's speech: "Obedient sons of the National Socialist [Nazi] party were entering into all positions of control to guarantee the domination in Germany of one will. Through laws and newly created institutions, he said, the press has been placed at the service of this mighty upheaval of our people and it is helping now to create increasingly uniform opinion and purpose. The crowning event of recent political developments was presented symbolically in the adoption by the army of the insignia of the Nazi movement. 'The nervous nineteenth century has reached its end,' he said. 'There will not be another revolution in Germany in the next thousand years.' "

Court should recognize to order a temporary restraining order and ultimately a preliminary injunction.

This administration's current effort is simply the latest chapter in historical efforts of powerful interests to prevent challenges to its power by disenfranchising those it believes threaten to overturn its lock on our government. In the United States, this struggle had its origins after the end of Reconstruction when wealthy whites orchestrated the disenfranchisement of Blacks and poor whites throughout the South.

In addition to wanting to affirm white supremacy, the wealthy white establishment was concerned about voting by lower-class and uneducated whites. "They disfranchised these whites as willingly as they deprived blacks of the vote."[4] Competition between white elites and white lower classes, for example, and a desire to prevent alliances between lower-class white and black Americans, as had been seen in Populist-Republican alliances, led white Democratic legislators to restrict voter rolls.[5]

---

[4] Kousser (1974). The Shaping of Southern Politics: Suffrage Restriction and the Establishment of the One-Party South. Cited in Wikipedia, Disfranchisement after the Reconstruction era

[5] Perman, Michael (2001). "Introduction". Struggle for Mastery: Disfranchisement in the South, 1888–1908. Chapel Hill: University of North Carolina Press. Cited in Wikipedia, Disfranchisement after the Reconstruction era

In the 1870 Census (During Reconstruction) the white population was approximately 5.7 million, and the black population was approximately 4.4 million. The Initial Registration (1867–1868) was 735,000 black voters and 635,000 white voters. During the presidential elections of 1868 and 1872, Black voter turnout routinely exceeded 85% to 90%. But by 1876, paramilitary suppression drove down Black voter participation dramatically, while white turnout remained high.[6]

Black participation had significant consequences. Between 1868 and 1877, more than 1,500 Black men served in public office across the Southern states.

The wealthy white power structure could not allow this to stand. In public speeches, newspaper editorials, and political platforms those in power openly framed the end of Reconstruction as a racial struggle to re-establish white supremacy and end "Negro Rule".

- The "Mississippi Plan" (1875): Democratic leader Solomon Salter Calhoon famously stated: *"It is the white government or the nigger government... We*

[6] Foner, Eric. *Reconstruction: America's Unfinished Revolution, 1863–1877*. Harper & Row, 1988. *(The definitive academic authority on Reconstruction statistics, officeholders, and political developments).*

*have lived through 'negro supremacy'... We must win, peacefully if we can, forcibly if we must."*

- Rhetoric of Economic and Social Control:
  Newspapers, such as the *Atlanta Constitution* and Charleston *News and Courier*, argued publicly that black citizens were "incapable of self-governance" and that state budgets could only be restored to solvency by stripping freedmen of their ballots.[7]

Means used during Jim Crow

- Mississippi Constitution of 1890: Established poll taxes, 2-year residency requirements, and "understanding clauses" (where white registrars decided if a voter could "satisfactorily interpret" any section of the state constitution).
- Florida approved a new constitution in 1885 that included provisions for poll taxes as a prerequisite for voter registration and voting. From 1890 to 1908, ten of the eleven Southern states rewrote their constitutions. All included provisions that effectively restricted voter registration and suffrage, including

[7] Equal Justice Initiative (EJI). *Reconstruction in America: Racial Violence After the Civil War, 1865–1876*. 2020. *(Detailed documentation on political massacres, turnout suppression, and anti-Black rhetoric).* Cited in Wikipedia, Reconstruction era

requirements for poll taxes, increased residency, and subjective literacy tests.[8]

Statements during Jim Crow South

Senator and former South Carolina Governor Benjamin Tillman defended this on the floor of the Senate:

> In my State there were 135,000 negro voters, or negroes of voting age, and some 90,000 or 95,000 white voters .... Now, I want to ask you, with a free vote and a fair count, how are you going to beat 135,000 by 95,000? How are you going to do it? You had set us an impossible task. We did not disfranchise the negroes until 1895. Then we had a constitutional convention convened which took the matter up calmly, deliberately, and avowedly with the purpose of disfranchising as many of them as we could under the Fourteenth and Fifteenth Amendments. We adopted the educational qualification as the only means left to us, and the negro is as contented and as prosperous and as well protected in South Carolina to-day as in any State of the Union south of the Potomac. He is not meddling with politics, for he found that the more he meddled with them the worse off he got. As to his "rights"—I will not discuss them now. We of the South have never recognized the right of the negro to govern white men, and we never will .... I would to God the last one of them was in Africa and that none of them had ever been brought to our shores.[9]

---

[8] *Perman, Michael (2001). "Introduction". Struggle for Mastery: Disfranchisement in the South, 1888–1908. Chapel Hill: University of North Carolina Press.* Wikipedia, Disfranchisement after the Reconstruction era

