**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Defendants*.

Civil Action No. 1:26-cv-11549-IT

STATE OF CALIFORNIA, *et al.*,

*Plaintiffs*,

v.

UNITED STATES POSTAL SERVICE, *et al.*,

*Defendants*.

Civil Action No. 1:26-cv-13917-IT

**NOTICE OF APPEARANCE**

I am admitted to practice in this Court *pro hac vice*, and I appear in this case as counsel for *amicus curiae* League of United Latin American Citizens, Arizona Students' Association, Secure Families Initiative, the City of Madison, Wisconsin, Travis County, Texas, and Travis County Clerk, in her official capacity.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Benjamin Phillips*
Benjamin Phillips
CAMPAIGN LEGAL CENTER
1101 14 St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200
bphillips@campaignlegalcenter.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026 a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

September 3, 2026

*/s/ Benjamin Phillips*
Benjamin Phillips