# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: League of Women Voters of Massachusetts et al v. Trump et al

District Court Number: 26cv11549-IT

Fee: Paid? Yes ____ No ____ Government filer X *In Forma Pauperis* Yes ____ No ____

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No X | Sealed documents | Yes ____ No X |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ____ No X | Transcripts | Yes X No ____ |
| *If yes, document #* | | *If yes, document #* | 155,181,283 |

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent X Other: ____

Appeal from:

#285 Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#285 and #286

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 286 filed on September 4, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 7, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**