**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al*.,

Plaintiffs,

v.

DONALD J. TRUMP, *et al*.,

Defendants.

No. 26-cv-11549-IT

STATE OF CALIFORNIA, *et al*.,

Plaintiffs,

v.

DONALD J. TRUMP, *et al*.,

Defendants.

No. 26-cv-13917-IT

# NOTICE OF APPEARANCE

I am admitted to practice in this Court *pro hac vice*, and I appear in this case as counsel for *amicus curiae* Society for the Rule of Law.

Respectfully submitted,

*/s/ Richard D. Bernstein*
Richard D. Bernstein
1875 K Street NW, Suite 100
Washington, DC 20006
(301) 775-2064
rbernsteinlaw@gmail.com

September 8, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

*/s/ Inga Bernstein*

Inga Bernstein