**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

Defendants.

Case No. 1:26-cv-11549-IT

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

UNITED STATES POSTAL SERVICE, *et al.*,

Defendants.

Case No. 1:26-cv-13917-IT

**DEFENDANTS' NOTICE OF COMPLIANCE**

Defendants respectfully submit the following notice, as required by Section 2(iii) of the Court's September 4, 2026 Order, *California* ECF No. 156; *LWVMA* ECF No. 285. Defendants timely complied with Sections 2(i) and 2(ii) of the Court's order, as reflected in the attachments to this Notice. *See* Ex. 1, Email from S. Pezzi to U.S. Postal Service (September 4, 2026); Ex. 2, U.S. Postal Service, *Direct Line* (September 5, 2026); U.S. Postal Service *Mandatory Stand-Up Talk* (September 5, 2026). By filing this Notice, Defendants have now also timely complied with Section 2(iii) of the Court's order.

Dated: September 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Chief Litigation Counsel (FL Bar 1041279)
MICHAEL S. POLITO
Trial Attorney (DC Bar 90041172)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov