**From:** Direct_Line - Washington, DC
**To:** Direct_Line - Washington, DC
**Subject:** Sept. 5, 2026 -- Postal Service providing mandatory notice of court order
**Date:** Saturday, September 5, 2026 8:31:07 AM

U.S. POSTAL SERVICE

# Direct Line

From General Counsel Keith Weidner
Sept. 5, 2026

## Postal Service providing mandatory notice of court order

You may have heard or seen recent news reports about the handling of Election Mail, going back to March 31, when a presidential executive order was issued. In the order, the Postal Service was directed to initiate a proposed rulemaking regarding federal election ballot mail. The Postal Service published a proposed rule on June 2 consistent with that order and on Aug. 26 the Postal Service published a final rule.

After the publication of the final rule, several lawsuits challenged its legality and implementation. On Sept. 4, a federal judge issued a preliminary injunction preventing the Postal Service from taking preparatory steps or implementing certain parts of the rule for elections occurring before or on Nov. 3, 2026. The order is effective nationwide.

The court order, among other items, directs the Postal Service to communicate the content of the order to all employees. This Direct Line is intended to do so, and to provide guidance on the impact of the court order on the Postal Service.

The court order, which is 49 pages long, is posted online for anyone who wishes to read it.

The Postal Service and its employees are required to comply with the court's order, under penalty of contempt.

The Postal Service must continue to transmit and deliver any mail-in or absentee ballots presented for mailing, consistent with our current guidance regarding Election Mail.

The Postal Service may continue to provide non-binding guidance on mailpiece design and recommend best practices consistent with the current Official Election Mail Guide.

The Postal Service is continuing to evaluate its legal obligations under this order and will provide updates as necessary.

Thank you for your attention to this matter.

**Do not reply to this email.**

**From:** POC HQ - NOC
**To:** _HQ OFFICERS; _CRDO DirectReports; _CPDO Direct Reports; _HQ OFFICERS SECRETARIES; _CorpComm-Area CC Managers; _Mgrs., Integration and Support; _CPDO Direct Reports Admins; NOCC Logistics Western Region; NOCC Logistics Eastern Region; NOCC Processing East Region; NOCC Processing West Region; HQ CRDO Command Center; 24/7 Command Center
**Cc:** [redacted]
**Subject:** Mandatory Stand-Up Talk -- Postal Service providing mandatory notice of court order
**Date:** Saturday, September 5, 2026 7:29:26 AM
**Attachments:** 09.05.26 - Mandatory Stand-up Talk - Postal Service providing mandatory notice of court order.pdf
Preliminary Injunction Memorandum and Order 09042026.pdf
**Importance:** High

---

**POC-NOC**

**POSTMASTER, MANAGER AND SUPERVISOR INSTRUCTIONS — READ FIRST:**

This **mandatory** stand-up talk is distributed for the Postal Service to meet legal directives of a recent order issued by the U.S. District Court for the District of Massachusetts.

The full court order, *Memorandum and Order Granting Plaintiffs' Motions for a Preliminary Injunction*, is attached for reference, and is also available online. Please direct any employees who wish to read the court order to this address online: https://about.usps.com/newsroom/global/pdf/285-memorandum-and-order-granting-plaintiffs-motions-for-a-preliminary-injuction-090426.pdf.

1. A copy of the attached stand-up talk must be read to employees. It is also pasted below for your convenience.
2. The stand-up talk also must be posted in a prominent location accessible to employees in all facilities.

This talk should be given to **ALL EMPLOYEES beginning upon receipt and continuing until all tours have received the talk.**

---

**POSTMASTERS, MANAGERS AND SUPERVISORS please note:**
This talk is to be delivered to employees and then posted in a location accessible to employees in all facilities.

# Mandatory Stand-up Talk

## Sept. 5, 2026

## Postal Service providing mandatory notice of court order

You may have heard or seen recent news reports about the handling of Election Mail, going back to March 31, when a presidential executive order was issued. In the order, the Postal Service was directed to

initiate a proposed rulemaking regarding federal election ballot mail. The Postal Service published a proposed rule on June 2 consistent with that order and on Aug. 26 the Postal Service published a final rule.

After the publication of the final rule, several lawsuits challenged its legality and implementation. Yesterday, a federal judge issued a preliminary injunction preventing the Postal Service from taking preparatory steps or implementing certain parts of the rule for elections occurring before or on Nov. 3, 2026. The order is effective nationwide.

The court order, among other items, directs the Postal Service to communicate the content of the order to all employees. This stand-up talk is intended to do so, and to provide guidance on the impact of the court order on the Postal Service.

The court order, which is 49 pages long, is posted online for anyone who wishes to read it. If you are interested, please see me afterwards for the web address.

The Postal Service and its employees are required to comply with the court's order, under penalty of contempt.

The Postal Service must continue to transmit and deliver any mail-in or absentee ballots presented for mailing, consistent with our current guidance regarding Election Mail.

The Postal Service may continue to provide non-binding guidance on mailpiece design and recommend best practices consistent with the current Official Election Mail Guide.

The Postal Service is continuing to evaluate its legal obligations under this order and will provide updates as necessary.

Thank you for your attention.

# # #

**POSTMASTERS, MANAGERS AND SUPERVISORS please note:**
This talk is to be delivered to employees and then posted in a location accessible to employees in all facilities.

# Mandatory Stand-up Talk

### Sept. 5, 2026

## Postal Service providing mandatory notice of court order

You may have heard or seen recent news reports about the handling of Election Mail, going back to March 31, when a presidential executive order was issued. In the order, the Postal Service was directed to initiate a proposed rulemaking regarding federal election ballot mail. The Postal Service published a proposed rule on June 2 consistent with that order and on Aug. 26 the Postal Service published a final rule.

After the publication of the final rule, several lawsuits challenged its legality and implementation. Yesterday, a federal judge issued a preliminary injunction preventing the Postal Service from taking preparatory steps or implementing certain parts of the rule for elections occurring before or on Nov. 3, 2026. The order is effective nationwide.

The court order, among other items, directs the Postal Service to communicate the content of the order to all employees. This stand-up talk is intended to do so, and to provide guidance on the impact of the court order on the Postal Service.

The court order, which is 49 pages long, is posted online for anyone who wishes to read it. If you are interested, please see me afterwards for the web address.

The Postal Service and its employees are required to comply with the court's order, under penalty of contempt.

The Postal Service must continue to transmit and deliver any mail-in or absentee ballots presented for mailing, consistent with our current guidance regarding Election Mail.

The Postal Service may continue to provide non-binding guidance on mailpiece design and recommend best practices consistent with the current Official Election Mail Guide.

The Postal Service is continuing to evaluate its legal obligations under this order and will provide updates as necessary.

Thank you for your attention.

# # #