FILED
IN CLERKS OFFICE
2026 SEP 10 A 11:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al.,**
Plaintiffs,

v.

**DONALD J. TRUMP, in his official capacity as President of the United States, et al.,**
Defendants.

Civil Action No. 1:26-cv-11549-IT

---

**REQUEST FOR CLARIFICATION AND RECONSIDERATION OF ORDER DENYING LEAVE TO FILE BRIEF AS AMICUS CURIAE**

Brandon Michael Hayes, appearing pro se in his individual capacity as President of the Natural Law Institute, respectfully requests clarification and reconsideration of the Court's order denying leave to file the submitted Brief of Amicus Curiae.

Movant's proposed Brief of Amicus Curiae was submitted to the Court and docketed as a complete submission at Docket No. 244. The submission addressed constitutional classification questions presented by the current posture of this litigation following issuance of the Final Rule, the Court's reconsideration order, and Plaintiffs' renewed request for equitable relief.

The Court has previously permitted amicus participation in this matter. Upon review of the submissions permitted and the submission denied, Movant cannot identify a procedural, substantive, or categorical distinction that would disqualify the proposed brief from consideration.

The proposed brief differs from existing submissions by providing a neutral analytical framework concerning:

1. the distinction between constitutional rights and administrative mechanisms;
2. Article III sequencing between injury, jurisdiction, merits, and remedy;
3. governmental authority, verification function, burden, and available alternatives; and
4. the proper classification of governmental action for judicial review.

Movant respectfully requests clarification of the consideration applied in denying leave. Specifically, clarification is requested whether denial was based upon:

1. a procedural deficiency in the submission;
2. timeliness or posture of submission;
3. a determination that the proposed brief would not materially assist the Court;
4. duplication of arguments already presented by the parties or existing amici;
5. scope, format, or subject matter of the proposed brief; or
6. another legally relevant consideration applied to distinguish this submission from other amicus participation permitted in this matter.

The order denying leave does not identify the basis upon which this distinction was made.

Identification of the applied consideration will permit accurate understanding of the Court's amicus standards and the basis upon which submissions are evaluated.

For the foregoing reasons, Movant respectfully requests reconsideration of the denial of leave to file the submitted Brief of Amicus Curiae.

Respectfully submitted,

**Brandon Michael Hayes**
President, Natural Law Institute
Pro Se
159 Indian Hill Street
West Newbury, Massachusetts 01985
(617) 438-2049
brandon@hayeshaus.com

Dated: 9-7, 2026