# INTERVENOR-DEFENDANT MCCRAY
# EXHIBIT 3

proud past, promising future

CLARK COUNTY
WASHINGTON

AUDITOR
GREG KIMSEY

December 4, 2024

Emanual McCray
400 W McLoughlin Blvd. Apt. 5
Vancouver, WA 98660

Dear Mr. McCray:

This letter is in response to your letter dated October 30, 2024.

In this letter, you expressed concern that the mailer you received from CVI indicating "No Vote" for you in the 2016, 2018, 2020 and 2022 General elections. They are indicating "No Vote" for those dates, because you did not participate in those elections.

Public Records law requires voting history to be public record. As soon as a ballot is received in our office, it is noted in the voter's record as the ballot being "received". Signature verification comes next, with the voter's record marked as either accepted and ready for processing or rejected with a signature challenge that may be cured. Until the ballot has been marked as accepted, it remains inside the return envelope until it is ready for processing and counting.

The public is able to get downloads from the State of voters who have their ballot marked received, accepted or rejected, along with all past voting participation history. There is no ability for anyone to know who a person voted for. That information is anonymous. But they are able to find out if you voted, when you voted and if your ballot was counted or not.

If you have any further questions, please feel free to contact me at the Elections Department at (564) 397-2345.

Sincerely,

Cathie Garber

Cathie Garber
Clark County Elections Director

GREG KIMSEY, AUDITOR
ELECTIONS OFFICE
P.O. Box 8815
Vancouver, WA 98666-8815
proud past, promising future
CLARK COUNTY
WASHINGTON

FIRST-CLASS
NONAUTO
PRSRT LTR

US POSTAGE

ZIP 98660 $ 000.59[6]
02 7W
0003027673 DEC 05 2024

Rec'd 12/7/24

MR EMANUEL McCRAY
400 W McLOUGLIN BLVD APT 5
VANCOUVER WA 98660

9866032557 C005

**Voting Report Card for**
Emanuel Mccray

980B

Dear Emanuel,

Public records indicate that you are eligible to vote in the upcoming election on **Tuesday, November 5, 2024. Remember, who you vote for is private, but whether or not you voted is public record.**

We're sending this mailing to you and your neighbors to share who does and does not vote in an effort to promote election participation. While we have hidden the name and street number of your neighbors to protect their privacy, these are their true voting records.*

| Name | Address | 2016 General Election | 2018 General Election | 2020 General Election | 2022 General Election |
|---|---|---|---|---|---|
| Emanuel Mccray | 400 W McLoughlin Blvd Apt 5 | No Vote | No Vote | No Vote | No Vote |
| [redacted] | [redacted] W McLoughlin Blvd | Voted | Voted | Voted | Voted |
| [redacted] | [redacted] W McLoughlin Blvd | N/A | Voted | Voted | Voted |

We will be reviewing these records after the election to determine whether or not you joined your neighbors in voting.

| Voting Options for the November 5, 2024 General Election | |
|---|---|
| **By Mail:** | Your ballot must be postmarked by November 5. |
| **Return Mail Ballot In-Person:** | By November 5. |
| **Note:** | All registered voters are automatically sent a mail ballot. |
| **Election Day In-Person:** | Voting Center opening hours vary by location and close at 8PM. |

Visit Voter.VoteWA.gov to check your registration status and find polling locations, times, ballot tracking, and other information on how to vote.

We hope you find this information useful. If you already voted, thank you!

Sincerely,

Gail L. Kitch

Gail L. Kitch, Board Chair
Center for Voter Information

980B

*This data comes from publicly available state voter files.
If you wish to be removed from our mailing list, call 866-377-7396 or email this code: WA2H00092723 to unsubscribe@centerforvoterinformation.org. This information is provided to you by the Center for Voter Information, a 501(c)(4) nonprofit organization, centerforvoterinformation.org.

TRE_C054_W07A_AAA_WA

R-C-R-OR
2004

# Center For Voter Information

May 4, 2024

**Notice:**

According to our review of publicly available records, someone at this address might not be registered to vote.

If you have already registered at this address, thank you! Don't leave anyone behind. Make sure everyone in your home who is eligible is registered to vote at their current address.

