# INTERVENOR-DEFENDANT MCCRAY
# EXHIBIT 5

**RELEASED BY EMANUEL MCCRAY (a/ka/ "TRUMP GENIUS")**

T-Mobile 5:37 PM 16%

**Ben Moody** Apr 12
to me

Got an update from the landlord attorney. They say the April payment was refunded (that can take a little time to process). They are not interested in continuing the rental at this point.

If we make an offer of a move out date and some interim payment he will take that to his client and see if they agree. That would avoid the sheriff's involvement and a monetary judgment being entered.

Let me know what you want to do ASAP.

...

**me** Apr 12
What would be a good offer date? Id like to pus...

**Ben Moody** Apr 12
Let's think in terms of the month of May.

**me** Apr 12
Can we push it to june?