# INTERVENOR-DEFENDANT MCCRAY
# EXHIBIT 6

EFILE from: Posner Law Office PC\Quinn Posner\Plaintiff's declaration re FAIL SETTLE K.tl

DocuSign Envelope ID: 467E9359-C920-4D9D-88AD-8182AC7C7828

E-FILED
04-26-2022, 10:16
Scott G. Weber, Clerk
Clark County

2

IN THE SUPERIOR COURT OF WASHINGTON FOR CLARK COUNTY

| | |
|---|---|
| CANYON FURNITURE, INC. dba SIRRAH COURT APARTMENTS,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR GASTINEAU & SANJUAN LEON; and all other persons occupying 3005 St. Johns Blvd. #21, Vancouver, WA,<br><br>Defendants. | NO. 21-2-02465-06<br><br>**PLAINTIFF'S DECLARATION** |

SCOTT NELSON, as agent for Owner of 3005 St. Johns Blvd. #21, Vancouver, WA, makes the following declaration:

I am an agent for Plaintiff, which is an agent for the owners(s) herein and make this declaration based upon personal first hand knowledge.

Plaintiff manages the property located at 3005 St. Johns Blvd. #21, Vancouver, WA. On 02/09/2022, Plaintiff and Defendants entered into an Agreement to resolve the dispute between the parties. As part of that Agreement, Defendants agreed to pay monthly rent to Plaintiff in full on or before the 5th day of each month during the pendency of the Agreement.

Defendants failed to pay rent for April, 2022.

Defendants are in violation of the Agreement. Accordingly, we are asking for an Order for Writ of Restitution, as well as a money judgment in the amount of $6215.00 and for reasonable attorney fees in the amount of $850.00, $204.00 for filing fee, $195.00 for process



NW LANDLORD SOLUTIONS
532 NE 3rd Ave, #105
Camas, Washington 98607
(360) 696-0770

DocuSign Envelope ID: 467E9359-C920-4D9D-88AD-8182AC7C7828

server fees, $20.00 for the Writ fee, and $120.00 for the sheriff's fees, if any, required to enforce any Writ of Restitution issued in this matter.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

DATED this 4/26/2022 day of April, 2022 in Aloha, OR.

DocuSigned by:
Scott Nelson
BB6EA5BA3FD6408...
SCOTT NELSON



NW LANDLORD SOLUTIONS
532 NE 3rd Ave, #105
Camas, Washington 98607
(360) 695-0770

EXHIBIT ______
PAGE _____ OF _____