# INTERVENOR-DEFENDANT MCCRAY
# EXHIBIT 7

EFILE from: Posner Law Office PC\Quinn Posner\Mot unauth prac law.tif

3

E-FILED
05-19-2022, 14:46
Scott G. Weber, Clerk
Clark County

IN THE SUPERIOR COURT OF WASHINGTON FOR CLARK COUNTY

| | |
|---|---|
| CANYON FURNITURE, INC. dba SIRRAH COURT APARTMENTS,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR GASTINEAU & SANJUAN LEON; and all other persons occupying 3005 St. Johns Blvd. #21, Vancouver, WA,<br><br>Defendants. | No. 21-2-02465-06<br><br>**Plaintiff's Motion to Prohibit the Unauthorized Practice of Law and Memorandum in Support Thereof** |

Plaintiff requests the court prohibit argument and pleadings except those by the parties or their attorneys. Elisa Moen, a person not a named party to this action, is purportedly being represented by Emanuel McCray, who is not a party to this action and is not an attorney licensed with the Bar Association of the State of Washington.

Plaintiff requests the court strike any pleadings filed by a nonparty who is not a licensed attorney, sanction Elisa Moen and Mr. McCray, and refer this matter to the County Prosecutor for possible criminal charges.

The motion is based on the attached exhibit and the subjoined memorandum.

DATED this 18th day of May, 2022

Quinn Posner, WSBA #31463
Attorney for Plaintiff

## MEMORANDUM

Non-attorneys cannot present the case of another person. They are not properly "before the bar" and may be committing a criminal offense. The unlawful practice of law, a misdemeanor, is defined in RCW 2.48.180. The statute provides in relevant part:

> (2) The following constitutes unlawful practice of law:
> (a) A nonlawyer practices law, or holds himself or herself out as entitled to practice law;
>
> (3)(a) Unlawful practice of law is a crime. A single violation of this section is a gross misdemeanor.
> (b) Each subsequent violation of this section, whether alleged in the same or in subsequent prosecutions, is a class C felony punishable according to chapter 9A.20 RCW.

The unauthorized practice of law is generally acknowledged to include not only the doing or **performing of services in the courts of justice,** throughout the various stages thereof, but in a larger sense includes legal advice and counsel **and the preparation of legal instruments by which legal rights and obligations are established.** In re Estate of Marks, 91 Wn.App. 325, 957 P.2d 235, (1998). (Citations omitted; emphasis added.)

In Washington State Bar Ass'n v. Great Western Union Federal Sav. and Loan Ass'n the court declared, "It is our duty to protect the public from the activity of those who, because of lack of professional skills, may cause injury whether they are members of the bar or persons never qualified for or admitted to the bar. In the sphere that encompasses the regulation of the practice of law, it is not merely this court's function to redress past injury but to prevent future harm where possible." Id, 91 Wn.2d 48, 60-61, 586 P.2d 870 (1978) (Citations omitted.)

NW LANDLORD SOLUTIONS
532 NE 3rd Ave, #104
Camas, Washington 98607
(360) 698-0770

EXHIBIT ______
PAGE _____ OF _____

Because Mr. McCray assumes the role of lawyer by signing pleadings and appearing before the court on behalf of Erica Moen (Moen), he is held to the same standard of knowledge of the law and the standards of ethics. The duties and responsibilities of one, who without a license, engages in the practice of law, are the same as those of an attorney. Hangman Ridge Training Stables v. Safeco Title Ins., 33 Wn.App. 129, 652 P.2d 962 (1982), Hogan v. Monroe, 38 Wn.App. 60, 684 P.2d 757 (1984). Ignorance of the law and lack of knowledge that the conduct constituted the unauthorized practice of law is not a defense. In re Droker, 59 Wn.2d 136, 338 P.2d 697 (1962). An agent, in engaging in the unauthorized practice of law, is held to the same standard and knowledge of the law as a lawyer. For such acts in violation of the law, the agent is liable for sanctions, costs and attorney's fees pursuant to CR 11 and RCW 4.84.185. Agency liability should be imputed to the Moen and Moen should be sanctioned as well.

