**INTERVENOR-DEFENDANT MCCRAY**
**EXHIBIT 8**

EFILE from: Clark County Volunteer Lawyers Program Benjamin Moo

**E-FILED**
**06-01-2022, 10:04**
**Scott G. Weber, Clerk**
**Clark County**

Pages: 3

IN THE SUPERIOR COURT OF WASHINGTON FOR CLARK COUNTY

| | |
|---|---|
| CANYON FURNITURE, INC dba SIRRAH COURT APARTMENTS<br><br>Plaintiff(s),<br>v.<br><br>TAYLOR GASTINEAU et al,<br>Defendant(s). | Case No. 21-2-02465-06<br><br>NOTICE OF INTENT TO WITHDRAW and MOTION TO WITHDRAW AS APPOINTED ATTORNEY |

## I. NOTICE OF INTENT TO WITHDRAW

**TO:** CLERK OF THE COURT;
**AND TO:** TAYLOR GASTINEAU,
EMANUEL MCCRAY,
CAYON FURNITUR INC & SIRRAH COURT APPARTMENTS Plaintiffs,
QUINN POSNER attorney for Plaintiffs

YOU AND EACH OF YOU, PLEASE TAKE NOTICE that BENJAMIN MOODY of Clark County Volunteer Lawyers Program hereby intends to withdraw in the above-entitled action as attorney of record for TAYLOR GASTINEAU.

No trial date is set in this matter.

The last known address for TAYLOR GASTINEAU is:
3500 St Johns Blvd, #21
Vancouver, WA 98668

This Notice is effective **upon order of the Court**.

Dated: 5/31/2022

[signature]
Benjamin Moody, WSBA 50698



CLARK COUNTY VOLUNTEER LAWYERS PROGRAM
1104 Main Street, Ste 320
Vancouver, Washington 98660
(360) 356-7872

EXHIBIT ____
PAGE ____ OF ____

## II. MOTION TO WITHDRAW

COMES NOW Benjamin J. Moody of the Clark County Volunteer Lawyers Program and moves to court pursuant to CR 71 for permission to withdraw as the appointed attorney for Taylor Gastineau in the above captioned matter. This motion is based on the record herein and the included Declaration of Benjamin Moody.

### FACTS

1. Benjamin Moody was appointed as counsel for Taylor Gastineau pursuant to RCW 59.18.640 on 1/27/2022 by application to Court Administrator Cheryl Stone.
2. Subsequent to default by Defendant Gastineau on a negotiated settlement a Writ of Restitution was issued in this matter on 5/10/2022.
3. On 5/10/2022 a third party, Emanuel McCray filed a Motion to Intervene in this matter, pleading an independent monetary interest in the matter. Intervenor has not filed a motion for stay of the Writ or for relief from Judgment, nor raised any claim against Defendant Gastineau.
4. Plaintiff has filed and cited a motion to dismiss Intervenor's claims.
5. On 5/27/2022 intervenor filed a Notice of Appeal directly to the Supreme Court of Washington. At the time of this writing no grounds for direct appeal has been provided under RAP 4.2.

### DECLARATION

Benjamin Moody, attorney for Taylor Gastineau, makes the following declaration:

1. I am an attorney with a Qualified Legal Service Provided contracted to provide legal counsel to indigent tenants under RCW 59.18.640 as administered by the Office of Civil Legal Aid ("OCLA").
2. Per OCLA guidance and the clear intent of the program established in Chapter 115 Laws of 2021, the ambit of the 59.18.640 appointment is limited to unlawful detainer actions to the extent a client's tenancy is at risk. In this matter the writ of restitution has been issued and no stay of that process has been sought. I thus consider the question of tenancy to have been decided and my representation to have reached a conclusion.
3. I have not had communication of any sort from Taylor Gastineau since April 26, 2022. I have made multiple calls to my client, left multiple voicemails, and sent multiple emails



CLARK COUNTY VOLUNTEER LAWYERS PROGRAM
1104 Main Street, Ste 320
Vancouver, Washington 98660
(360) 856-7872

EXHIBIT ____

PAGE ____ OF ____

without response during the month of May 2022. I am unable to provide effective representation in the absence of client communication.

4. Per the services agreement Taylor Gastineau signed at on 1/27/2022, communication is a required aspect of my services and failure to cooperate in the representation and failure to respond to attorney communications are grounds to terminate the representation.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Vancouver, WA on 5/31/2022. ____________
Benjamin Moody WSBA 50698

PRAYER FOR RELIEF

For the above reasons attorney Benjamin Moody moves the Court for permission to withdraw from representation of Taylor Gastineau in this matter.

/s Benjamin Moody
Dated: May 31, 2022

Benjamin J. Moody, WSBA #50698
Clark County Volunteer Lawyers Program
1104 Main St, Ste 320
Vancouver, WA 98660
Phone: 360-356-7872
ben@ccvlp.org



CLARK COUNTY VOLUNTEER LAWYERS PROGRAM
1104 Main Street, Ste 320
Vancouver, Washington 98660
(360) 356-7872

EXHIBIT
PAGE ____ OF ____