# INTERVENOR-DEFENDANT MCCRAY
# EXHIBIT 9

RECEIVED
JUN 06 2022
Washington State
Supreme Court

No. 100990-9

SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| CANYON FURNITURE, INC. dba SIRRAH COURT APARTMENTS, | ) | INTERVENOR'S STATEMENT OF GROUNDS FOR DIRECT REVIEW BY THE SUPREME COURT |
| Plaintiff, | ) | |
| vs. | ) | |
| TAYLOR GASTINEAU & SANJUAN LEON, and all other persons occupying 3005 St. Johns Blvd. #21, Vancouver, WA, | ) | |
| Defendants. | ) | |
| EMANUEL MCCRAY, | ) | |
| Intervenor. | ) | |

Emanuel McCray, Appellant/Intervenor, seeks direct review by the Supreme Court of the State of Washington of the JUDGMENT AND ORDER FOR WRIT OF RESTITUTION

EXHIBIT ________
PAGE ____ OF ____

entered by the Superior Court of Washington for Clark County on May 5, 2022.

## I. Nature of the Case and Decision

On April 7, 2022, Appellant participated in the payment of rent for tenants occupying an apartment unit owned by Canyon Furniture, Inc./Appellee, a corporation organized and existing under the laws of the State of Oregon.

On April 12, 2022, Appellant was informed, through a text message sent to Defendant Taylor Gastineau from Attorney Benjamin Moody ("Moody"), WSBA #50698, attorney for the Defendants, that Appellee had returned the rent payment for April 2022 because "[t]hey are not interested in continuing the rental at this point."

On April 26, 2022, one "SCOTT NELSON" ("Nelson"), as "agent" for Plaintiff/Appellee, filed an unsworn Declaration under penalty of perjury wherein Nelson untruthfully stated, among other things: "Defendants failed to pay rent for April, 2022." *See* App. 008-009.



EXHIBIT ______
PAGE ____ OF ____

On May 5, 2022, the Clark County Superior Court entered its JUDGMENT AND ORDER FOR WRIT OF RESTITUTION. *See* App. 003-004.

On May 9, 2022, Appellant filed a Motion To Intervene supported by the sworn Affidavit of Emanuel McCray. *See* App. 011-023.

The purpose of the intervention was to protect the judicial integrity of the Clark County Superior Court and the Sheriff of Clark County against the probable false or misleading representations by one "SCOTT NELSON", and to protect the legislative intent and the public interest embodied in the following authorities: Revised Code of Washington (RCW) 43.31.605 (Landlord mitigation program); RCW 59.18.255 ("source of income"); RCW 59.18.410 (Forcible entry or detainer or unlawful detainer actions); notes following RCW 59.18.620 (Definitions) (Finding—Intent)); RCW 59.18.630 (Eviction moratorium—Unpaid rent—Repayment plans—Rental assistance); RCW 59.18.640 ("indigent tenants"); RCW



EXHIBIT ________
PAGE _____ OF _____

59.18.660 (Eviction Resolution Pilot Program (Expires July 1, 2023)); Chapter 59.12 RCW (Forcible Entry and Forcible and Unlawful Detainer); RCW 9A.76.175 (Making a false or misleading statement to a public servant); and Supreme Court of Washington Order Authorizing Eviction Resolution Program In Superior Courts, No. 25700-B-639, filed September 9, 2020.

On May 10, 2022, notwithstanding Appellant's Motion To Intervene and supporting Affidavit, the Clerk of the Superior Court issued a Writ of Restitution in Appellee's favor, notwithstanding the probable false or misleading representations made to the Court by one "SCOTT NELSON".

On May 19, 2022, Washington Attorney Quinn Posner ("Posner"), WSBA #31463, attorney for Plaintiff/Appellee, filed documents in the Superior Court falsely accusing Appellant, by filing his Motion To Intervene, of engaging in the unauthorized practice of law on behalf of another individual "who is not a party to this action" and that: "Plaintiff requests the court strike any pleadings…, sanction Elisa Moen and Mr.



EXHIBIT ______
PAGE ____ OF ____

McCray, and refer this matter to the County Prosecutor for possible criminal charges."

On May 26, 2022, the Honorable Clark County Superior Court Judge Emily Sheldrick ("Sheldrick") granted Attorney Posner's motion for continuance to June 2, 2022 to oppose the very documents Plaintiff/Appellee and Attorney Posner sought to strike.

On May 26, 2022, Clark County Deputy Sheriff "Chris Pizan" restored possession of the premises to the Plaintiff/ Appellee by forcibly removing all occupants.

## II. ISSUES PRESENTED FOR REVIEW

A. Did the false or misleading statement to the Clark County Superior Court deprive the Court, the judges of the Court, the Clerk of the Court, the Clark County Sheriff, and Clark County Deputy Sheriff Chris Pizan of power and authority to forcibly evict tenants whose rent had in fact been paid, contrary to the false and misleading statement that the rent was not paid?

