# INTERVENOR-DEFENDANT MCCRAY
# EXHIBIT 10

FILED
SUPREME COURT
STATE OF WASHINGTON
6/15/2022 3:46 PM
BY ERIN L. LENNON
CLERK

No. 100990-9

SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| CANYON FURNITUR, INC. dba SIRRAH COURT APARTMENTS,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR GATINEAU & SANJUAN LEON, and all other persons occupying 3005 St. Johns Blvd. #21, Vancouver, WA,<br><br>Defendants.<br><br>EMANUEL MCCRAY,<br><br>Intervenor. | NOTICE OF INTENT TO WITHDRAW |

**TO:** THE CLERK OF THE COURT;

**AND TO:** TAYLOR GASTINEAU, Defendant

EMANUEL MCCRAY, Intervenor

CAYON FURNITUR INC & SIRRAH COURT APPARTMENTS, Plaintiffs,

QUINN POSNER attorney for Plaintiffs

EXHIBIT ______
PAGE ____ OF ____

YOU AND EACH OF YOU, PLEASE TAKE NOTICE that BENJAMIN MOODY of Clark County Volunteer Lawyers Program hereby intends to withdraw in the above-entitled action as attorney of record for TAYLOR GASTINEAU as of 6/26/2022.

This Notice is given pursuant to RAP 18.3(b) and CR 71. Attorney Benjamin Moody was Appointed as Counsel for Taylor Gastineau under RCW 59.18.640 and withdrew by Order of the appointing trial court on June 9, 2022. As the Notice of Withdrawal was served on all parties and the Intervenor on June 1, 2011 and no objection was brought, that withdrawal became effective June 11, 2022.

For the purposes of Appeal No. 100990-9, my withdrawal becomes effective without order of the Court 10 days after service of this notice unless an objection is served on me prior to 6/26/22.

EXHIBIT ________

PAGE ____ OF ____

The next hearing date in this matter is August 9, 2022 on the Court's Motion to Dismiss, Respondent's Request for Sanctions, and whether or not to retain or transfer the appeal.

The last known address for TAYLOR GASTINEAU is:

3500 St Johns Blvd, #21

Vancouver, WA 98668

This document contains 208 words counted per RAP 18.17.

Respectfully submitted this June 15, 2022,

Benjamin J. Moody, WSBA 50698
Clark County Volunteer Lawyers Program
1104 Main St. Suite 230
Vancouver, WA 98660
Phone: 360-356-7872
ben@ccvlp.org



EXHIBIT ______
PAGE _____ OF _____