# INTERVENOR-DEFENDANT MCCRAY
# EXHIBIT 11

FILED
SUPREME COURT
STATE OF WASHINGTON
8/10/2022
BY ERIN L. LENNON
CLERK

# THE SUPREME COURT OF WASHINGTON

| | |
|---|---|
| CANYON FURNITURE, INC., Respondent, v. EMANUEL MCCRAY, Appellant. | No. 100990-9 **ORDER** Clark County Superior Court No. 21-2-02465-06 |

A Special Department of the Court, composed of Chief Justice González and Justices Johnson, Stephens, Gordon McCloud and Yu, considered at its August 9, 2022, Motion Calendar whether this case should be retained for decision by the Supreme Court or transferred to the Court of Appeals. The Department unanimously agreed that the following order be entered.

IT IS ORDERED:

That the Clerk's motion to dismiss the appeal filed by non-party Emanual McCray is granted. The Respondent is awarded reasonable attorney fees and expenses pursuant to RAP 18.1(j). The amount of the attorney fees and expenses will be determined by the Supreme Court Clerk pursuant to RAP 18.1. Pursuant to RAP 18.1(d), the Respondent should file an affidavit with the Clerk of the Washington State Supreme Court.

DATED at Olympia, Washington, this 10th day of August, 2022.

For the Court

González C.J.
CHIEF JUSTICE

EXHIBIT ________
PAGE ____ OF ____

FILED
SUPREME COURT
STATE OF WASHINGTON
8/17/2022
BY ERIN L. LENNON
CLERK

# THE SUPREME COURT OF WASHINGTON

| | |
|---|---|
| CANYON FURNITURE, INC., Respondent, v. EMANUEL MCCRAY, Appellant. | **MANDATE** Supreme Court No. 100990-9 Clark County Superior Court No. 21-2-024650-6 |

**THE STATE OF WASHINGTON TO:** The Superior Court of the State of Washington in and for Clark County

This is to certify that the Supreme Court of the State of Washington entered an order granting the Clerk's motion to dismiss the appeal filed by non-party Emanuel McCray and dismissing this case on August 10, 2022. This matter is now final. Accordingly, this case is mandated to the superior court from which the appellate review was taken for such further proceedings as that court finds appropriate.

Pursuant to Rules of Appellate Procedure 14.6(c) and 18.1(h), costs and fees, if any, will be awarded in a supplemental judgment at such point as the costs and fees ruling is final.

EXHIBIT ________
PAGE ____ OF ____

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court at Olympia, Washington on August 17, 2022.

SARAH R. PENDLETON
Deputy Clerk of the Supreme Court
State of Washington

cc: Clerk, Clark County Superior Court
Emanuel McCray
Taylor Gastineau
Quinn Harrison Posner
Reporter of Decisions

EXHIBIT ________
PAGE _____ OF _____