# INTERVENOR-DEFENDANT MCCRAY
# EXHIBIT 12

FILED
SUPREME COURT
STATE OF WASHINGTON
10/3/2022
BY ERIN L. LENNON
CLERK

# THE SUPREME COURT OF WASHINGTON

CANYON FURNITURE, INC.,

Respondent,

v.

EMANUEL MCCRAY,

Appellant.

**CLERK'S RULING SETTING AMOUNT OF ATTORNEY FEES AND EXPENSES**

No. 100990-9

Clark County Superior Court
No. 21-2-02465-06

By Order filed on August 10, 2022, a Department of the Court granted the Clerk's motion to dismiss the appeal filed by non-party, Appellant, Emanuel McCray. The order also awarded the Respondent, Canyon Furniture, Inc., reasonable attorney fees and expenses pursuant to RAP 18.1 for responding to the appeal.

On August 20, 2021, the Respondent filed the "AFFIDAVIT OF ATTORNEYS' FEES AND EXPENSES", which requests a total award of $1,527.50 for attorney fees and expenses. The Appellant filed an answer to the request for attorney fees, not regarding the amount of attorney fees, but argued only that the Court was wrong to dismiss the appeal and award fees. However, the Supreme Court already made the decision to award fees in the case. The fees were awarded pursuant to RAP 18.1(j). As Deputy Clerk, my role is only to determine the amount of fees that will be awarded. Therefore, this ruling determines the amount of fees to be awarded in accordance with the Court's order.

EXHIBIT ________
PAGE _____ OF _____

This Court employs the "lodestar" method to determine the amount of attorney fees to award. Under that method, the Court first determines whether the hourly rates claimed by the counsel for the prevailing party were reasonable and then whether the number of hours expended by counsel were reasonable. *Bowers v. Transamerica Title Ins., Co.*, 100 Wn.2d 581, 593-94, 675 P.2d 193 (1983). The party requesting the attorney fees must provide basic documentation of the work performed sufficient to inform the Court of the number of hours worked, the type of work, and the category of the attorneys or other professionals who performed the work. *Id.*, 597.

The affidavit indicates an hourly rate of $325 per hour was charged for the time expended by attorney Quinn Posner. In light of counsel's degree of experience, I find that the hourly rate for appellate work is reasonable.

The affidavit filed by Respondent's counsel provided appropriate documentation of the work performed. In addition, I find that the time spent responding to the appeal to be reasonable. I also approve the charges related to the fee declaration under *Fisher Properties, Inc. v. Arden-Mayfair, Inc.*, 115 Wn. 2d 364, 378, 798 P.2d 799 (1990).

Accordingly, the Respondent, Canyon Furniture Inc., is awarded reasonable attorney fees and expenses in the total amount of $1,527.50, which shall be paid by the non-party Appellant, Emanuel McCray.

A party aggrieved by this ruling may file a motion to modify the ruling not later than 30 days after this date; see RAP 17.7.

DATED at Olympia, Washington, this 3rd day of October, 2022.

EXHIBIT ________
PAGE _____ OF _____

Sarah R. Pendleton
Supreme Court Deputy Clerk

EXHIBIT ______
PAGE ____ OF ____