# INTERVENOR-DEFENDANT MCCRAY
# EXHIBIT 13

PRACTICE of LAW BOARD

Established by Washington Supreme Court
Administered by the WSBA
Michael Cherry, Chair

October 21, 2022

Sent via e-mail

Clark County Sheriff's Office

Chuck.atkins@clark.wa.gov

Clark County Prosecutor's Office

prosecutor@clark.wa.gov

Re: Practice of Law Board Notice of Referral

Emanuel McCray; File No. 22-15

To Whom it May Concern:

Pursuant to GR 25(b)(3), the Supreme Court of Washington has authorized the Practice of Law Board to receive and review complaints that allege the unauthorized practice of law[1]. The Board is authorized to refer complaints that allege harm to the public interest to appropriate enforcement agencies.

Due to the apparent resolution of active litigation, the Board reviewed this matter again at its September meeting. The Board refers the enclosed complaint to your office.

The Board will take no further action on this complaint and considers this file closed after referral to the above-named agencies.

Enclosure

cc: Emanuel McCray (w/out enclosure)

Quinn Posner (w/out enclosure)

[1] RCW 2.48.180 makes a single act of unlawful practice of law a gross misdemeanor and subsequent violations, whether alleged in the same or subsequent prosecution, a class C felony. GR 24 is the Definition of the Practice of Law.