**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-11549-IT |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Clayton Pierce respectfully withdraws his appearance as counsel for Plaintiffs League of Women Voters of Massachusetts, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of the United States, League of Women Voters Education Fund, Association of Americans Resident Overseas, U.S. Vote Foundation, OCA-Asian Pacific American Advocates, and Delta Sigma Theta Sorority, Inc. Plaintiffs will continue to be represented by Sophia Lin Lakin, Theresa J. Lee, Davin Rosborough, Ethan Herenstein, Jonathan Topaz, Ming Cheung, William Hughes, Sarah Brannon, and Adriel I. Cepeda Derieux of the American Civil Liberties Union Foundation, as well as co-counsel at the American Civil Liberties Union Foundation of Massachusetts, Inc., Brennan Center for Justice at NYU School of Law, NAACP Legal Defense & Educational Fund, Inc., Asian Americans Advancing Justice-AAJC, and Latino Justice PRLDEF.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Clayton Pierce*
Clayton Pierce*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
cpierce@aclu.org

**Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I, Clayton Pierce, hereby certify that on September 15, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

September 15, 2026

/s/ *Clayton Pierce*
Clayton Pierce