[9] *Tillman, Benjamin (March 23, 1900). "Speech of Senator Benjamin R. Tillman". Congressional Record, 56th Congress, 1st Session. (Reprinted in Richard Purday, ed., Document Sets for the South in U. S. History [Lexington, Massachusetts.: D.C. Heath and Company, 1991], p. 147.). pp. 3223–3224.* Wikipedia, Disfranchisement after the Reconstruction era

## Means used now by the Administration with Key Directives under Executive Order 14399

### Role of Election Officials

- Eligible Voter List Submissions: State and local election officials are directed to compile and submit state-specific lists of eligible voters intended to receive mail-in ballots to the federal government 60 days before a federal election.
- Federal Citizenship Verification: Election administration is tied to a central "State Citizenship List" compiled by the Department of Homeland Security (DHS) using federal databases (such as Social Security Administration records and SAVE data). Officials face potential federal investigation or prosecution by the Department of Justice (DOJ) if they issue federal mail-in ballots to individuals deemed ineligible under federal lists.
- Envelope Redesigns: Local jurisdictions must update and standardize mail-in ballot envelopes to incorporate distinct envelope markers and unique tracking identifiers provided via federal guidance.

### The Role of the U.S. Postal Service (USPS)

- Restricted Transmission: The USPS is instructed to only accept, deliver, or process mail-in or absentee ballots for individuals enrolled on the pre-approved state lists.

- Envelope Verification: The Postal Service must enforce updated mail piece preparation standards and approve ballot envelope designs across voting jurisdictions to verify tracking requirements prior to accepting ballot mainstreams.
- Data Tracking: USPS is required to generate and share participation tracking lists with unique ballot identifiers back to the states and relevant law enforcement entities.

There is no question of intent: Statements made by Donald Trump

Remarks on the National Economy in Rome, Georgia on February 19, 2026, President Trump said that the Republicans would not lose a race for 50 years if the SAVE Act were passed and they got rid of mail in ballots:

> I'll tell you what: Republicans have to win this one. We'll never lose a race—for 50 years, we won't lose a race. We want voter ID. We want proof of citizenship, and we don't want mail-in ballots, except for the military far away; except for people that are ill, disabled; or people that are away, even for a vacation. We'll be generous. Okay? Other than that, we don't want mail-in ballots, because mail-in ballots, they cheat.[10]

Jim Crow restrictions on voting ended after the enactment of the Civil Rights Acts of 1965, about 80 years after they were instituted. This was a hard fought struggle of the Civil Rights movement of the 50's and early 60's which

---

[10] See, Footnote 2.

made significant gains for minority groups throughout the country. Many died to achieve those successes. It began with the decisions of the Supreme Court in *South Carolina v. Katzenbach*, 383 U.S. 301 (1966) and *Katzenbach v. Morgan*, 384 U.S. 641 (1966), which upheld the constitutionality of the Voting Right Act that outlawed literacy tests and other discriminatory "test or devices." Then in *Dunn v. Blumstein*, 405 U.S. 330 (1972) the Court struck down state laws requiring voters to have resided in a state for one year and a county for three months as a condition for voting. In *Harper v. Virginia State Board of Elections*, 383 U.S. 663 (1966), the Court struck down state poll taxes in state and local elections. And, in *Louisiana v. United States*, 380 U.S. 145 (1965) the Court struck down Louisiana's "interpretation test," which required voter applicants to give a "reasonable interpretation" of any clause of the state or federal Constitution to the satisfaction of local registrars.

Now, 70 years of progress in ensuring the right to vote for all United States citizens is threatened. Errors in the federal lists of voters, which is the only list that will now matter, will lead to hundreds of thousands of registered voters being unable to cast their votes though mail in ballots. This will impact the rural poor and the retired more than any other group—a constituency which has been most adversely affected by Trump Administration policies. In the words of President

Trump, this scheme is intended to insure Republican dominance in elections for the next 50 years.

The Big Lie

In "Mein Kampf," Adolf Hitler's discussed the use of the Big Lie to manipulate public opinion. He said:

> Such a falsehood will never enter their heads, and they will not be able to believe in the possibility of such monstrous effrontery and infamous misrepresentation in others… Therefore, something of even the most insolent lie will always remain and stick—a fact which all the great lie-virtuosi and lying-clubs in this world know only too well and also make the most treacherous use of." Adolf Hitler. Mein Kampf : Adolf Hitler - (Transl. Ralph Manheim ). A Mariner Book, (Boston and New York: Houghton Mifflin Company, 1999), p. 231.

And On March 23, 1933 in the face of mass murders and storm trooper violence focused on Jews and their businesses all reported in the press, Hermann Göring, as president of the Reichstag stood before the Reichstag delegates, diplomatic corps and the international press and reported an alternative reality that, [11]

> Germany has never been more peaceful. You can go anywhere in Germany and won't find a shop or department store that has been demolished. You can go to any synagogue or any Jewish cemetery and you won't find one that has been desecrated.