Registering to vote is simple! All you have to do is:




**Fill in all required information on the form.** → **Sign your name.** → **Send it in the enclosed envelope.**

To check your current voter status or to register online, please visit:
**https://sos.oregon.gov/voting/Pages/registration.aspx**

**Or, use this QR code to easily register or update your registration online.**

Sincerely,

Gail L. Kitch, Board Chair
*Center for Voter Information*

P.S. We have already filled in some of your information on the enclosed form. If it is incorrect, please cross it out and enter the correct information. Complete the form and send it in the enclosed pre-addressed, postage-paid envelope.

**If you wish to be removed from our mailing list, call (800) 292-3142 or email unsubscribe@centerforvoterinformation.org and provide this code: OR1P90296716.**

This mailing has been paid for by the Center for Voter Information (CVI). **CVI is a non-government, nonprofit, and nonpartisan 501(c)(4) organization. www.centerforvoterinformation.org. CVI is not affiliated with any government agency or state/local election office.** ©2016-2024 The Center for Voter Information. All Rights Reserved.

OR1P90296716

859

INTERNAL REVENUE SERVICE
P. O. BOX 2508
CINCINNATI, OH 45201

DEPARTMENT OF THE TREASURY

Date: JAN 11 2006

WOMENS VOICES WOMENS VOTE ACTION FUND
C/O RICHARD L THOMAS
1666 CONNECTICUT AVE NW STE 500
WASHINGTON, DC 20009-0000

Employer Identification Number:
03-0554750
DLN:
17053343038005
Contact Person:
JOAN C KISER ID# 31217
Contact Telephone Number:
(877) 829-5500
Accounting Period Ending:
DECEMBER 31
Form 990 Required:
YES
Effective Date of Exemption:
FEBRUARY 08, 2005
Contribution Deductibility:
NO

Dear Applicant:

We are pleased to inform you that upon review of your application for tax-exempt status we have determined that you are exempt from Federal income tax under section 501(c)(4) of the Internal Revenue Code. Because this letter could help resolve any questions regarding your exempt status, you should keep it in your permanent records.

Please see enclosed Information for Organizations Exempt Under Sections Other Than 501(c)(3) for some helpful information about your responsibilities as an exempt organization.

We have sent a copy of this letter to your representative as indicated in your power of attorney.

Sincerely,

Lois G. Lerner
Director, Exempt Organizations
Rulings and Agreements

Enclosure: Information for Organizations Exempt Under Sections Other Than 501(c)(3)

Letter 948 (DO/CG)



Work Order #: 2021032600191522 - 1
Received Date: 03/26/2021
Amount Received: $60.00

**WASHINGTON**
Secretary of State
Corporations & Charities Division

Corporations and Charities Division
**Physical/Overnight address:**
801 Capitol Way S
Olympia, WA 98501-1226
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
sos.wa.gov/corps

10/01/2024

CENTER FOR VOTER INFORMATION
1707 L ST NW STE 700
WASHINGTON DC 20036-4205

# RENEWAL NOTICE

**Registration Number: 2005211**

Greetings CENTER FOR VOTER INFORMATION,

Our records indicate that the organization is scheduled to renew its registration with the Charities Program by submitting a Renewal no later than 11/30/2024.

Please note: Per WAC 434-120-035 online filing is mandatory and it is a requirement to report any organization changes within 30 days per WAC 434-120-045 To file online, conduct searches, subscribe to corporations and/or charities and receive filing status updates, please create a user account at www.sos.wa.gov/ccfs If you already have an account created, simply sign in to access these features.

**Important information:**

- The organization will be delinquent and subject to a $50 late fee if the renewal is received after 11/30/2024. To avoid the late fee please file prior to the renewal date.
- If the organization has had a change in its fiscal year an Amendment may need to be filed prior to renewal. Please note that the Amendment must be successfully filed prior to entering into the online renewal form. A change in fiscal year will change the organization's renewal date.

We appreciate your assistance in maintaining current registration information for your organization with the Charities Program. If you have questions please contact the Charities Program by email at charities@sos.wa.gov by phone at 360-725-0377 or visit our website for a chat option with a representative.

Sincerely,

Washington Secretary of State
Corporations and Charities Division
www.sos.wa.gov/charities

Note: If your documents were recently submitted, please disregard this notice. If you have any questions concerning this matter please contact our office at the address or phone number shown above.