Dated this 18th day of May, 2022

Quinn Posner, WSBA #31463
Attorney for Plaintiff



EXHIBIT ______
PAGE ____ OF ____

**PRACTICE OF LAW BOARD**
**STATE OF WASHINGTON**

**UNAUTHORIZED PRACTICE OF LAW (UPL) COMPLAINT FORM**

***If you believe that you are the victim of a crime or fraud, you should also contact the local police. If you need legal assistance or advice, you should contact a lawyer.***

If you need assistance with this complaint, please call or email the Practice of Law Board at (206) 733-5941 or UPL@wsba.org.

**ABOUT YOU**

FIRST NAME Quinn MIDDLE NAME H

LAST NAME Posner

ADDRESS 532 NE 3rd Ave, #105

CITY Camas STATE WA ZIP CODE 98607

Telephone 360-695-0770 E-mail Address quinn@waevictions.com

I wish to receive information by: ☑ EMAIL ☐ MAIL

**THE PERSON YOU ARE COMPLAINING ABOUT (RESPONDENT)**

☐ Paralegal

☐ Disbarred Lawyer

☐ Out of State Lawyer

☐ Other None of the above

FIRST NAME Emanuel MIDDLE NAME

LAST NAME McCray

ADDRESS PO Box 314

CITY Vancouver STATE WA ZIP CODE 98668

TELEPHONE Unknown EMAIL Emanuel McCray <emanuel.mccray@hotmail.com>

Please include any web address, business license number, other business names, or other identifying information you have:

None aside from pleadings filed in a matter on behalf of a third party.

**CHECK ONE OR MORE AND THEN EXPLAIN WHAT HAPPENED**

A person not authorized to practice law in Washington:

- [x] Gave legal advice;
- [x] Selected, drafted or completed legal forms, documents, or agreements;
- [ ] Appeared in court or in a formal administrative proceeding;
- [ ] Negotiated legal rights or responsibilities for another person;
- [ ] Offered to provide legal services.

I assuming the above. Please see the attached that was recieved in an unlawful detainer. The Moen person is not a named defendant and I believe is likely an unauthorized occupant. A settlement agreement was entered into by the named defendant who then violated the terms. Thus, the court granted a writ and this person has become involved. They also have the facts incorrect.

**WAS THERE A CHARGE FOR THE LEGAL SERVICES?** No idea. **IF YES,**

**Who paid** ______________ **Amount paid** ________________

Attach copies of any fee agreement, invoices, billing statements, canceled checks, or other documents showing payment.

---

**ATTACH COMPLAINTS FILED ABOUT THIS PROBLEM WITH ANY LAW ENFORCEMENT AGENCY OR PROSECUTING ATTORNEY.**

---

**ATTACH COPIES OF RELATED LAW SUITS OR OTHER LEGAL ACTION.**

---

**I affirm that I have read this complaint and the facts stated in the complaint are, to the best of my knowledge, true. I understand that this complaint form and all attachments will be sent to the respondent and may be made public or sent to other enforcement agencies.**

*If you have concerns about the use or disclosure of your name or attachments, contact the Board at UPL@wsba.org.*

member: 76BA0A4F-4BA1-4CC1-B427-86E4FF6596E4 77FBA3E1-C61F-4D1D-BC44-318E7D9D92E9

Digitally signed by member: 76BA0A4F-4BA1-4CC1-B427-86E4FF6596E4 77FBA3E1-C61F-4D1D-BC44-318E7D9D92E9
Date: 2022.05.09 14:45:29 -07'00'

Signature

Quinn Posner

Printed Name

05/09/2022

Date

---

**MAIL TO:**
**PRACTICE OF LAW BOARD**
**1325 4th Avenue, Suite 600**
**Seattle, WA 98101-2539**

**OR EMAIL** UPL@wsba.org