## III. GROUNDS FOR DIRECT REVIEW



EXHIBIT ______
PAGE ____ OF ____

**APPENDIX**

**Table of Contents**


| **Appendix** | **Description** | **Pages** |
|---|---|---|
| Appendix A | Notice of Appeal to Supreme Court | 1-6 |
| Appendix B | Plaintiff's Declaration | 7-9 |
| Appendix C | Affidavit in Support of Motion To Intervene | 10-23 |




EXHIBIT ________

PAGE _____ OF _____

# APPENDIX C

APP-010

EXHIBIT ______

PAGE ____ OF ____

59
MA

FILED
MAY 13 2022 411
Scott G. Weber, Clerk, Clark Co.

IN THE SUPERIOR COURT OF WASHINGTON FOR CLARK COUNTY

| | |
|---|---|
| CANYON FURNITURE, INC. dba SIRRAH COURT APRATMENTS, Plaintiff, vs. TAYLOR GASTINEAU & SANJUAN LEON, and all other persons occupying 3005 St. Johns Blvd. #21, Vancouver, WA, Defendants. EMANUEL MCCRAY, Intervenor. | Case No.: 21-2-02465-06<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO INTERVENE** |

Emanuel McCray, being first duly sworn upon oath deposes and states:

**PURPOSE OF AFFIDAVIT**

1. This Affidavit is submitted by me in support of the Motion To Intervene to which this Affidavit is attached.

EXHIBIT ____
PAGE ____ OF ____

2. I am over the age of eighteen and a resident of Clark County, Washington.

3. I have personal knowledge of the facts and matters herein referred to by me. This sworn Affidavit is true to my knowledge based upon investigation, except as to matters specifically identified as being alleged on information and belief, and that as to those matters, and where so stated I verily believe them to be true.

4. I am the sole Director of God Loves You, Inc., a nonprofit corporation that was intentionally organized in 2018 to carry out the "source of income" policies embodied in RCW 59.18.255; Public Law 111–22, May 20, 2009 (homelessness prevention); Public Law 115–97 December 22, 2017 (Tax Cuts and Jobs Act and "opportunity zones"); Public Law 115–141, March 23, 2018 (providing safe and affordable housing for low-income residents); and other laws of the State of Washington and to assist the Federal and State Governments in implementing their policies designed to prevent homelessness. No publicly traded company or corporation is a parent or own 10% or more of its stock or has an interest in this Affidavit and the Motion to Intervene.

5. All dates listed in this Affidavit should be read as "on or about" dates.

**BACKGROUND OF AFFIANT**

6. I am a private sector worker within the "essential critical infrastructure workforce", identified in Presidential Policy Directive 21 (PPD-21), which was issued by President Barack H. Obama on February 12, 2014.



EXHIBIT ______
PAGE ____ OF ____

RECEIVED
JUN 10 2022
Washington State
Supreme Court

**IN THE SUPERIOR COURT OF WASHINGTON FOR CLARK COUNTY**

| | |
|---|---|
| CANYON FURNITURE, INC. dba SIRRAH COURT APARTMENTS,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLOR GASTINEAU & SANJUAN LEON, and all other persons occupying 3005 St. Johns Blvd. #21, Vancouver, WA,<br><br>Defendants.<br><br>EMANUEL MCCRAY,<br><br>Intervenor. | **Case No.: 21-2-02465-06**<br><br>**(Supreme Court Cause No. 100990-9)**<br><br>**APPELLANT'S DESIGNATION OF CLERK'S PAPERS** |

TO: CLERK OF THE COURT

Appellant Emanuel McCray requests the following pleadings be sent to the Washington State Supreme Court for the appeal captioned *Canyon Furniture, Inc. v.*



EXHIBIT ________
PAGE _____ OF _____

*Emanuel McCray*, Washington Supreme Court Cause No. 100990-9. Please contact the undersigned if any of the pleadings or exhibits are considered cumbersome and subject to RAP 9.8(b).

| Sub. No. | Date | Document Title |
|---|---|---|
| 15 | 02/10/2022 | Minutes of Unlawful Detainer Hearing |
| 16 | 02/17/2022 | Motion for Order of Limited Dissemination (Stipulated) |
| 17 | 02/17/2022 | Order of Limited Dissemination |
| 19 | 04/26/2022 | Plaintiff's Declaration |
| 22 | 05/05/2022 | Findings of Fact and Conclusions of Law |
| 23 | 05/05/2022 | Judgment and Order for Writ of Restitution |
| 24 | 05/09/2022 | Motion to Intervene |
| 26 | 05/10/2022 | Writ of Restitution |
| 28 | 05/13/2022 | Affidavit in Support of Motion to Intervene |
| 30 | 05/19/2022 | Plaintiff's Motion to Prohibit the Unauthorized Practice of Law and Memorandum in Support Thereof |
| 36 | 05/26/2022 | Minutes of Motion Hearing |
| 37 | 05/27/2022 | Notice of Appeal to Washington Supreme Court |
| 39 | 05/27/2022 | Minutes of Motion Hearing |
| 42 | 06/01/2022 | Notice of Intent to Withdraw |
| 44 | 06/02/2022 | Minutes of Motion Hearing |

Dated: June 6, 2022

Emanuel McCray

Emanuel McCray



EXHIBIT ______
PAGE ____ OF ____