---

[11] Hermann Göring, speech, Reichstag March 23, 1933 reproduced in "Verhaandlungen des Reichstages" Vol. 457 (1933) quoted in, 53 Days - How Hitler Dismantled a Democracy, page 164, Timothy R. Ryback, Atlantic Monthly Press, 2026

Trump has used this very technique, repeatedly claiming that huge numbers of "illegal aliens" are voting in the United States. In fact, even the conservative organization, the Heritage Foundation, has only been able to document an almost infinitesimally small number of non-citizens who have voted illegally. But this lie, based upon nothing but wishful thinking of the President, is supported by no evidence and is being used to justify the disenfranchisement of hundreds of thousands of legitimate citizens.[12],[13]

<u>Dramatic impact of disenfranchisement during Jim Crow South</u>

Disfranchisement had far-reaching effects in the United States Congress, where the Democratic Solid South enjoyed "about 25 extra seats in Congress for each decade between 1903 and 1953". Also, the Democratic dominance in the South meant that southern senators and representatives became entrenched in Congress. They favored seniority privileges in Congress, which became the standard by 1920, and Southerners controlled chairmanships of

[12] Aaron Reichlin-Melnick, Unpacking Myths About Noncitizen Voting — How Heritage Foundation's Own Data Still Proves It's Not the Problem It's Made Out to Be, American Immigration Counsel, https://www.americanimmigrationcouncil.org/blog/myths-about-noncitizen-voting-heritage-foundation-data/

[13] and, See Footnote 1.

important committees, as well as the leadership of the national Democratic Party.[14]

It is not a stretch to compare the tactics of Nazi Germany to those of the current Administration's to understand that the tactics being used in this election come right out of the Nazi playbook. As Herman Göring said,

> "The people can always be brought to the bidding of the leaders. That is easy. All you have to do is tell them they are being attacked and denounce the pacifists for lack of patriotism and exposing the country to danger. It works the same way in any country." Gilbert, G. M. (1947). Nuremberg Diary. New York: Farrar, Straus and Company page 278-279.

And, in a haunting segment of Hitler's March 23, 1933 speech to the Reichstag, just 53 days after becoming chancellor, he recounted the great advances he had engineered for the German people which was virtually repeated by our President on June 26, 2026 at his recent speech in Washington, D.C.[15] Hitler said he had:

> "restructured government ministries, purged the civil service of corruption and incompetency, lowered taxes and raised tariffs […] Consumer prices may rise" he said, "but it will save farmers from ruin." He said he was "eradicating Marxism." He was "protecting

[14] *Valelly, Richard M. (2009). The Two Reconstructions: The Struggle for Black Enfranchisement. University of Chicago Press. pp. 146–147. ISBN 9780226845302*. Cited in Wikipedia, Disfranchisement after the Reconstruction era

[15] Faith and Freedom Coalition's 2026 Policy Conference in Washington, D.C., on June 26, 2026 https://www.democrats.senate.gov/newsroom/trump-transcripts/transcript-president-trump-addresses-the-faith-and-freedom-coalition-conference-62626

Christianity." He was "rebuilding the military." He was "making the country's borders secure."

Adolf Hitler, et al., speeches, Reichstag, March 23, 1933, in "Verhaandlungen des Reichstages, Vol 457 (Berlin: Reichdruckerei, 1933) quoted in, 53 Days - How Hitler Dismantled a Democracy, page 179-180, Timothy R. Ryback, Atlantic Monthly Press, 2026.

## Conclusion

In the Jim Crow South, Blacks and poor whites were the threat to the established order. In 1930-46, in Germany and across Europe, it was Jews and other minority groups. Now, it is poor Americans and minorities again who have been marginalized by the current Administration which is threatened by the possibility of losing its majority in Congress. The means in Jim Crow South were poll taxes and literacy tests. In Germany and Europe, it was unspeakable but well remembered violence. The means today are illegal and unconstitutional tampering with state mail-in ballots by the USPS. We look to the Courts to protect the vitality of our elections which are the most important foundation of our democracy. The TRO must remain in force, the stay denied, and a preliminary injunction ordered.

Respectfully submitted,

/s/ Tracy A. Miner August 31, 2026

Tracy A. Miner
401 Federal Street, Suite 650
Boston, Massachusetts 02110
tminer@msdefenders.com
(617) 202-5890

Counsel to Lawyers for the Rule of Law:

/s/ Daniel N. Arshack August 31, 2026

Daniel Arshack (pro hac vice application pending)
NY Bar # 2259059
5 Columbus Circle Suite 1501
New York, New York 10019
dan@lawahl.com
(212) 582-6500

Co-Counsel to Lawyers for the Rule of Law

/s/ Jon May August 31, 2026

Jon May (pro hac vice application pending)
FL Bar #0276571
P.O. Box 970006
Boca Raton, FL 33497
jonmay@jonmaycriminaldefense.com
(954) 439-6500

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on all counsel of record in this matter on September 1, 2026.

/s/ Daniel N. Arshack

Daniel N. Arshack
Arshack, Hajek & Lehrman
5 Columbus Circle Suite 1501
NY, NY 10019
212-582-6500
Dan@lawAHL.com